UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RECREATIONAL FISHERMEN OF AMERICA, RECREATIONAL FISHING ALLIANCE TEXAS, RECREATIONAL FISHING ALLIANCE NATIONAL, and BOBBY GRUMBLES | § § § § § § | United States District Court<br>Southern District of Texas<br>**FILED**<br>JAN 19 2000<br>Michael N. Milby, Clerk |
| VS. | § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § § | CAUSE NO. C-00-028 |

**PLAINTIFFS' ORIGINAL COMPLAINT,
AND REQUEST FOR DECLARATORY RELIEF**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COME NOW Recreational Fishermen of America, Recreational Fishing Alliance Texas, Recreational Fishing Alliance National, and Bobby Grumbles, Plaintiffs, and respectfully file and submit this their Original Complaint and Request for Declaratory Relief, and for cause of action would respectfully show unto this Honorable Court as follows:

1. **Jurisdiction.** Jurisdiction is founded on the existence of a federal question pursuant to 28 U.S.C. §1331. This action arises under the provisions of the Magnuson Fishery Conservation and Management Act, 16 U.S.C. §1801 *et seq.*

2. **Venue.** Venue of this action is proper within the United States District Court for the Southern District of Texas, Corpus Christi Division, pursuant to 5 U.S.C. §703. The individual Plaintiff is domiciled within this Division of the Southern

Page 1

District of Texas, and interests affected by the challenged regulation are based within this Division.

3. **Service of Process.** Service upon the United States of America may be made pursuant to Rule 4, Federal Rules of Civil Procedure, by serving a copy of the summons and complaint upon United States Attorney for the Southern District of Texas at Houston, United States Attorney's Office, Lyric Centre Building, 440 Louisiana Street, Suite 800, Houston, Texas 77002, and by sending a copy of the summons and complaint by certified mail to the Attorney General, Janet Reno, District of Columbia, and by also sending a copy of the summons and the complaint by certified mail to the Secretary, William Daley, Department of Commerce, 14th and Constitution Avenue, N.W., Washington, D.C. 20230.

4. **Summary of the Case.** The National Marine Fishery Service published an interim rule which closes the red snapper fishery until April 21, 2000. This rule was published on December 20, 1999, in the Federal Register.

5. The challenged regulation is *not a conservation measure*. The National Marine Fisheries Service has <u>increased</u> the total by-catch by implementing this rule. Such action by NMFS was arbitrary, capricious, and not based upon the best scientific evidence available.

6. **Statement of the Case.** Plaintiffs are a Public Interest Group and an individual who makes a living, or are involved in, in whole or in part, fishing for red snapper off the coast of Texas.

7. This is a suit for non-monetary relief under the

Page 2

provisions of the Administrative Procedure Act, 5 U.S.C. §702 *et seq.*

8. Plaintiffs contend that the Defendant Secretary has acted arbitrarily and capriciously in closing the Red Snapper Fishery until April 21, 2000.

9. Plaintiffs contend that the Secretary has established a system for limiting access to the red snapper fishery in violation of 16 U.S.C. §1853 which requires the Secretary to take into consideration present participation in the fishery, historical fishing practices, economics of the fishery, the capability of fishing vessels using the fishery to engage in other fisheries, and other relevant considerations. Additionally, Plaintiffs intend to show that procedural irregularities exist in the adoption of the challenged emergency rule.

10. **Relief Requested.** Plaintiffs request that the adopted regulation be held unlawful and set aside pursuant to Federal law. Plaintiffs request that the Secretary file the administrative record as requested by 16 U.S.C. §1855(b)(3)(B).

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the United States of America and the Department of Commerce appear herein, file their Answer and the administrative record as required by law, and that upon final hearing hereof, the challenged regulation be declared unlawful and held void as a matter of law. Plaintiffs request such other and further relief to which they may show themselves justly entitled.

Page 3

Respectfully submitted,

*[signature: Thomas B. Baker for Les Cassidy with permission]*

**LES CASSIDY**
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas   78471
(361) 887-2965 office
(361) 878-6521 fax
State Bar Number 03979270

Of Counsel:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas   78471
(361) 887-2965 office
(361) 887-6521 fax

Page 4