THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RECREATIONAL FISHING OF AMERICA, § <br> RECREATIONAL FISHING ALLIANCE § <br> TEXAS, RECREATIONAL FISHING § <br> ALLIANCE NATIONAL, & BOBBY § <br> GRUMBLES § <br> § <br> V. § <br> § <br> THE UNITED STATES OF AMERICA, § <br> THE DEPARTMENT OF COMMERCE, § <br> WILLIAM DALEY, SECRETARY, & § <br> NATIONAL MARINE FISHERIES SERVICE§ | CA. NO. C-00-28 |

### ORDER TO ANSWER AND FILE ADMINISTRATIVE RECORD

The Court orders defendants to file their answer to plaintiffs' complaint as well as the complete administrative record supporting National Marine Fisheries' Interim Rule, 64 Fed. Reg. 71056, by February 20, 2000.

ORDERED this 20 day of Jan, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE