# United States District Court

─────────── DISTRICT OF ───────────

RECREATIONAL FISHERMEN OF AMERICA,
RECREATIONAL FISHING ALLIANCE TEXAS,
RECREATIONAL FISHING ALLIANCE
NATIONAL, and BOBBY GRUMBLES

V.

THE UNITED STATES OF AMERICA and
THE DEPARTMENT OF COMMERCE, WILLIAM
DALEY, Secretary, and NATIONAL
MARINE FISHERIES SERVICE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-00-028

United States District Court
Southern District of Texas
FILED

FEB 15 2000

Michael N. Milby, Clerk

**TO:** (Name and address of defendant)

Janet Reno, Attorney General
United States of America
Main Justice Building, Room 5111
10th and Pennsylvania Avenue
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Les Cassidy
Woolsey & Cassidy, P.C.
500 N. Water Street, Suite 1020 North
Corpus Christi, Texas 78471

an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

DATE 1/21/00

CLERK

(BY) DEPUTY CLERK

5.

# AUTHORIZED OFFICER'S RETURN

CASE #: C00028                                                   COURT

Came to hand on the __24th__ day of __January__, ~~1999~~ 2000 at __9:00__ o'clock __A__.M.

Documents received for service:

**SUMMONS W/PLAINTIFFS' ORIGINAL COMPLAINT, AND REQUEST FOR DECLARATORY RELIEF**

Executed on the __28th__ day of __January__, ~~1999~~ 2000 at __10:25__ o'clock __A__.M.

Executed at __District of Columbia__

_____ within the County of _____ by delivering

to: **Reno, Janet, Attorney General**
    **Main Justice Building, Room 5111**

a true copy of the documents listed above having first endorsed on the date of delivery in the following manner:

_____ by delivering to the above in person.
_____ (Substitute Service) per Rule 106/536 Order by delivering to: _____
      _____ in person the age of sixteen then residing therein, to wit:
_____ by posting; by securely affixing to the main door at the above address, per Rule 106/536 Order.
_____ by delivering them to an officer or managing agent whose name and title is: _____
__xx__ Other: __Nevin Jackson, clerk-authorized to accept service__

Not Executed for the following reasons: _____.

I, am over the age of eighteen, not a party to nor interested in the outcome of the above numbered suit and am authorized by written order of the court to serve citations and other notices.

Service Fee $_____

Printed Name: __Alex M. Hernandez__
Authorized Person / ~~XXXXXXXXXXXXXXXXXXX~~
OR#/ID# __Process Server__

STATE OF TEXAS   }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office on this the __31__ day of __January__, 2000.

_Shandora Dobson_
NOTARY PUBLIC SIGNATURE

Shandora Dobson, District of Columbia
My Commission Expires: 12/14/2003

PCP Inv. # C0100 128