# United States District Court

──────────── DISTRICT OF ────────────

RECREATIONAL FISHERMEN OF AMERICA,
RECREATIONAL FISHING ALLIANCE TEXAS,
RECREATIONAL FISHING ALLIANCE
NATIONAL, and BOBBY GRUMBLES

**SUMMONS IN A CIVIL CASE**

V.

THE UNITED STATES OF AMERICA and
THE DEPARTMENT OF COMMERCE, WILLIAM
DALEY, Secretary, and NATIONAL
MARINE FISHERIES SERVICE

CASE NUMBER: C-00-028

United States District Court
Southern District of Texas
FILED

FEB 15 2000

Michael N. Milby, Clerk

**TO:** (Name and address of defendant)

William Daley, Secretary
Department of Commerce
14th and Constitution Avenue, N.W.
Washington, D.C. 20230

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Les Cassidy
Woolsey & Cassidy, P.C.
500 N. Water Street, Suite 1020 North
Corpus Christi, Texas 78471

an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

CLERK

(BY) DEPUTY CLERK

DATE 1/21/00

6.

## AUTHORIZED OFFICER'S RETURN

CASE #: C00028                                                          COURT

Came to hand on the __24th__ day of __January, 2000__, ~~xxxx~~ at __9:00__ o'clock __A__.M.

Documents received for service:

**SUMMONS W/PLAINTIFFS' ORIGINAL COMPLAINT, AND REQUEST FOR DECLARATORY RELIEF**

Executed on the __2nd__ day of __February, 2000__, ~~xxxx~~ at __10:54__ o'clock __A__.M.

Executed at __Department of Commerce, 14th & Constitution Ave NW__

__Washington, DC 20230__ within the County of _____ by delivering

to: **Daley, William**
   **Secretary / Department Of Commerce**

a true copy of the documents listed above having first endorsed on the date of delivery in the following manner:

____ by delivering to the above in person.
____ (Substitute Service) per Rule 106/536 Order by delivering to: _____
    _____ in person the age of sixteen then residing therein, to wit:
____ by posting; by securely affixing to the main door at the above address, per Rule 106/536 Order.
____ by delivering them to an officer or managing agent whose name and title is: _____
__XX__ Other: __Served: Zsatique Ferrell, paralegal, authorized to accept service__

Not Executed for the following reasons: _____
_____.

I, am over the age of eighteen, not a party to nor interested in the outcome of the above numbered suit and am authorized by written order of the court to serve citations and other notices.

Service Fee $ _____

Printed Name: __Alex M. Hernandez__
Authorized Person / Constable / Sheriff
OR#/ID# __Process Server__

STATE OF TEXAS   }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office on this the __3rd__ day of __February__, 2000.

_Rozanna Settles_
NOTARY PUBLIC SIGNATURE

My Commission Expires October __, 200_

PCP Inv. # C0100 127