UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § |
| VS. | § § § |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § § |

CAUSE NO. C-00-028

United States District Court
Southern District of Texas
FILED

FEB 15 2000

MICHAEL N. MILBY, CLERK

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT AND REQUEST FOR DECLARATORY RELIEF

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW GAMFW, Inc. d/d/a Fisherman's Wharf and Bobby Grumbles, Plaintiffs, and respectfully file and submit this their Unopposed Motion for Leave to Amend their Plaintiffs' Original Complaint and Request for Declaratory Relief as follows:

1. Plaintiffs' request leave to amend for the reason a Plaintiff has been added, and further, another Plaintiff has withdrawn from this action.

2. This motion is unopposed for the reason no Defendant has answered the lawsuit as of the time of the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request leave to amend their Plaintiffs' Original Complaint and Request for Declaratory Relief.

840.200                                                                                        Page 1

Respectfully submitted,

_____
Les Cassidy
1020 NationsBank Center North
500 North Water Street
Corpus Christi, Texas   78471
(512) 887-2965 office
(512) 887-6521 fax

State Bar Number 03979270
Federal ID Number 5931
Attorney in Charge for Plaintiffs

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that no service upon Defendants was attempted due to no answer to suit being on file at this time. I further certify that I will make available to Defendants a true and correct copy of this document upon receiving an answer to the lawsuit.

_____
Les Cassidy

840.200                                                                 Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES<br><br>VS.<br><br>THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § § § § § § § | CAUSE NO. C-00-028 |

### ORDER GRANTING LEAVE TO AMEND

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Opposed Motion for Leave to Amend. This Court having considered the same is of the opinion that said motion should be granted. Plaintiffs are granted leave to file their Plaintiffs' First Amended Original Complaint and Request for Declaratory Relief.

Signed this _____ day of _____, 2000.


_____
U.S. District Judge

840.200                                                                                      Page 1