UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § § | |
| VS. | § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § | CAUSE NO. C-00-028 |

**PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT
AND REQUEST FOR DECLARATORY RELIEF**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COME NOW GAMFW, Inc. d/d/a Fisherman's Wharf and Bobby Grumbles, Plaintiffs, and respectfully file and submit this their First Amended Original Complaint and Request for Declaratory Relief, and for cause of action would respectfully show unto this Honorable Court as follows:

1. **Jurisdiction.** Jurisdiction is founded on the existence of a federal question pursuant to 28 U.S.C. §1331. This action arises under the provisions of the Magnuson Fishery Conservation and Management Act, 16 U.S.C. §1801 *et seq*.

2. **Venue.** Venue of this action is proper within the United States District Court for the Southern District of Texas, Corpus Christi Division, pursuant to 5 U.S.C. §703.

The individual Plaintiff, Bobby Grumbles, is domiciled within this Division of the Southern District of Texas, and interests affected by the challenged regulation are based within this

840.200                     Page 1

Division.

   Plaintiff, GAMFW, Inc., d/b/a/ Fisherman's Wharf, is a private corporation which operates a "headboat" service out of Port Aransas, Texas. The names of its vessels are **THE SCAT CAT** and **THE WHARF CAT**, and their services are available to the general public.

   3. **Service of Process.** Service upon the United States of America may be made pursuant to Rule 4, Federal Rules of Civil Procedure, by serving a copy of the summons and complaint upon United States Attorney for the Southern District of Texas at Houston, United States Attorney's Office, Lyric Centre Building, 440 Louisiana Street, Suite 800, Houston, Texas 77002, and by sending a copy of the summons and complaint by certified mail to the Attorney General, Janet Reno, District of Columbia, and by also sending a copy of the summons and the complaint by certified mail to the Secretary, William Daley, Department of Commerce, 14th and Constitution Avenue, N.W., Washington, D.C. 20230.

   4. **Summary of the Case.** The National Marine Fishery Service published an interim rule which closes the red snapper fishery until April 21, 2000. This rule was published on December 20, 1999, in the Federal Register.

   5. The challenged regulation is *not a conservation measure*. The National Marine Fisheries Service has <u>increased</u> the total by-catch by implementing this rule. Such action by NMFS was arbitrary, capricious, and not based upon the best scientific evidence available.

6. **Statement of the Case.** Plaintiffs are involved in, in whole or in part, fishing for red snapper off the coast of Texas.

7. This is a suit for non-monetary relief under the provisions of the Administrative Procedure Act, 5 U.S.C. §702 *et seq*.

8. Plaintiffs contend that the Defendant Secretary has acted arbitrarily and capriciously in closing the Red Snapper Fishery until April 21, 2000.

9. Plaintiffs contend that the Secretary has established a system for limiting access to the red snapper fishery in violation of 16 U.S.C. §1853 which requires the Secretary to take into consideration present participation in the fishery, historical fishing practices, economics of the fishery, the capability of fishing vessels using the fishery to engage in other fisheries, and other relevant considerations. Additionally, Plaintiffs intend to show that procedural irregularities exist in the adoption of the challenged emergency rule.

10. **Relief Requested.** Plaintiffs request that the adopted regulation be held unlawful and set aside pursuant to Federal law. Plaintiffs request that the Secretary file the administrative record as requested by 16 U.S.C. §1855(b)(3)(B).

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the United States of America and the Department of Commerce appear herein, file their Answer and the administrative record as required by law, and that upon final hearing hereof, the challenged regulation be declared unlawful and held void as a

840.200                                     Page 3

matter of law. Plaintiffs request such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

_____
LES CASSIDY
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 878-6521 fax
State Bar Number 03979270

Of Counsel:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 887-6521 fax

### CERTIFICATE OF SERVICE

I hereby certify that no service upon Defendants was attempted due to no answer to suit being on file at this time. I further certify that I will make available to Defendants a true and correct copy of this document upon receiving an answer to the lawsuit.

_____
Les Cassidy

840.200                                             Page 4