United States District Court
Southern District of Texas
FILED

FEB 18 2000

MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAMFW, INC., D/B/A/ FISHERMAN'S WHARF and BOBBY GRUMBLES | ) ) ) | |
| Plaintiffs | ) | Civil Action No. C-00-28 |
| v | ) ) | |
| THE UNITED STATES OF AMERICA, THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, SECRETARY and THE NATIONAL MARINE FISHERIES SERVICE, | ) ) ) ) | |
| Defendants | ) | |

## FEDERAL DEFENDANTS' NOTICE OF FILING ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that Federal Defendants are hereby filing the Administrative Record for the above-captioned action. The Administrative Record is for the National Marine Fisheries Service's final action in publishing its Red Snapper Management Measures (for the Gulf of Mexico) Interim Rule & Request for Comments, promulgated pursuant to the Magnuson-Stevens Fisheries Conservation & Management Act, 16 U.S.C. §1801, *et seq.*, which modifies recreational and commercial fishing seasons, increases recreational minimum size limit and reinstates a 4-fish bag limit for captain and crew of for-hire vessels. 64 Fed.Reg. 71056, December 20, 1999. The Administrative Record has been certified by the National Marine

1

Fisheries Service and consists of the index and 18 volumes. *See* Certification (attached hereto).

Respectfully submitted this \_\_17th\_\_ day of February, 2000.

                      MERVIN M.. MOSSBACKER
                      United States Attorney

                      LOIS J. SCHIFFER
                      Assistant Attorney General
                      Environment & Natural Resources Division

                      _/s/_ (for)
                      HEIDI KUKIS
                      Trial Attorney
                      JEAN WILLAMS, Chief
                      US Department of Justice
                      Environmental & Natural Resources Division
                      Wildlife & Marine Resources Section
                      Ben Franklin Station, P O Box 7369
                      Washington, D.C. 20044-7369
                      Phone (202) 305-0225

OF COUNSEL:

E.V.E. Joy, Esq.
NOAA Office of General Counsel
Southeast Region
U S Department of Commerce
St. Petersburg, FL
(727) 570-5372

Constance Sathre, Esq.
NOAA Office of General Counsel
U S Department of Commerce
Silver Spring, MD
(301) 713-2231

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC., D/B/A/ FISHERMAN'S WHARF and BOBBY GRUMBLES </br></br>    Plaintiffs </br>v </br></br>THE UNITED STATES OF AMERICA, </br>THE DEPARTMENT OF COMMERCE, </br>WILLIAM DALEY, SECRETARY and </br>THE NATIONAL MARINE FISHERIES SERVICE, </br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. C-00-28 |

## CERTIFICATE OF SERVICE

I hereby certify on February 17, 2000, I served by Federal Express a true and correct copy of:

(1) Federal Defendant's Notice of Filing Administrative Record; and

(2) Administrative Record

upon

Les Cassidy, Esq.
WOOLSEY & CASSIDY PC
1020 Bank of America Center North
500 North Water Street
Corpus Christi, TX 78471
Phone (361) 887-2965

E.V.E. Joy, Esq.
NOAA Office of General Counsel
9721 Executive Center Drive, N    Rm 137
St. Petersburg, FL 33702
Phone (727) 570-5372