Southern District of Texas
FILED

# U. S. DEPARTMENT OF COMMERCE

FEB 1 8 2000

MICHAEL N. MILBY CLERK

FORM CD-64
REV. 1-29-71)
RESCRIBED BY
AO 201-17

Washington, __February 17,_____, 19 __2000__

I HEREBY CERTIFY that the annexed is a true copy of __the Administrative Record for National Marine__

__Fisheries Service in the matter of GAMFW, Inc., DBA Fisherman's Wharf and Bobby Grumbles, et. al., v. William__

__M. Daley, et. al. Civil Action No. C-00-028, for decisions relating to red snapper interim rule for the Reef Fish__

__Fishery in the Gulf of Mexico published on December 20, 1999 (64 Federal Register 71056).__

on file in the __Southeast Region, National Marine Fisheries Service_____

_(signature: James E. Weaver)_

__James E. Weaver, Assistant Regional Administrator for__

__Administrator for Sustainable Fisheries Division_____

(Official title)

I HEREBY CERTIFY that __James E. Weaver_____

who signed the foregoing certificate, is now, and was at the time of signing, __custodian of the Administrative Record__

__referenced above._____

and that full faith and credit should be given his certificate as such.

IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be af-

fixed this __17th_____ day of __February_____,

one thousand nine hundred and __year 2000._____

For the SECRETARY OF COMMERCE:

_(signature: Charles A. Oravetz)_

Certifying Officer

USCOMM-DC 1359-P71

10