UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2000

Michael N. Milby, Clerk

| | |
|---|---|
| GAMFW, INC., DBA FISHERMAN'S WHARF and BOBBY GRUMBLES )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>et. al )<br>)<br>Defendants. )<br>) | CASE NO. C-00-028 |

## FEDERAL DEFENDANTS' ANSWER
## TO PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

The Federal defendants, William Daley, in his official capacity as the Secretary of the United States Department of Commerce, and the National Marine Fisheries Service, hereby respond to the Plaintiffs' First Amended Original Complaint, in correspondingly numbered paragraphs, and aver as follows.

1. The allegations contained in Paragraph 1 that jurisdiction is proper are legal conclusions to which no response is required. The remaining allegations are characterizations of plaintiffs' case to which no response is required. To the extent a response is required, federal defendants deny the allegations of Paragraph 1.

2. The allegations contained in Paragraph 2 that venue is proper are legal conclusions to which no response is required. The remaining sentences of Paragraph 2 contain allegations of which federal

defendants are without knowledge or sufficient information to form a belief as to the truth, and, therefore, federal defendants deny the same.

3. The allegations contained in Paragraph 3 regarding service of process are legal conclusions to which no response is required. The remaining allegations are characterizations of plaintiffs' case to which no response is required. To the extent a response is required, federal defendants deny the allegations of Paragraph 3.

4. The first sentence of Paragraph 4 requires no response as it is plaintiffs' characterization of a rule published in the Federal Register, which speaks for itself and is the best evidence of its content. Defendants admit the allegations in the second sentence of Paragraph 4.

5. Federal defendants deny the allegations contained in Paragraph 5.

6. Paragraph 6 contains allegations of which federal defendants are without knowledge or sufficient information to form a belief as to the truth, and, therefore, federal defendants deny the same.

7. The allegations contained in Paragraph 7 require no response as they constitute plaintiffs' characterization of their claims. To the extent a response is required, federal defendants deny the allegations contained in Paragraph 7.

8. Federal defendants deny the allegations contained in Paragraph 8.

9. Federal defendants deny the allegations contained in Paragraph 9.

10. The allegations contained in Paragraph 10 require no response as they constitute Plaintiffs' prayer for relief for which no response is required. Federal defendants note that in addition to filing this answer to plaintiffs' first amended original complaint, they also are sending to the Court by Federal Express on February 17, 2000, a certified copy of the administrative record in this case. Federal

defendants note that an Order from this Court required them to file an answer to plaintiffs' complaint as well as the administrative record in this case by February 20, 2000.

11. The remaining allegations characterize plaintiffs' prayer for relief for which no response is required. To the extent a response is required, the federal defendants request the Court to deny plaintiffs' prayer for relief.

## AFFIRMATIVE DEFENSES

12. The plaintiffs have failed to state a claim upon which relief can be granted.

13. Any allegation not specifically admitted is denied.

14. Federal defendants reserve the right to amend this answer and to assert appropriate affirmative defenses as this action progresses.

         Respectfully submitted,

         LOIS J. SCHIFFER
         Assistant Attorney General
         Environment and Natural Resources Division

         JEAN WILLIAMS
         Chief, Wildlife & Marine Resources Section
         Environment and Natural Resources Division

         LARRY LUDKA
         Assistant United States Attorney

DATED: February 17, 2000  */s/ Heidi Kukis*
         HEIDI KUKIS, Attorney-In-Charge
         D.C. Bar No. 459212
         Office of the Assistant Attorney General
         Environment & Natural Resources Div.
         U.S. Department of Justice

950 Pennsylvania Ave., NW
Room 2736
Washington, D.C. 20530
Telephone: (202) 305-0544
Facsimile: (202) 305-2573

Of Counsel for Defendants:

EVE JOY
Attorney-Advisor
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel-Southeast Region
9721 Executive Center Dr., N.
Suite 137
St. Petersburg, FL 33702
Telephone: (727) 570-5370
Facsimile: (727) 570-5376

CONSTANCE SATHRE
Attorney-Advisor
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway
Room 15602
Silver Spring, MD 20910
Telephone: (301) 713-2231
Facsimile: (301) 713-0658