UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2000

Michael N. Milby, Clerk

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES ) ) ) ) Plaintiffs, ) ) vs. ) ) THE UNITED STATES OF AMERICA, ) et. al ) ) Defendants. ) ) | CAUSE NO. C-00-028 |

## APPLICATION OF HEIDI KUKIS TO APPEAR PRO HAC VICE

I, Heidi Kukis, declare under penalty of perjury:

1. Pursuant to Local Rule 1(K), I hereby apply to appear pro hac vice as counsel for federal defendants United States of America, et al. in this matter.

2. I reside at 2714 Ordway Street, NW, Apt. 1, Washington, D.C. 20008. My business address is Office of the Assistant Attorney General, Environment and Natural Resources Division, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Room 2736, Washington, D.C. 20530. My office telephone number is (202) 305-0544.

3. I am currently a member in good standing of the Bar of Washington, D.C., where I was admitted to practice in 1998.

4. I have never been disbarred or formally censured by a court of record or by a state bar association, and there are no pending disciplinary proceedings against me.

5. I previously made a <u>pro hac vice</u> application to this Court and it was granted (<u>Recreational Fishing Alliance v. United States of America</u>, Cause No. C-99-248).

6. No other Department of Justice Trial Attorney previously has consented to act as federal defendants' counsel in this matter.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: Thursday, February 17, 2000.

*Heidi Kukis*
HEIDI KUKIS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 17, 2000, a copy of FEDERAL DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT and APPLICATION OF HEIDI KUKIS TO APPEAR PRO HAC VICE and ORDER ADMITTING HEIDI KUKIS PRO HAC VICE was served by depositing the documents in the United States mail, postage prepaid, upon the counsel of record hereinafter named:

> Mr. Leslie Cassidy
> 1020 Bank of America Center North
> 500 N. Water Street
> Corpus Christi, Texas 78471
> (361) 887-2965 (office)
> (361) 878-6521 (fax)

*Heidi Kukis*
HEIDI KUKIS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES,  )<br>  )<br>Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>THE UNITED STATES OF AMERICA, )<br>et. al  )<br>  )<br>Defendants.  ) | CAUSE NO. C-00-028 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

### ORDER ADMITTING HEIDI KUKIS PRO HAC VICE

The Court having considered the Application of Heidi Kukis for Admission Pro Hac Vice in this matter,

IT IS HEREBY ORDERED that Heidi Kukis is admitted for the purpose of representing the federal defendants United States of America, et al., in this matter.

DATED this _____ day of _____, 1999.

_____