IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 1 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| GAMFW, INC. d/b/a FISHERMAN'S WHARF § and BOBBY GRUMBLES § § | |
| VS. § § | CA. NO. C-00-28 |
| THE UNITED STATES OF AMERICA, § And THE DEPARTMENT OF COMMERCE, § WILLIAM DALEY, Secretary, and § NATIONAL MARINE FISHERIES SERVICE § | |

### PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COME NOW GAMFW, Inc d/b/a Fisherman's Wharf and Bobby Grumbles, Plaintiffs, and certifie that the following are believed to be interested parties in this litigation:

1. GAMFW, Inc. d/b/a Fisherman's Wharf
   P.O. Box 387
   900 N. Tarpon
   Port Aransas, Texas 78373
   361-749-5448

2. Bobby Grumbles
   P.O. Box 387
   900 N. Tarpon
   Port Aransas, Texas 78373
   361-749-5448

3. National Marine Fisheries Service
   9721 Executive Center Drive North
   St. Petersburg, Florida 33702
   727-570-5305

13.

4. United States of America
   Janet Reno, Attorney General
   Main Justice Building, Room 5111
   10th and Pennsylvania Avenue
   Washington, D.C. 20530

5. William Daley, Secretary
   Department of Commerce
   14th and Constitution Avenue N.W.
   Washington, D.C. 20230

Plaintiffs agree to supplement this disclosure if further information is obtained as requested by the Court.

Respectfully submitted,

_____
Les Cassidy
WOOLSEY & CASSIDY, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax

State Bar No. 03979370
Federal I.D. No. 5931

ATTORNEY FOR PLAINTIFFS

OF COUNSEL:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded this 1st day of March, 2000, to:

Heidi Kukis
Office of the Assistant Attorney General
Environment & Natural Resources Div.
950 Pennsylvania Ave., NW
Room 2736
Washington, D.C. 20530

Eve Joy
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel-Southeast Region
9721 Executive Center Dr., N.
Suite 137
St. Petersburg, FL 33702

Constance Sathre
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway
Room 15602
Silver Spring, MD 20910

Les Cassidy

ClibPDF - www.fastio.com