IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 7 - 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| GAMFW, INC. d/b/a FISHERMAN'S WHARF § <br> and BOBBY GRUMBLES § <br> § <br> VS. § <br> § <br> THE UNITED STATES OF AMERICA, § <br> and THE DEPARTMENT OF COMMERCE, § <br> WILLIAM DALEY, Secretary, and § <br> NATIONAL MARINE FISHERIES SERVICE § | CA. NO. C-00-28 |

## PLAINTIFFS' OBJECTION TO THE INCOMPLETE ADMINISTRATIVE RECORD AND REQUEST FOR SUPPLEMENTATION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION:

COMES NOW, Plaintiffs, and respectfully file and submit this their Objection To The Filing Of An Incomplete Administrative Record and Request for Supplementation and would show unto this honorable court as follows:

1. This suit challenges an interim rule modifying the Red Snapper management measures for the Gulf of Mexico which was published on December 20, 1999. (64 Fed. Reg. 71056) The administrative record which consists of eighteen (18) volumes was filed on or about February 17, 2000.

2. Counsel for Plaintiffs has reviewed the administrative record and objects to its completeness for the reason that it does not contain a Southeast Fishery Bulletin published by the National Marine Fisheries Service on September 14, 1999 which is attached hereto as Exhibit "A". This bulletin stated that NOAA disapproved prior recommendations by the Gulf Council to delay the opening of the Red Snapper

14.

Recreational Fishery because of the likely adverse economic impact on the Texas Red Snapper Fishery.

    WHEREFORE premises considered, counsel of Plaintiffs respectfully requests that the administrative record be supplemented with the Southeast Fishery Bulletin published by the National Marine Fishery Service on September 14, 1999.

Respectfully submitted,

_____
Les Cassidy
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No.: 03979270
Federal I.D. No.: 5931

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by U.S. Certified Mail, return receipt requested this 7th day of March, 2000, to:

Heidi Kukis
U.S. Department of Justice
Environmental & Natural Resources Division
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

_____
Les Cassidy

## CERTIFICATE OF CONSULTATION

Counsel for Plaintiff forwarded the foregoing Motion by fax to counsel for the Defendant for review on March 7, 2000. Plaintiff's counsel has been advised by Defense counsel that the Defendant is taking no position on this Motion.

_____
Les Cassidy



# Southeast Fishery Bulletin

National Marine Fisheries Service, Southeast Regional Office, 9721 Executive Center Drive N., St. Petersburg, FL 33702

FOR INFORMATION CONTACT:
Roy Crabtree, or Roy.Crabtree@noaa.gov
727/570-5305, FAX 727/570-5583
http://caldera.sero.nmfs.gov

FOR IMMEDIATE RELEASE
September 14, 1999
NR99-05

## NEW REGULATIONS APPROVED FOR THE RECREATIONAL AND COMMERCIAL GULF OF MEXICO RED SNAPPER FISHERIES

NOAA Fisheries has approved a zero-fish bag limit for captain and crew of for-hire vessels and a four-fish bag limit for all other recreational anglers. NOAA Fisheries has also approved a change in the duration of the commercial fall season from the first 15 days of each month to the first 10 days of each month until the fall quota is caught. Commercial fishing during the fall season will begin at noon on the 1st of each month and cease at noon on the 10th of each month until the fall quota is reached.

NOAA Fisheries disapproved a proposal by the Gulf of Mexico Fishery Management Council (Council) to reduce the minimum size limit to 14 inches. This measure would have shortened the recreational season, which was contrary to the intent of the Council, with little or no corresponding benefit to the stock.

NOAA Fisheries also disapproved the Council's proposal to delay the opening of the recreational fishery from January 1 until March 1. The Council recommended this measure to extend the fishing season further into the fall; however, all analyses suggest that the two-month delay would result in a net loss of fishing days. Furthermore, public comment on the proposed rule suggested that this measure would have an adverse economic impact on the Texas red snapper fishery. NOAA Fisheries disapproved this measure based upon national standard 4 of the Magnuson-Stevens Fishery Conservation and Management Act, which requires that allocation of fishing privileges be fair and equitable. Approval of this measure would have placed an unfair economic burden on the Texas for-hire sector and would have shortened the red snapper recreational fishing season without any clear offsetting economic benefits.

This and other news releases are available on the SERO homepage at http://caldera.sero.nmfs.gov. NOAA Fisheries is an agency of the Commerce Department's National Oceanic and Atmospheric Administration.

National Marine Fisheries Service
Southeast Regional Office, F/SER23
9721 Executive Center Drive North
St. Petersburg, FL 33702

Official Business
Penalty for Private Use - $300
NR99-052

FIRST CLASS MAIL
POSTAGE & FEES PAID
U.S. DEPARTMENT OF COMMERCE
PERMIT NO. G-19

EXHIBIT "A"

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. d/b/a FISHERMAN'S WHARF § <br> and BOBBY GRUMBLES § <br> § <br> VS. § <br> § <br> THE UNITED STATES OF AMERICA, § <br> and THE DEPARTMENT OF COMMERCE, § <br> WILLIAM DALEY, Secretary, and § <br> NATIONAL MARINE FISHERIES SERVICE § | CA. NO. C-00-28 |

### ORDER TO SUPPLEMENT THE ADMINISTRATIVE RECORD

The objection by the Plaintiff to the completeness of the administrative record is GRANTED. The record is ordered to be supplemented with the Southeast Fishery Bulletin dated September 14, 1999 which concerns the Red Snapper Fishery and the Gulf of Mexico.

Signed this _____ day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE