IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 3 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| GAMFW, INC. d/b/a FISHERMAN'S WHARF § and BOBBY GRUMBLES § § | |
| VS. § § | CA. NO. C-00-28 |
| THE UNITED STATES OF AMERICA, § and THE DEPARTMENT OF COMMERCE, § WILLIAM DALEY, Secretary, and § NATIONAL MARINE FISHERIES SERVICE § | |

### ORDER TO SUPPLEMENT THE ADMINISTRATIVE RECORD

The objection by the Plaintiff to the completeness of the administrative record is GRANTED. The record is ordered to be supplemented with the Southeast Fishery Bulletin dated September 14, 1999 which concerns the Red Snapper Fishery and the Gulf of Mexico. *The Court finds the motion in unopposed.*

Signed this __10__ day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE