IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
MAR 10 2000
Michael N. Milby, Clerk

| | |
|---|---|
| GAMFW, INC., d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES § § § § v. § § THE UNITED STATES OF AMERICA § AND THE DEPARTMENT OF § COMMERCE, WILLIAM DALEY, § Secretary, and NATIONAL MARINE § FISHERIES SERVICE § | C. A. NO. C-00-028 |

## MOTION TO INTERVENE

COMES NOW, the Coastal Conservation Association, by an through its undersigned counsel, and moves to intervene as a defendant in the above captioned case.

Respectfully submitted,

By /s/ Bruce S. Hawn
Robert G. Hayes
D. C. Bar Number: 393215
BALL JANIK, LLP
1455 F. Street NW, Suite 225
Washington, D. C. 20005
[202] 638-3307; fax [202] 783-6947

Bruce S. Hawn
State Bar No. 00784228
Federal Bar No. 17584
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900N
Corpus Christi, Texas 78401
[361] 693-8500; fax [361] 693-8600

ATTORNEYS FOR COASTAL
CONSERVATION ASSOCIATION

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by United States certified mail, return receipt requested, this 10th day of March, 2000, to the following attorneys of record:

**ATTORNEY FOR PLAINTIFFS:**

Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

**ATTORNEYS FOR DEFENDANTS,**
**THE UNITED STATES OF AMERICA,**
**THE DEPARTMENT OF COMMERCE,**
**WILLIAM DALEY and NATIONAL**
**MARINE FISHERIES SERVICE:**

Heidi Kukis
United States Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, NW, Room 2736
Washington, D. C. 20530

Eve Joy
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel – Southeast Region
9721 Executive Center Drive N, Suite 137
St. Petersburg, Florida 33702

Constance Sathre
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway, Room 15602
Silver Spring, Maryland 20910

_____
Bruce S. Hawn

## CERTIFICATE OF CONSULTATION

This will certify that I have communicated by telephone or in writing with attorneys for each party affected by this Motion to Intervene with regard to the above captioned matter, and it is opposed by Plaintiffs.

_____
Bruce S. Hawn

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC., d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES § § § <br> v. § § <br> THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE § § § § § § | C. A. NO. C-00-028 |

## ORDER ON MOTION TO INTERVENE

The Court having considered the Motion to Intervene of Coastal Conservation Association in this matter,

It is, HEREBY ORDERED that Coastal Conservation Association may appear as an Intervenor in this matter.

DATED this _____ day of March, 2000.

_____
Judge Hayden W. Head, Jr.

1