```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
         CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
FILED

MAR 10 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| GAMFW, INC., d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § § § | |
| v. | § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § | C. A. NO. C-00-028 |

### Affidavit of Mark Ray

1.  My name is Mark Ray. I live in Corpus Christi, Texas and I am a member of the Coastal Conservation Association ("CCA") of Texas; and also serve on the State Board for CCA Texas.

2.  CCA Texas has approximately 50,000 members. CCA Texas is committed to sound fishery resource management to ensure continued conservation of marine fisheries. The members of CCA Texas utilize the resources of the Gulf of Mexico, and among other things, recreationally fish for red snapper and other finfish in the Gulf's multi-species fishery.

3.  Due to CCA's strong interests, CCA has been actively involved over the last 10 years in the development of the Reef Fish Management Plan for the Gulf of Mexico, in addition to the regulations challenged by Gamfw, Inc. and Bobby Grumbles in the above referenced cause.

4.  Many of CCA's members are directly benefited by the current red snapper regulations. CCA Texas's membership would be greatly benefited if the existing regulations remains in place.

EXECUTED this the 10 day of March, 2000.

_____
Mark Ray

1

STATE OF TEXAS             §
                           §
COUNTY OF NUECES           §

    SUBSCRIBED AND SWORN TO BEFORE ME by the Mark Ray on this 10th day of March, 2000, to certify which witness my hand and seal of office.

*[Notary seal: SUZANNE HARRIS HILLIARD, Notary Public, State of Texas, My Commission Expires 12-8-2000]*

*[Signature]*
Notary Public, State of Texas

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by United States certified mail, return receipt requested, this 10th day of March, 2000, to the following attorneys of record:

**ATTORNEY FOR PLAINTIFFS:**

Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

**ATTORNEYS FOR DEFENDANTS,
THE UNITED STATES OF AMERICA,
THE DEPARTMENT OF COMMERCE,
WILLIAM DALEY and NATIONAL
MARINE FISHERIES SERVICE:**

Heidi Kukis
United States Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, NW, Room 2736
Washington, D. C. 20530

Eve Joy
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel – Southeast Region
9721 Executive Center Drive N, Suite 137
St. Petersburg, Florida 33702

Constance Sathre
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway, Room 15602
Silver Spring, Maryland 20910

*Bruce S. Hawn*
Bruce S. Hawn