United States District Court
Southern District of Texas
FILED

MAR 10 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC., d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES <br><br> v. <br><br> THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § § § § § § §   C. A. NO. C-00-028 |

## ANSWER OF INTERVENOR

COMES NOW the Coastal Conservation Association ["CCA"], by and through the undersigned counsel and answers the Complaint in the above captioned action as follows:

1. CCA admits the allegation in Paragraph 1 of the Complaint.

2. CCA admits the allegation in the first sentence of Paragraph 2 of the Complaint, but notes that a related case is currently pending in the United States District Court for the Northern District of Florida, Tallahassee Division. CCA has no information with respect to the domicile of the named plaintiff. CCA avers that residents of many federal judicial districts bordering the Gulf of Mexico, as well as other parts of the United States, are also affected by the challenged regulation.

3. CCA has no information with respect to whether service of process has been properly completed as alleged in Paragraph 3 of the Complaint.

4. CCA admits the allegation of Paragraph 4 of the Complaint.

5. CCA denies allegations of Paragraph 5 of the Complaint.

6. CCA has no information regarding the allegations of Paragraph 6 of the Complaint.

7. Paragraph 7 of the Complaint is Plaintiffs' characterization of the cause of action and as such does not require a response.

8. CCA denies the allegations of Paragraph 8 of the Complaint.

1

9. CCA denies the allegations of Paragraph 9 of the Complaint.

10. Paragraph 10 of the Complaint is Plaintiffs' request for relief and as such does not require a response.

Respectfully submitted,

By *Bruce S. Hawn*
Robert G. Hayes
D. C. Bar Number: 393215
BALL JANIK, LLP
1455 F. Street NW, Suite 225
Washington, D. C. 20005
[202] 638-3307; fax [202] 783-6947

Bruce S. Hawn
State Bar No. 00784228
Federal Bar No. 17584
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900N
Corpus Christi, Texas 78401
[361] 693-8500; fax [361] 693-8600

ATTORNEYS FOR COASTAL
CONSERVATION ASSOCIATION

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by United States certified mail, return receipt requested, this ___10th___ day of March, 2000, to the following attorneys of record:

**ATTORNEY FOR PLAINTIFFS:**

Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

**ATTORNEYS FOR DEFENDANTS,
THE UNITED STATES OF AMERICA,
THE DEPARTMENT OF COMMERCE,
WILLIAM DALEY and NATIONAL
MARINE FISHERIES SERVICE:**

Heidi Kukis
United States Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, NW, Room 2736
Washington, D. C. 20530

Eve Joy
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel – Southeast Region
9721 Executive Center Drive N, Suite 137
St. Petersburg, Florida 33702

Constance Sathre
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway, Room 15602
Silver Spring, Maryland 20910

_____
Bruce S. Hawn

3