IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 10 2000

Michael N. Milby, Clerk

| | |
|---|---|
| GAMFW, INC., d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES<br><br>v.<br><br>THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     C. A. NO. C-00-028 |

### DESIGNATION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF THE COURT:

      1.    Intervenor, subject to the court's granting of Motion Pro Hac Vice of Robert G. Hayes, Coastal Conservation Association, hereby designates Robert G. Hayes as attorney-in-charge.

Respectfully submitted,

By _____
Robert G. Hayes
D. C. Bar Number: 393215
BALL JANIK, LLP
1455 F. Street NW, Suite 225
Washington, D. C. 20005
[202] 638-3307; fax [202] 783-6947

Bruce S. Hawn
Fed / State Bar No. 17584 / 00784228
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900N
Corpus Christi, Texas 78401
[361] 693-8500; fax [361] 693-8600

ATTORNEYS FOR COASTAL
CONSERVATION ASSOCIATION

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been sent by United States certified mail, return receipt requested, this 10th day of March, 2000, to the following attorneys of record:

**ATTORNEY FOR PLAINTIFFS:**

Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

**ATTORNEYS FOR DEFENDANTS,
THE UNITED STATES OF AMERICA,
THE DEPARTMENT OF COMMERCE,
WILLIAM DALEY and NATIONAL
MARINE FISHERIES SERVICE:**

Heidi Kukis
United States Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, NW, Room 2736
Washington, D. C. 20530

Eve Joy
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel – Southeast Region
9721 Executive Center Drive N, Suite 137
St. Petersburg, Florida 33702

Constance Sathre
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway, Room 15602
Silver Spring, Maryland 20910

                                                    */s/ Bruce S. Hawn*
                                                    Bruce S. Hawn