IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2000

Michael N. Milby, Clerk

| | |
|---|---|
| GAMFW, INC., d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES § § § § v. § § THE UNITED STATES OF AMERICA § AND THE DEPARTMENT OF § COMMERCE, WILLIAM DALEY, § Secretary, and NATIONAL MARINE § FISHERIES SERVICE § | C. A. NO. C-00-028 |

## MOTION FOR ADMISSION PRO HAC VICE

I, Robert G. Hayes, declare under penalty of perjury:

1. Pursuant to Local Rule 1(K), I hereby apply to appear *pro hac vice* as counsel for Intervenor, Coastal Conservation Association.

2. I reside at 3511 O Street, N. W., Washington, D. C. 20007. My business address is the law firm of Ball Janik LLP, 1455 F Street, N. W., Suite 225, Washington, D. C. 20005. My office telephone number is (202) 638-3307.

3. I am currently a member in good standing of the D.C. Bar, and the United States District Court for the District of Columbia, where I was admitted to practice in 1986.

4. I have never been disbarred or formally censured by a Court of record or by a State Bar Association, and there are no pending disciplinary proceedings against me.

1

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 10TH day of March, 2000.

_____
Robert G. Hayes
D. C. Bar Number: 393215
BALL JANIK, LLP
1455 F. Street NW, Suite 225
Washington, D. C. 20005
[202] 638-3307; fax [202] 783-6947

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been sent by United States certified mail, return receipt requested, this 10TH day of March, 2000, to the following attorneys of record:

**ATTORNEY FOR PLAINTIFFS:**

Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas  78471

**ATTORNEYS FOR DEFENDANTS,**
**THE UNITED STATES OF AMERICA,**
**THE DEPARTMENT OF COMMERCE,**
**WILLIAM DALEY and NATIONAL**
**MARINE FISHERIES SERVICE:**

Heidi Kukis
United States Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, NW, Room 2736
Washington, D. C.  20530

Eve Joy
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel – Southeast Region
9721 Executive Center Drive N, Suite 137
St. Petersburg, Florida  33702

Constance Sathre
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway, Room 15602
Silver Spring, Maryland  20910

              _/s/ Bruce S. Hawn_
              Bruce S. Hawn

## CLERK'S OFFICE
## United States District Court
## for the District of Columbia

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that

**ROBERT G. HAYES**

was, on the <u>1st</u> day of December A.D. <u>1986</u>, admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this <u>23rd</u> day of February, A.D. 2000.

**NANCY M. MAYER-WHITTINGTON**, Clerk

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAMFW, INC., d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § § | |
| v. | § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § | C. A. NO. C-00-028 |

### ORDER ADMITTING ROBERT G. HAYES *PRO HAC VICE*

The Court having considered the Motion of Robert G. Hayes for admission *pro hac vice* in this matter,

It is, HEREBY ORDERED that Robert G. Hayes is admitted for the purpose of representing the Intervenor, Coastal Conservation Association, in this matter.

DATED this _____ day of March, 2000.

_____
Judge Hayden W. Head, Jr.