UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 13 2000

Michael N. Milby, Clerk

| | |
|---|---|
| GAMFW, INC. D/B/A/ FISHERMAN'S WHARF and BOBBY GRUMBLES ) ) ) | |
| Plaintiffs, ) ) | CAUSE NO. C-00-028 |
| vs. ) ) | |
| THE UNITED STATES OF AMERICA, ) et. al ) ) | |
| Defendants. ) ) | |

## JOINT REPORT ON STATUS OF CASE

Pursuant to Fed.R.Civ.P. 26(f), the parties represent that they have conferred on the matters set forth and submit the following joint report to the Court:

1. **Meeting of the Parties.** On March 7, 2000, a meeting was held telephonically between plaintiffs and counsel for defendants with respect to the status and handling of the above-captioned case. The meeting was attended by:

FOR PLAINTIFFS: GAMFW, Inc. D/B/A Fisherman's Wharf and Bobby Grumbles

Les Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 (office)
(361) 887-6521 (fax)

|  |  |
|---|---|
| FOR DEFENDANTS: | The United States of America, et al |
|  | Heidi Kukis |
|  | U.S. Department of Justice |
|  | Environment and Natural Resources Division |
|  | 950 Pennsylvania Ave. NW, Room 2738 |
|  | Washington, D.C. 20530 |
|  | (202) 305-0544 (office) |
|  | (202) 305-2573 (fax) |

2. <u>Related Cases.</u> The parties acknowledge that a related case has been filed in the District Court for the Northern District of Florida. <u>Texas Shrimp Association, et al v. Daley, et al</u> (Civ. No. 4:00cv20-RH (D.C.N.D. Florida). In this case, the plaintiffs challenge under the Magnuson-Stevens Fishery Conservation and Management Act (Magnuson-Stevens Act), 16 U.S.C. § 1801 <u>et seq.</u>; the Administrative Procedure Act (APA), 5 U.S.C. §§ 500-706, the promulgation of regulations by the National Marine Fisheries Service (NMFS) establishing "certain management measures for the red snapper commercial and recreational fishery for the year 2000, including establishing a recreational season of Apr. 21 to Oct. 31, 2000; increasing the minimum size limit to 16 inches; creating a 4-fish bag limit for captain and crew of for-hire vessels; changing the openings of the commercial season to the first 10 days of each month, beginning February 1, 2000; and maintaining the total allowable catch ("TAC") for 2000 at 9.12 million pounds." <u>See</u> Plaintiffs' First Amended Complaint, ¶ 1.

3. <u>Description of Above-Captioned Case.</u> This suit challenges under the Magnuson-Stevens Act, 16 U.S.C. §1801 <u>et seq.</u>, and the APA, 5 U.S.C. §702 <u>et seq.</u> an interim rule adopted by the NMFS establishing a Red Snapper fishery season of April 21 to Oct. 31, 2000. The rule was published on December 20, 1999, in the Federal Register (64 Fed. Reg. 71056).

The plaintiffs in this case contend that adoption of this rule was arbitrary and capricious and does not take into account certain considerations related to the Red Snapper fishery including

historical fishing practices, economics of the fishery, and the capability of vessels using the fishery to engage in other fisheries. The federal defendants contend that the adoption of the rule was not arbitrary and capricious and was necessary as a conservation measure to protect the Red Snapper fishery.

4. <u>Federal Jurisdiction.</u> Federal jurisdiction in this case comes from the Magnuson-Stevens Act, 16 U.S.C. § 1801 <u>et seq.</u>, and the APA, 5 U.S.C. §§ 500-706.

5. <u>Name of Parties Disagreeing.</u> None.

6. <u>Anticipated Additional Parties.</u> None.

7. <u>Anticipated Interventions.</u> None.

8. <u>Class-Action Issues.</u> None.

9-13. <u>Discovery Issues.</u> The plaintiffs do not anticipate taking any discovery in this case. The defendants state that discovery is impermissible in this record review action governed by the APA (APA), 5 U.S.C. §§ 555(b), 706(1).

14-15. <u>Possibility of settlement.</u> The counsel for parties in this case have had several discussions about the nature of the case and whether settlement would be possible. While settlement is not anticipated in this case, the plaintiffs and defendants remain open to discussing the possibility of settlement herein. At this point, no agreement has been reached.

16. <u>Alternative Dispute Resolution.</u> The parties agree that alternative dispute resolution would not be helpful in this case.

17-19. <u>Form of Trial.</u> The parties agree that this is an APA record-review case and that no issues of fact are before the Court. The parties do not request a jury trial or magistrate judge to hear this case.

20-21. <u>Pending Motions.</u>  None at this time.  Defendant's counsel has filed a Unopposed Motion to Appear.

22. <u>Other Matters.</u>  The parties are currently scheduled for pre-trial scheduling conference with this Court on Wednesday, March 22, 2000, at 1:15 PM.  The parties request that this meeting be held telephonically as they will endeavor to reach agreement on a Joint Scheduling Order to submit to the Court before that time.

23. <u>Certification of Interested Parties.</u>  The parties acknowledge that the plaintiffs filed on March 1, 2000, a Certification of Interested Parties.

24. <u>Information on Counsel.</u>  The names, bar numbers, addresses and telephone numbers of all counsel in this case are listed below.

        Respectfully submitted,
        LOIS J. SCHIFFER
        Assistant Attorney General
        Environment and Natural Resources Division

        JEAN WILLIAMS
        Chief, Wildlife & Marine Resources Section
        Environment and Natural Resources Division

        LARRY LUDKA
        Assistant United States Attorney

DATED: March 13, 2000        *H. Kukis w/ permission by [signature]*
        HEIDI KUKIS
        Attorney-in-Charge for Defendants
        D.C. Bar No. 459212
        Office of the Assistant Attorney General
        Environment & Natural Resources Div.
        U.S. Department of Justice
        950 Pennsylvania Ave., NW, Room 2738
        Washington, D.C. 20530
        Telephone:  (202) 305-0544
        Facsimile:  (202) 305-2573

DATED: March 13, 2000

_____
LES CASSIDY
Attorney-in-Charge for Plaintiffs
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No. 02979270
Federal I.D. No. 5931

Of Counsel for Defendants:

EVE JOY
Attorney-Advisor
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel-Southeast Region
9721 Executive Center Dr., N.
Suite 137
St. Petersburg, FL 33702
Telephone: (727) 570-5370
Facsimile: (727) 570-5376

CONSTANCE SATHRE
Attorney-Advisor
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway
Room 15602
Silver Spring, MD 20910
Telephone: (301) 713-2231
Facsimile: (301) 713-0658

Of Counsel for Plaintiffs:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax

_____

**BY ORDER OF H.W. HEAD, JR.**
**UNITED STATES DISTRICT JUDGE**

ClibPDF - www.fastio.com