UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 7 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| GAMFW, INC. D/B/A/ FISHERMAN'S ) <br> WHARF and BOBBY GRUMBLES ) <br>              ) <br> Plaintiffs, ) <br>              ) <br> vs. ) <br>              ) <br> THE UNITED STATES OF AMERICA, ) <br> et. al ) <br>              ) <br> Defendants. ) <br>              ) | CAUSE NO. C-00-028 |

## [~~PROPOSED~~] ORDER

This matter is before the Court on Federal Defendants' Motion For Protective Order regarding the inadvertent disclosure of a privileged document in the Administrative Record in this case (AR 5256-5257). Upon consideration of the motion and associated papers, it is on this _17_ day of _March_, 2000,

ORDERED that, for good cause showing, Federal Defendants' Motion For Protective Order should be and hereby is GRANTED, ~~temporarily~~ _until further order of this court_. The document at issue will retain its privileged status and is accorded the Court's full protection _until further order_. This Order:

1. Prohibits the plaintiff or its counsel from _disseminating,_ using or disclosing the privileged document identified herein; or

2. using or disclosing any information gleaned exclusively from said document; and

~~3. directs the return to the federal defendants of the original and all copies of said document; and~~

4. directs the ~~destruction of all other writings commenting upon or derived~~ from the ~~contents of the inadvertently produced document; and~~

5. ~~requires certification by counsel for the plaintiff of compliance with this Protective Order.~~

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

This matter will be further considered at pretrial conference scheduled for next week.

/s/ HW Head