UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

GAMFW, INC., DBA FISHERMAN'S )
WHARF AND BOBBY GRUMBLES     )
                             )
                             )
VS                           )    CA-C-00-28
                             )
                             )
                             )
THE UNITED STATES OF AMERICA,)
ET AL

United States District Court
Southern District of Texas
FILED

MAR 2 0 2000

Michael N. Milby
Clerk of Court

DOCKET ENTRY

The Court has ruled on the joint request from parties in the Joint Report on Status of Case that they may appear for the Scheduling Conference on Wednesday, March 22, 2000 at 1:15 p.m. by telephone. Parties have been notified by this clerk.

MICHAEL N. MILBY, CLERK
U. S. DISTRICT CLERK

By: Judith F. Alvarez
    Deputy Clerk

March 20, 2000
Date