UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 0 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| GAMFW, INC., DBA FISHERMAN'S ) <br> WHARF and BOBBY GRUMBLES ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> et. al ) <br> ) <br> Defendants. ) <br> ) | CASE NO. C-00-028 |

**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST
FOR SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD**

The federal defendants, William Daley, in his official capacity as the Secretary of the United States Department of Commerce, and the National Marine Fisheries Service, hereby respond to the Plaintiffs' Objection To The Incomplete Administrative Record And Request For Supplementation and aver as follows.

This suit challenges the National Marine Fisheries Service's (NMFS) Red Snapper Management Measures Interim Rule & Request for Comments (Interim Rule), promulgated pursuant to the Magnuson-Stevens Fisheries Conservation and Management Act (Magnuson-Stevens Act), 16 U.S.C. § 1801 *et seq*. The Interim Rule modifies recreational and commercial fishing seasons, increases recreational minimum size limit and reinstates a 4-fish bag limit for captain and crew of for-

hire vessels. (64 Fed. Reg. 71056, December 20, 1999).

The plaintiffs filed their lawsuit challenging the Interim Rule on January 21, 2000. The federal defendants filed their response to Plaintiffs' First Amended Original Complaint and a certified copy of the Administrative Record in this case on February 18, 2000.

The Administrative Record consists of 18 volumes of materials. These are the materials upon which the agency relied during its decision-making process of adopting the challenged Interim Rule.

The plaintiffs have requested that a news release, the Southeast Fishery Bulletin, about a separate rule adopted previously by NMFS be included in the Administrative Record in this case. See Plaintiffs' Request for Supplementation, Exhibit A. This news release relates to a separate, final rule published in the Federal Register on September 1, 1999, (64 Fed. Reg. 47711). The rule established a 4-fish recreational red snapper bag limit with a 0-fish bag limit for the captain and crew of a charter vessel or headboat and changed the open periods of the fall red snapper commercial season from the first 15 days of each month to the first 10 days of each month.

While not agreeing that there is a legal requirement to do so, the federal defendants will supplement the Administrative Record in this case with the document requested by the plaintiffs. In addition, federal defendants will provide a copy of the separate, final rule upon which this Southeast Fishery Bulletin is based so as to avoid further confusion. See attached Southeast Fishery Bulletin and 64 Fed. Reg. 47711-13, September 1, 1999.

Respectfully submitted,

LOIS J. SCHIFFER
Assistant Attorney General
Environment and Natural Resources Division

JEAN WILLIAMS

Chief, Wildlife & Marine Resources Section
Environment and Natural Resources Division

LARRY LUDKA
Assistant United States Attorney

DATED: March 16th, 2000      *[signature]*
HEIDI KUKIS, Attorney-In-Charge
D.C. Bar No. 459212
Office of the Assistant Attorney General
Environment & Natural Resources Div.
U.S. Department of Justice
950 Pennsylvania Ave., NW
Room 2736
Washington, D.C. 20530
Telephone: (202) 305-0544
Facsimile: (202) 305-2573

Of Counsel for Defendants:

E.V.E JOY
Attorney-Advisor
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel-Southeast Region
9721 Executive Center Dr., N.
Suite 137
St. Petersburg, FL 33702
Telephone: (727) 570-5370
Facsimile: (727) 570-5376

CONSTANCE SATHRE
Attorney-Advisor
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway
Room 15602
Silver Spring, MD 20910
Telephone: (301) 713-2231
Facsimile: (301) 713-0658

# Southeast Fishery Bulletin



National Marine Fisheries Service, Southeast Regional Office, 9721 Executive Center Drive N., St. Petersburg, FL 33702

**FOR INFORMATION CONTACT:**
Roy Crabtree, or Roy.Crabtree@noaa.gov
727/570-5305, FAX 727/570-5583
http://caldera.sero.nmfs.gov

**FOR IMMEDIATE RELEASE:**
September 14, 1999
NR99-052

## NEW REGULATIONS APPROVED FOR THE RECREATIONAL AND COMMERCIAL GULF OF MEXICO RED SNAPPER FISHERIES

NOAA Fisheries has approved a zero-fish bag limit for captain and crew of for-hire vessels and a four-fish bag limit for all other recreational anglers. NOAA Fisheries has also approved a change in the duration of the commercial fall season from the first 15 days of each month to the first 10 days of each month until the fall quota is caught. Commercial fishing during the fall season will begin at noon on the 1st of each month and cease at noon on the 10th of each month until the fall quota is reached.

NOAA Fisheries disapproved a proposal by the Gulf of Mexico Fishery Management Council (Council) to reduce the minimum size limit to 14 inches. This measure would have shortened the recreational season, which was contrary to the intent of the Council, with little or no corresponding benefit to the stock.

NOAA Fisheries also disapproved the Council's proposal to delay the opening of the recreational fishery from January 1 until March 1. The Council recommended this measure to extend the fishing season further into the fall; however, all analyses suggest that the two-month delay would result in a net loss of fishing days. Furthermore, public comment on the proposed rule suggested that this measure would have an adverse economic impact on the Texas red snapper fishery. NOAA Fisheries disapproved this measure based upon national standard 4 of the Magnuson-Stevens Fishery Conservation and Management Act, which requires that allocation of fishing privileges be fair and equitable. Approval of this measure would have placed an unfair economic burden on the Texas for-hire sector and would have shortened the red snapper recreational fishing season without any clear offsetting economic benefits.

This and other news releases are available on the SERO homepage at http://caldera.sero.nmfs.gov. NOAA Fisheries is an agency of the Commerce Department's National Oceanic and Atmospheric Administration.

---

National Marine Fisheries Service
Southeast Regional Office, F/SER23
9721 Executive Center Drive North
St. Petersburg, FL 33702

Official Business
Penalty for Private Use - $300
NR99-052

FIRST CLASS MAIL
POSTAGE & FEES PAID
U.S. DEPARTMENT OF COMMERCE
PERMIT NO. G-19

# DEPARTMENT OF COMMERCE

**National Oceanic and Atmospheric Administration**

**50 CFR Part 622**

[Docket No. 990505119-9236-02; I.D. 040799B]

RIN 0648-AM66

**Fisheries of the Caribbean, Gulf of Mexico, and South Atlantic; Reef Fish Fishery of the Gulf of Mexico; Red Snapper Management Measures**

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Final rule.

**SUMMARY:** NMFS issues this final rule to implement the approved provisions of a regulatory amendment prepared by the Gulf of Mexico Fishery Management Council (Council) in accordance with the framework procedures for adjusting management measures of the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico (FMP). The rule establishes a 4-fish recreational red snapper bag limit with a 0-fish bag limit for the captain (operator) and crew of a charter vessel or headboat and changes the open periods of the fall red snapper commercial season from the first 15 days of each month to the first 10 days of each month, beginning September 1 each year. The rule's intended effect is to maximize the economic benefits from the overfished red snapper resource within the constraints of the red snapper stock rebuilding program.

**DATES:** This final rule is effective October 1, 1999, except for the amendments to §§ 622.34(l) and 622.34(m), which are effective September 1, 1999.

**FOR FURTHER INFORMATION CONTACT:** Roy E. Crabtree, 727-570-5305.

**SUPPLEMENTARY INFORMATION:** The reef fish fishery in the exclusive economic zone of the Gulf of Mexico is managed under the FMP. The Council prepared the FMP, which was approved by NMFS and implemented under the authority of the Magnuson-Stevens Fishery Conservation and Management Act (Magnuson-Stevens Act) by regulations at 50 CFR part 622.

In accordance with the framework procedures of the FMP, the Council recommended, and NMFS published, a proposed rule (64 FR 34756, June 29, 1999) to: Set the opening date of the recreational red snapper fishing season at March 1, beginning with the 2000 fishing year; establish a 4-fish recreational red snapper bag limit with a 0-fish bag limit for captain and crew of a charter vessel or headboat; and change the open periods of the fall red snapper commercial season from the first 15 days of each month to the first 10 days of each month, beginning September 1 each year. The Council also recommended a reduction in the minimum size limit for red snapper from 15 (38.1 cm) inches to 14 inches (35.6 cm) total length. NMFS disapproved this measure under the FMP framework procedures prior to publication of the proposed rule; the preamble to the proposed rule explained NMFS' rationale for this disapproval action. After considering the Council's proposed red snapper measures and the public comments, NMFS has approved the proposed 0-fish bag limit for captain and crew of the for-hire vessels, the 4-fish bag limit for persons not fishing under the commercial quota, and the change in the duration of the commercial fall season open periods. NMFS has disapproved the proposed delay in the opening of the recreational red snapper fishing season (see response to comment 2 under "Comments and Responses"). The preamble to the proposed rule described the need and rationale for these approved measures and also explained NMFS' rationale for disapproving the Council's recommendation to reduce the minimum size limit for red snapper to 14 inches. That information is not repeated here.

**Comments and Responses**

NMFS received 197 written comments on the proposed rule. A summary of the comments and NMFS' responses follow.

*Comment 1:* The Council requested that NMFS disapprove the 0-fish bag limit for captain and crew of for-hire vessels. The Council contends that this measure was explicitly linked with its proposal for a 4-fish bag limit and a 14-inch (35.6-cm) minimum size limit. The intent of these combined measures was to provide a substantial extension of the recreational season. The Council states that because NMFS disapproved the 14-inch (35.6-cm) minimum size limit, approval of the 0-fish bag limit for captain and crew measure would be inconsistent with its original intent.

*Response:* NMFS has approved the 0-fish bag limit for captain and crew of for-hire vessels based on analyses that suggest that this measure reduces catch rates by about 3 percent. The 0-fish bag limit for captain and crew, along with the 4-fish bag limit, will extend the recreational season substantially. In contrast, the 14-inch (35.6-cm) minimum size limit requested by the Council would have reduced the length of the recreational season, which is contrary to the intent of the Council, with little or no corresponding benefit to the stock.

*Comment 2:* One hundred ninety-four commenters opposed the delay of the start of the recreational season from January 1 to March 1. They argued that this delay would result in a 6-month closure of the recreational fishery and would cause economic hardship in the Texas tourism and hospitality industries.

*Response:* NMFS agrees that a delay in the opening of the recreational fishery until March 1 would cause economic hardship in areas such as South Texas that are dependent on winter tourism and that the adverse economic impact of the lost fishing days in January and February would be greatest in Texas. With a January 1 opening date, preliminary projections indicate the year 2000 fishing season would close on July 29; with a March 1 opening these analyses project an August 27 closure. Thus, the measure would extend the season further into the summer but would result in a net loss of 30 fishing days. The Council's economic analysis based on a total allowable catch of 9.12 million lb, a 5-fish bag limit, and a 15-inch minimum size limit suggests a net loss of 6,891 total fishing trips—a 1.76 percent reduction. Of these, 1,566 would be for-hire trips. While a reduction in recreational fishing effort and an extension of the season further into the summer were the intent of the Council in proposing to delay the start of the season until March 1, NMFS has disapproved this measure based upon finding it inconsistent with national standard 4 of the Magnuson-Stevens Act, which requires that the allocation of fishing privileges be fair and equitable. Approval of this measure would place an unfair economic burden on the Texas for-hire sector and would shorten the red snapper recreational fishing season.

*Comment 3:* Nineteen commenters supported a 4-fish bag limit; 171 commenters supported a 5-fish bag limit.

*Response:* NMFS believes that a bag limit of no more than 4 fish per person is necessary to reduce catch rates and extend the recreational fishing season. The Magnuson-Stevens Act requires NMFS to close the red snapper recreational fishery once the quota is caught. The Council's Socioeconomic Panel has noted that a lower bag limit with a longer season yields more economic benefits than a higher bag limit with a closure, provided the lower bag limit does not discourage anglers from fishing. Based on public testimony, the Council believes that a 4-fish bag limit would not significantly discourage anglers from fishing.

*Comment 4:* One individual commented on the proposed change in the duration of the commercial fall season from the first 15 days of each month to the first 10 days of each month until the fall subquota is reached. This individual believes the current commercial season has caused economic hardship in the commercial sector and suggested a continuation of the spring commercial season along with a 100-lb (45.5-kg) trip limit for the remainder of the year. This individual suggested that the fall season be eliminated if necessary to prevent exceeding the commercial quota.

*Response:* Trip limits to allow a red snapper bycatch were not part of the regulatory amendment submitted by the Council. The Council may wish to consider additional changes for its 2000 red snapper commercial season specifications.

**Changes From the Proposed Rule**

For the reasons discussed under the Response to Comment 2, NMFS has disapproved the measure delaying the opening of the recreational red snapper fishing season until March 1. That measure has been removed from this final rule.

Classification

This final rule has been determined to be significant for purposes of E.O. 12866.

The Chief Counsel for Regulation of the Department of Commerce certified to the Chief Counsel for Advocacy of the Small Business Administration when this rule was proposed that this rule would not have a significant economic impact on a substantial number of small entities. No comments were received regarding this certification. As a result, a regulatory flexibility analysis was not prepared.

The amendments to §§ 622.34(l) and 622.34(m) are necessary to mitigate derby fishery effects, e.g., market gluts and lower exvessel prices; and to prevent associated adverse social and economic impacts. It is essential that these amendments are effective when the fall commercial red snapper season opens on September 1, 1999. Accordingly, under authority set forth at 5 U.S.C. 553(d)(3), the Assistant Administrator for Fisheries, NOAA, finds for good cause that a 30-day delay in the effective date of those measures would be contrary to the public interest.

List of Subjects in 50 CFR Part 622

Fisheries, Fishing, Puerto Rico, Reporting and recordkeeping requirements, Virgin Islands.

Dated, August 27, 1999.

Gary C. Matlock,

*Acting Assistant Administrator for Fisheries, National Marine Fisheries Service.*

For the reasons set out in the preamble, 50 CFR part 622 is amended as follows:

PART 622—FISHERIES OF THE CARIBBEAN, GULF, AND SOUTH ATLANTIC

1. The authority citation for part 622 continues to read as follows:

Authority: 16 U.S.C. 1801 *et seq.*

2. In § 622.34, the suspension of paragraph (l) is lifted; paragraph (m) is removed; and paragraph (l) is revised to read as follows:

§ 622.34  Gulf EEZ seasonal and/or area closures.

\* \* \* \* \*

(l) *Closures of the commercial fishery for red snapper.* The commercial fishery for red snapper in or from the Gulf EEZ is closed from January 1 to noon on February 1 and thereafter from noon on the 15th of each month to noon on the first of each succeeding month until the quota specified in § 622.42(a)(1)(i)(A) is reached or until noon on September 1, whichever occurs first. From September 1 to December 1, the commercial fishery for red snapper in or from the Gulf EEZ is closed from noon on the 10th of each month to noon on the first of each succeeding month until the quota specified in § 622.42(a)(1)(i)(B) is reached or until the end of the fishing year, whichever occurs first. All times are local times. During these closed periods, the possession of red snapper in or from the Gulf EEZ and in the Gulf on board a vessel for which a commercial permit for Gulf reef fish has been issued, as required under § 622.4(a)(2)(v), without regard to where such red snapper were harvested, is limited to the bag and possession limits, as specified in § 622.39(b)(1)(iii) and (b)(2), respectively, and such red snapper are subject to the prohibition on sale or purchase of red snapper possessed under the bag limit, as specified in § 622.45(c)(1). However, when the recreational quota for red snapper has been reached and the bag and possession limit has been reduced to zero, the limit for such possession during a closed period is zero.

\* \* \* \* \*

3. In § 622.39, the suspension of paragraph (b)(1)(iii) is lifted; paragraph (b)(1)(vi) is removed; and paragraph (b)(1)(iii), is revised to read as follows:

§ 622.39  Bag and possession limits.

\* \* \* \* \*

(b) \* \* \*

(1) \* \* \*

(iii) Red snapper—4, except that for an operator or member of the crew of a charter vessel or headboat, the bag limit is 0.

\* \* \* \* \*

[FR Doc. 99-22760 Filed 8-27-99; 4:44 pm]

BILLING CODE 3510-22-F

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2000, copies of the foregoing, FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD, SOUTHEAST FISHERY BULLETIN, and 64 FED. REG. 47711-13, were sent via U.S. Mail, postage prepaid to:

>Les Cassidy
>Woolsey & Cassidy, P.C.
>1020 Bank of America Center North
>500 N. Water Street
>Corpus Christi, Texas 78471
>(361) 887-2965

_____
Heidi Kukis