IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**MAR 2 1 2000**

MICHAEL N. MILBY CLERK

GAMFW, Inc., DBA Fisherman's Wharf and )
Bobby Grumbles, et. al.,                )
                                        )
            Plaintiffs,                 )
                                        )
            v.                          )       Case No: C-00-028
                                        )
WILLIAM M. DALEY, Secretary of Commerce, et al. )
                                        )
            Defendants.                 )
                                        )

**REVISED INDEX TO ADMINISTRATIVE RECORD**

for

**RED SNAPPER INTERIM RULE**

(Including Key to Acronyms and Abbreviations)

**Outline of Index:**

| Index Pg: | | Vol: | Bates Pg: |
|---|---|---|---|
| **I.** | **BACKGROUND INFORMATION** | | |
| 6 | Federal Register Notices - Reef Fish | 1 | 1 |
| 8 | Disapproval Letter for SFA GOM Amendment | 1 | 77 |
| 9 | Federal Register Notices - Shrimp | 1 | 81 |
| 9 | Research | 1 | 130 |
| 10 | Research – continued | 2 | 393 |
| 11 | Regulatory Amendments to GOM Reef Fish FMP | 2 | 854 |
| 12 | Research - Summary Peer Review | 3 | 1155 |

## Outline of Index - continued

| | Index Pg: | | | Vol: | Bates Pg: |
|---|---|---|---|---|---|
| **II.** | | | **GULF COUNCIL - DEVELOPMENT** | | |
| | 12 | A. | Council Action (Includes written comments) | 4 | 1868 |
| | 14 | | Council Action - continued | 5 | 2375 |
| | 15 | | Council Action - continued | 6 | 2954 |
| | 16 | B. | Council Correspondence | 6 | 3493 |
| | 18 | C. | Council News Releases | 6 | 3573 |
| | 18 | D. | Council Federal Register Notices | 6 | 3661 |
| **III.** | | | **NMFS CORRESPONDENCE** | | |
| | 19 | A. | Electronic Mail Communications[1] | 7 | 3674 |
| | 27 | | Electronic Mail Communications - continued | 8 | 3984 |
| | 30 | | Electronic Mail Communications - continued | 9 | 4230 |
| | 34 | | Electronic Mail Communications - continued | 10 | 4557 |
| | 38 | B. | NMFS Internal Correspondence: | | |
| | 38 | | Internal Correspondence Prior to Interim Rule | 11 | 4854 |
| | 39 | | Internal Discussions on Interim Rule | 11 | 4876 |
| | 39 | | Other Internal Reviews | 11 | 4923 |
| **IV.** | | | **SECRETARIAL REVIEW** | | |
| | 40 | A. | Formal  Submissions | 12 | 5192 |
| | 40 | | Clearances & Approvals of Issues Advisory | 12 | 5212 |
| | 40 | | Interim Rule Package Prepared by Region | 12 | 5220 |
| | 41 | | Endangered Species Act Clearance | 12 | 5327 |
| | 41 | | Texas CZMA Inconsistency Determination | 12 | 5372 |
| | 41 | | Executed Approvals of Interim Rule Package | 12 | 5419 |
| | 42 | | Gulf States CZMA Consistency Determinations | 12 | 5543 |

---

[1]This section contains E-mails for all agency actions challenged in this matter. The person whose name appears as the author on printed E-mail correspondence may not be the actual (originating) author, but a recipient who in turn forwarded the message on to other recipients. This is a function of the agency's E-mail software (cc:Mail for Windows by Lotus Development Corporation.

**Outline of Index - continued**

| | Index Pg: | | Vol: | Bates Pg: |
|---|---|---|---|---|

**IV.**  <u>**SECRETARIAL REVIEW**</u> **- continued**

|  | B. | <u>Unsolicited Comments to NMFS</u> |  |  |
|---|---|---|---|---|
|  | 42 | Supporters: Fishing Associations | 12 | 5549 |
|  | 43 | Supporters: Cities & Other Political Entities | 12 | 5573 |
|  | 43 | Supporters: U.S. Senators | 12 | 5579 |
|  | 43 | Supporters: Florida House of Representatives | 12 | 5587 |
|  | 44 | Opposed: U.S. House of Representatives | 12 | 5588 |
|  | 44 | Opposed: Associations | 12 | 5590 |
|  | 44 | Opposed: States | 12 | 5603 |
|  |  | Gulf of Mexico States: |  |  |
|  | 45 | Supporting: Private Individuals & Corporations | 13 | 5604 |
|  | 45 | Supporting: Private Individuals & Corporations | 14 | 6193 |
|  | 45 | Supporting: Private Individuals & Corporations | 15 | 6729 |
|  | 45 | Supporting: Private Individuals & Corporations | 16 | 7326 |
|  | 45 | Supporting: Private Individuals & Corporations | 17 | 7844 |
|  | 45 | Supporting: Other States | 18 | 8360 |
|  | 46 | Opposed: Gulf of Mexico States | 18 | 8817 |

**V.**  <u>**NMFS NOTICES**</u>

|  | 46 | A. | <u>Federal Register Notices</u> | 18 | 8870 |
|---|---|---|---|---|---|
|  | 46 | B. | <u>News Releases</u> | 18 | 8881 |

**VI.**  <u>**DOCUMENTS WITHHELD ON BASIS OF PRIVILEGE**</u>

|  | 46 - 48 |  | NA |
|---|---|---|---|

**VII.**  <u>**AUDIOTAPE LOG**</u>

|  | 49 |  | NA |
|---|---|---|---|

Audiotapes are maintained on file in the National Oceanic and Atmospheric Administration, Office of General Council, 9721 Executive Center Drive North, Suite 137, St. Petersburg, Florida 33702 (phone: 727/570-5370), and are available for inspection and copying upon request.

CibPDF - www.fineprint.com

# KEY TO ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AA | Assistant Administrator |
| ABC | Allowable Biological Catch |
| AP | Advisory Panel |
| CZMA | Coastal Zone Management Act |
| DAH | Domestic Annual Harvest |
| DOC | Department of Commerce |
| EA | Environmental Assessment |
| EEZ | Exclusive Economic Zone |
| EFH | Essential Fish Habitat |
| EIS | Environmental Impact Statement |
| E.O. | Executive Order |
| ESA | Endangered Species Act |
| F/CM | Fisheries Conservation and Management |
| F/EN | Fisheries Enforcement |
| FMFC | Florida Marine Fisheries Commission |
| FMP | Fishery Management Plan |
| FMP | Florida Marine Patrol |
| F/PR | Fisheries Protected Resources |
| F.R. | Federal Register |
| F/V | Fishing Vessel |
| GC | General Counsel |
| GCF | General Counsel for Fisheries |
| GCSE | General Counsel, Southeast Region |
| GMFMC | Gulf of Mexico Fishery Management Council |
| GSMFC | Gulf States Marine Fisheries Commission |
| HAPC | Habitat Area of Particular Concern |
| IFQ | Individual Fishing Quota |
| IRFA | Initial Regulatory Flexibility Analysis |

CMsPDF - www.fasina.com

## KEY TO ACRONYMS AND ABBREVIATIONS - continued

| | |
|---|---|
| ITQ | Individual Transferable Quota |
| MMPA | Marine Mammal Protection Act |
| MSY | Maximum Sustainable Yield |
| NEPA | National Environmental Policy Act |
| NMFS | National Marine Fisheries Service |
| NPFMC | North Pacific Fishery Management Council |
| NOAA | National Oceanic and Atmospheric Administration |
| OFR | Office of the Federal Register |
| OMB | Office of Management and Budget |
| OY | Optimum Yield |
| PRA | Paperwork Reduction Act |
| RA | Regional Administrator |
| RD | Regional Director |
| RFA | Regulatory Flexibility Act |
| RIR | Regulatory Impact Review |
| SAP | Stock Assessment Panel |
| SBA | Small Business Administration |
| SEFSC, SEC | Southeast Fisheries Science Center |
| SEP | Socioeconomic Panel |
| SEIS | Supplemental Environmental Impact Statement |
| SERO, SEO, SE | Southeast Regional Office |
| SFA | Sustainable Fisheries Act |
| SMZ | Special Management Zone |
| SSC | Scientific and Statistical Committee |
| TAC | Total Allowable Catch |

CVISPDF - www.fasiso.com

**VOLUME 1:**

I.  BACKGROUND INFORMATION

Bates Pg:

Federal Register Notices - Reef Fish

1   9/16/93, Notice of availability of an amendment to a fishery management plan and request for comments. Amendment 5 to the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico; increase minimum size limit for red snapper from 13 to 16 inches. 58 Federal Register 48502.

2   10/6/93, Proposed rule and request for comments, Amendment 5 to the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, increase minimum size limit for red snapper from 13 to 16 inches. 58 Federal Register 52063

13   1/7/94, Final rule, Amendment 5 to the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, increase minimum size limit for red snapper from 13 to 16 inches. 59 Federal Register 966

26   11/22/94, Proposed rule and request for comments, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, increase minimum size limit for red snapper from 14 to 15 inches. 59 Federal Register 60124

29   12/30/94, Final rule, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, increase minimum size limit for red snapper from 14 to 15 inches. 59 Federal Register 67646

35   8/15/96, Proposed rule and request for comments, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, NMFS rejected Council's proposed reduction from 15 to 14 inches minimum size limit as inconsistence with National Standard 1 which requires that conservation and management measures prevent overfishing. Also raised TAC to 9.12 million pounds assuming that bycatch reduction devices reduce shrimp trawl bycatch of juvenile red snapper by 50 percent beginning in 1997. 61 Federal Register 42413

6

I.    BACKGROUND INFORMATION  Reef Fish Federal Register Notices - continued

Bates Pg:

38    8/15/96, Final rule, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, NMFS rejected Council's proposed reduction from 15 to 14 inches minimum size limit as inconsistence with National Standard 1 which requires that conservation and management measures prevent overfishing. Also raised TAC to 9.12 million pounds assuming that bycatch reduction devices reduce shrimp trawl bycatch of juvenile red snapper by 50 percent beginning in 1997.  61 Federal Register 48642

41    8/7/97, Proposed rule and request for comments, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, contains recreational quota and provisions to close it when accumulation landings reach or are projected to reach the recreational allocation. 62 Federal Register 42478

44    9/4/97, Final rule, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, implements recreational quota and provisions to close it when accumulation landings reach or are projected to reach the recreational allocation. 62 Federal Register 46677

47    12/10/97, Proposed rule and request for comments, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, maintains 15 inch minimum size limit (total length) for red snapper.  62 Federal Register 65056

50    1/6/98, Final rule, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, maintains 15 inch minimum size limit (total length) for red snapper.  63 Federal Register 443

52    4/14/98, Interim rule and request for comments, research program for bycatch reduction devices, reserves 3.12 million pound total allowable catch of red snapper for release September 1, 1998, under specified circumstances.  63 Federal Register 18144

56    8/27/98, Emergency interim rule with request for comments and notice of closure, released 3.12 million pound reserve and closed the recreational fishery on September 29, 1998.  63 Federal Register 45760

I.    BACKGROUND INFORMATION Reef Fish Federal Register Notices - continued

Bates Pg:

60    12/31/98, Emergency interim rule; request for comments, reduces bag limit from 5 to 4 red snapper. 63 Federal Register 72200

64    6/29/99, Proposed rule and request for comments, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico, proposes to change opening date of the red snapper recreational season from January 1 to March 1. 64 Federal Register 34756

67    9/1/99, final rule, framework procedure for adjusting management measures under the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico. NMFS rejected the proposed change of the opening date of the red snapper recreational season from January 1 to March 1. 64 Federal Register 47711

70    6/8/99, Emergency interim rule; request for comments and a notice of closure, recreational minimum size limit for red snapper raised to 18 inches. 64 Federal Register 30445.

72    6/24/99, Emergency interim rule; extension of effective date, extends 4 fish red snapper bag limit through December 26, 1999. 64 Federal Register 33800

73    8/18/99, Notice of availability of generic amendment to fishery management plans for the Gulf of Mexico region; request for comments; definitions of overfishing and rebuilding schedules, prepared in response to the Sustainable Fisheries Act. 64 Federal Register 44884

74    11/2/99, Proposed rule, request for comments, to implement generic amendment to fishery management plans for the Gulf of Mexico region; definitions of overfishing and rebuilding schedules, prepared in response to the Sustainable Fisheries Act. 64 Federal Register 59153

77    11/17/99, NMFS Letter, Hogarth to Shipp, partially approving the generic amendment to fishery management plans for the Gulf of Mexico region generic amendment.

I.      BACKGROUND INFORMATION - continued

Federal Register Notices - Shrimp

Bates Pg:

81      4/29/97, Notice of availability of an amendment to a fishery management plan; request for comments, Amendment 9 to Gulf Shrimp FMP.(BRDs)  62 Federal Register 23211.

82      7/2/97, Proposed rule; request for comments, Amendment 9 to Gulf Shrimp FMP.(BRDs).  62 Federal Register 35774.

88      4/14/98, Final rule; Amendment 9 to Gulf Shrimp Amendment 9.  63 Federal Register 18139.

94      5/19/98, Interim rule; request for comments to Gulf Shrimp FMP; Bycatch Reduction Certification.  63 Federal Register 27499.

97      5/19/98, Interim rule; request for comments to Gulf Shrimp FMP; Data Collection.  63 Federal Register 27485.

102     7/13/98, Final rule; to Gulf Shrimp FMP; Certification of Bycatch Reduction Devices.  64 Federal Register 37690.

113     4/29/99, Proposed rule; request for comments.  Gulf Shrimp FMP; Certification of Bycatch Reduction Devices.  64 Federal Register 23039.

122     11/20/98, Interim rule; extension of expiration date; amendment; request for comments.  63 Federal Register 64430.

126     7/10/98, Interim rule; correction; Gulf Shrimp FMP; Data Collection

127     9/29/99, Final action; effective date of OMB control numbers.  64 Federal Register 52428.

129     8/12/99, Final rule; correction.  Gulf Shrimp FMP; Final rule; Correction  64 Federal Register 43941.

Research:

130     Foster, D., Hataway, B, Watson, J. & Workman, I, "Behavioral Response of Juvenile Red Snapper to Shrimp Trawls that Utilize Water Flow Modifications to Induce Escapement," MTS Journal Vol. 33 No. 2.

I.    BACKGROUND INFORMATION  - continued

Bates Pg:

144    GMFMC Memo transmitting copy of Red Snapper/Shrimp Research Program
       Summer 1998 Project Final Report, prepared by SEFSC, 4/99.

305    Holiman, Stephen, "100 Million Pound Red Snapper TAC Scenario," October
       1999

312    Gitschlag, G. & Renaud, M., "Field Experiments on Survival Rates of Caged
       and Released Red Snapper", North American Journal 14:131-136.

319    Parker, R.O., "Survival of Released Fish Progress Report, April 1985

327    Scott-Denton, Elizabeth, Supplement to Report   "Characterization of the
       Reef Fishery of the Eastern U.S. Gulf of Mexico," NMFS, MARFIN Grant No.
       95MFIH07.

338    "Characterization of the Reef Fishery of the Eastern U.S. Gulf of Mexico,"
       Key West, Florida, 7/17-18/95.  Prepared by Galveston and Miami Labs.

383    Render, J., & Wilson, C., "Effect of Gas Bladder Deflation on Mortality Of
       Hook-and-Line Caught and Released Red Snappers: Implications for
       Management," Coastal Fisheries Institute, Louisiana.


**VOLUME 2:**

393    Goodyear, C.P. 1988.  Recent trends in the red snapper fishery of the Gulf
       of Mexico. National Marine Fisheries Service, Southeast Fisheries Science
       Center, Miami Laboratory, Miami, Florida.

518    Goodyear, C.P., and P. Phares. 1990.  Status of red snapper stocks of the
       Gulf of Mexico: report for 1990. National Marine Fisheries Service,
       Southeast Fisheries Science Center, Miami Laboratory, Miami, Florida.

594    Goodyear, C.P. 1995.  Red Snapper in U.S. Waters of the Gulf of Mexico.
       National Marine Fisheries Service, Southeast Fisheries Science Center,
       Miami, Florida.

770    Rosenberg, A. et. al., 1994, Scientific Review of Definitions of Overfishing
       in U.S. Fishery Management Plans. NOAA Technical Memorandum, NMFS-
       F/SPO 17

CMxPDF - www.fexto.com

## BACKGROUND INFORMATION Research - continued

Bates Pg:

821     Management Unit - Gulf of Mexico Reef fish (#26, 62-64)

826     Mace, P. et al., September 1996, Scientific Review of Definitions of Overfishing in U.S. Fishery Management Plans. NOAA Technical Memorandum, NMFS-F/SPO 21

846     June 30, 1997, History of the Reef Fish Management in the Gulf of Mexico, from Reef Fish Amendment 16 Options Paper, June 30, 1997, Gulf of Mexico Fishery Management Council, the Commons at Rivergate, 3018 U.S. Highway 301 North, Suite 1000, Tampa, FL 33619-2266

Regulatory Amendments to the GOM Reef Fish Fishery Management Plan (FMP) Gulf of Mexico Fishery Management Council, the Commons at Rivergate, 3018 U.S. Highway 301 North, Suite 1000, Tampa, FL 33619-2266

854     October 1994, Regulatory Amendment to the Reef Fish FMP to Adjust Red Snapper Size and Bag Limits and Set Starting Date for the 1995 Red Snapper Fishing Season.

903     March 1996, Addendum to the Regulatory Amendment to the Reef Fish FMP to Set Red Snapper Total Allowable Catch.

920     December 1995, Regulatory Amendment to the Reef Fish FMP to Set 1996 Red Snapper Total Allowable Catch.

973     March 1997, Regulatory Amendment to the Reef Fish FMP to Set 1997 Commercial Red Snapper Season and Authorize Recreational Quota Closures.

1020    November 1997, Regulatory Amendment to the Reef Fish FMP to Maintain the Red Snapper Minimum Size Limit at 15 inches Total Length.

1093    December 1998, Regulatory Amendment to the Reef Fish FMP for Red Snapper Including Total Allowable Catch, Bag Limits, Minimum Size Limits and Seasons.

CitéPDF - www.texto.com

**VOLUME  3:**

I.      BACKGROUND INFORMATION - Research - continued

<u>Consolidated Report on the Peer Review of Red Snapper Research & Management</u>

1155    December 1997, Consolidated Report on the Peer Review of Red Snapper (Lutjanus campechanus) Research and Management, prepared by MRAG Americas Inc., for the Office of Science and Technology, National Marine Fisheries Service
1161    Executive summary
1169    1. Background, goals, and scope of the reviews
        2. Panel memberships and nomination process
        3. The issues for each review
        4. Consolidation of the reviewers' reports
1255    5. The Science and Management Review
        6. The Statistics Review
        7. The Economics Review
        8. References
1699        Annex II Panel Members' Credentials
1778        Statistics Review Panel Briefing Book
            Table of Contents
1789        Annex IV Agendas for review panel meetings
1800        Annex V List of participants, presenters, and observers at each review
1811        Annex VI Mailing lists for requesting nominations for review panels, announcing meeting dates and locations
1846        Annex VII Copies of all *Federal Register* notices pertaining to the reviews, announcements, and requests for nominations for review panels
1856        Annex VIII Statement of Work for the Consolidated Report

**VOLUME 4:**

II.     <u>GULF COUNCIL - DEVELOPMENT</u>

        A.      <u>Council Action</u>

        1868    10/5-8/98    October 1998 Report of the Reef Fish Stock Assessment Panel, Miami, FL (Tab B, No. 3)

        1891    10/22-23/98   Report of the Socioeconomic Panel Meeting on Reef Fish, Tampa, FL (Tab B, No. 5)

CVAPDF - www.fesisa.com

II.   **GULF COUNVIL - DEVELOPMENT - COUNCIL ACTION - continued**

Bates Pg:

1925  11/4/98     Minutes Standing and Special Reef Fish Scientific and Statistical Committee, New Orleans, LA

1940              a.    Tab B, No. 8, Summary of SSRFSSC

1943              a.    Agenda Gulf of Mexico Fishery Management Council Standing and Special Reef Fish Scientific and Statistical Committee Crown Plaza Hotel

1944              b.    Transcriber's notes of meeting

1956              c.    Factors for Consideration in the Gulf of Mexico Red Snapper Stock Assessment

1983              d.    Tab F, No. 3, An Alternative View Regarding Appropriate SPR Threshold and Targets for Gulf of Mexico Red Snapper  by W. J. Gazey and B. J. Gallaway (*Alternative View*)

2036              e.    Tab F, No. 4(a), Mace review of *Alternative View*

2038              f.    Tab F, No. 5(a), Meyers review of *Alternative View*

2044              h.    Gallaway's response to Mace and Meyers' reviews of *Alternative View*.

2050              i.    Tab F, No. 5(a) McAllister review of *Alternative View*

2051              j.    Gallaway's response to McAllister's review of *Alternative View*

2052  11/9/98     Minutes Gulf of Mexico Fishery Management Council Reef Fish Management Committee, Galveston, TX

2064                    Tab B, No. 1, Agenda Gulf of Mexico Fishery Management Council Reef Fish Management Committee Crystal Salon A & B Galveston Island Hilton

2075                    Tab B, Summary of the Reef Fish Management Committee

2078  11/10/98    Minutes Gulf of Mexico Fishery Management Council Joint Reef Fish/Shrimp Management Committees Meeting, Galveston, TX

2087              a.    Tab F, No. 1, Agenda & written minutes of GOM Joint Reef Fish and Shrimp Management Committees

2093              b.    Tab F, Summary of the Joint Shrimp/Reef Fish Management Committees

2096              c.    Comments on Factors Affecting Red Snapper Prices During the Fall 1998 Season

13

II.    GULF COUNCIL - DEVELOPMENT - COUNCIL ACTION - continued

Bates Pg:

| 2098 | d. | "Handout" The Recreational Red Snapper Fishery of the Gulf of Mexico: Management Options for the 1999 Season w/attachment Red Snapper Landings |
|------|----|----|
| 2108 | e. | "Handout" RFSAP: New Red Snapper Bag and Size Limit Analyses |
| 2111 | f. | G.A.F.F. Preferred Alternative |
| 2112 | g. | Letter from Joel Criden |
| 2113 | h. | Letter from Thomas Tranchilla |
| 2114 | i. | Article "New Snapper Limits Proposed by Council" |
| 2115 | j. | Photos of Hammerhead Shark feeding on Red Snapper next to boat |
| 2117 | k. | A Condensed Evaluation of Two NMFS Reports with attachments: Pictures "Size & Bag Limits are working" |
| 2124 | l. | Letter from John R. Wood Jr. |
| 2125 | m | Letter from Hugh Sullivan |
| 2126 | n. | Letter from Billy Love |
| 2127 | o. | Letter from Alex Koumonduros |
| 2128 | p. | Letter from James R. Mays |
| 2129 | q. | Letter from Joel Criden |
| 2130 | r. | Letter from Tom Tranchilla |
| 2131 | s | State of Florida Board of Conservation Technical Series No. 12 A Survey of The Red Snapper Fishery of the Gulf of Mexico, With Special Reference to the Campeche Banks |
| 2142 | t | Letter from Congressman Ron Paul, 11/10/98 |
| 2144 | u. | Overheads of GOM Bycatch Reduction Device Draft Testing Protocol Manual Amendment 9 for Shrimp Fishery, 10/21/98 |
| | | |
| 2159 | 11/11-12/98 | Minutes Gulf of Mexico Fishery Management Council One Hundred and Sixty-First Meeting, Galveston, TX |
| 2216 | a. | Agenda & Written minutes GOM Fishery Management Council, Galveston, TX |
| 2248 | b. | Tab B, Summary of the Reef Fish Management Committee, Galveston, TX, 11/9/98 |
| 2251 | c. | Tab B, No. 4, Status of the Red Snapper in U.S. Waters of the Gulf of Mexico: Updated Through 1997, Michael J. Schirripa, 9/15/98 |
| 2336 | d. | Tab B, No. 5, Report of the Socioeconomic Panel Meeting on Reef Fish, 10/22-23, 1998 |

## VOLUME 5:

II.    GULF COUNCIL DEVELOPMENT - Council Action - continued

Bates Pg:

Minutes Gulf Council Meeting continued

2370                  e.    Tab B, No. 7, Red Snapper Advisory Panel Meeting
                            Summary, 11/3/97

2375    9/20-24/99    September 1999 Report of the Reef Fish Stock Assessment
                      Panel, Miami, FL

2406    10/14-15/99   Report of the Socioeconomic Panel Meeting on Reef Fish,
                      Tampa, FL

2470    10/25/99      Draft Minutes Gulf of Mexico Fishery Management Council
                      Red Snapper Advisory Panel, Tampa, FL
2484                  a.    Tab B, No. 6, Red Snapper AP Meeting Summary
2488                  b.    Agenda & Written Minutes of GOM Red Snapper
                            Advisory Panel, Tampa, FL
2508                  c.    Economic Summary of the Gulf of Mexico Reef Fish
                            Recreational Fishery, Stephen Holiman, NMFS, 10/99
2558                  d.    Review of the Commercial Red Snapper and Grouper
                            Fisheries in U.S. Waters of the GOM, James Waters,
                            NMFS, 10/14/99
2590                  e.    Summary Data for the Gulf of Mexico Reef Fish
                            Recreational Fishery, Stephen Holiman, NMFS, 9/99

2881    10/27/99      Draft Minutes Standing and Special Reef Fish Scientific &
                      Statistical Committee, Tampa, FL (See 2889 for statement of
                      Dr. Scott Nichols, Director NMFS, Pascagoula Lab on BRD
                      performance)
2894                  a.    Tab B, No. 7, Standing and Special Reef Fish Scientific
                            and Statistical Committee Meeting Summary, Tampa,
                            FL, 10/27/99
2901                  b.    Tab B, No. 8(a), Executive Summary (Stake holders
                            Meeting)
2905                  c.    Tab B, No. 9, Letter Bradford Brown, Ph.D
2906                  d.    Agenda & Written Comments, Standing & Special
                            Reef Fish Scientific and Statistical Committee, Tampa,
                            FL

CRIPDF - www.twica.com

II.    GULF COUNCIL DEVELOPMENT - Council Action - continued

Bates Pg:

2934            e.    Additional Review Material from Wayne E. Swingle,
                      10/21/99
                      Attachments:
2935                  1) Memo from Gallaway to Swingle, 10/21/99
2936                  2) Delineation of Essential Habitat for Juvenile Red
                      Snapper in the Northwestern GOM, Gallaway, et. al.,
                      American Fisheries Society
2950                  3) Memo Swingle to Schirripa re Red Snapper Stock
                      Assessment, 10/5/99

## VOLUME 6:

II. GULF COUNCIL DEVELOPMENT - Council Action (continued)

2954  11/9/99    Draft Minutes Gulf of Mexico Fishery Management Council
                 Reef Fish Management Committee Orlando, FL
2966          a.    Tab B, Summary of the Reef Fish Management
                    Committee, 11/9/99 (See 2889 for NMFS statement on
                    ability of BRDs to achieve 40-50% reduction is shrimp
                    trawl bycatch mortality).
2970          b.    Tab B, No. 1, Agenda & Written Minutes GOM Fishery
                    Management Council Reef Fish Management Orlando,
                    FL
2983          c.    Overheads of Holland's Presentation to Reef Fish
                    Committee. Trends in the Fishery
3000          d.    "Handout" Minority opinion from Red Snapper
                    Stakeholder's Meeting, Undated
3001          e.    "Handout" Policy Guidelines for the use of Emergency
                    Rules, 62 F.R. 4421, 8/21/97
3003          f.    "Handout" (Reef Fish) Percent of Red Grouper
                    Released Alive/Dead by Depth
3005          g.    "Handout" (Reef Fish) Weight Statistics
3007          h.    "Handout" (Reef Fish) Time Periods & Actions
                    Necessary to Rebuild Overfished Stocks
3010          i.    Draft Juvenile Red Snapper, Lutjanus Campechanus,
                    Habitat Preferences and Temperature Tolerances, Ian
                    Workman, et. al., NMFS & University of South Alabama

16

II.    **GULF COUNCIL DEVELOPMENT -**    Council Action  - continued

Bates Pg:

| | | |
|---|---|---|
| 3040 | 11/10-12/99 | Draft Minutes Gulf of Mexico Fishery Management Council One Hundred and Sixty-Seventh Meeting, Orlando, FL. (See 3076 for motion of recreational measures: 4 fish bag limit, 16-inch minimum size limit for red snapper, and season April 15-October 31.  See 3079 for vote 4-13 against establishing a recreational subquota for area off Texas.  See 3095 for roll call vote on interim rule. See 3096 for roll call vote to submit regulatory amendment for 2000 and 2001 measures. |
| 3185 | a. | Agenda & Written Minutes GOM Council Meeting, Orlando, FL |
| 3231 | b. | Tab B, No. 3, Status of the Red Snapper in U.S. Waters of the Gulf of Mexico: Updated Through 1998 Schirripa and Legault, 9/17/99 |
| 3337 | c. | Tab B, No. 4, September 1999 Report of the Reef Fish Stock Assessment Panel (Final Draft - 10/20/99) Miami, FL |
| 3369 | d. | Tab B, No. 5, Report of the Socioeconomic Panel Meeting on Reef Fish, Tampa, FL, 10/14-15/99 |
| 3435 | e. | Tab B, No. 7 Standing and Special Reef Fish Scientific and Statistical Committee Meeting summary, October 27, 1999, Tampa, FL |
| | f. | Individual letters submitted to the Council: |
| 3442 | | Billy Archer, 11/10/99 |
| 3443 | | Benny Gallaway on behalf of TSA, 11/10/99 |
| 3445 | | James Walsh on behalf of TSA, 11/10/99 |
| 3453 | | Mike Nugent on behalf of Port Aransas Boatmen |
| 3454 | | Felix Cox, 11/9/99 |
| 3455 | | Jim Twiggs, 11/10/99 |
| 3457 | | Bobbi Walker, 11/10/99 |
| 3458 | | Pam Baker, 11/10/99 |
| 3461 | | Southern Offshore Fishing Association, 11/8/99 |
| 3474 | | Dick's Seafood, Inc., 11/10/99 |
| 3478 | | City of Clearwater, 11/8/99 |
| 3479 | | Clair Pease, 11/10/99 |
| 3480 | | NMFS, 11/10/99 (Tortugas Ecological Reserve) |
| 3481 | | Wilma Anderson, 9/15/99 |
| 3486 | | Bill Tucker, undated |

17

CSHPDF - www.fesko.com

II.   GULF  COUNCIL DEVELOPMENT - continued

Bates Pg:

B.   Council Correspondence

3493  8/2/99, GMFMC letter, Osburn to Loup responding to concerns in Loup's letters dated 6/23/99 & 7/7/99

3495  Undated letter to GMFMC (Osburn) from Loup re GMFMC's letter dated 8/2/99

3497  8/23/99, Letter from Loup to Senator Breaux regarding GMFC letter dated 8/2/99

3498  9/5/99, Email Capt. Nash to GMFMC re Illegal red snapper catches

3499  10/1/99, Letter to Hogarth from GMFMC re motions regarding red snapper stock assessment

3500  10/5/99, Memorandum to GMFMC re Red Snapper Stock Assessment

3504  10/6/99, Email from Thompson to Swingle re Alaska groundfish exploitation rates

3506  10/9/99, Email Rice to GMFMC re snapper changes

3507  10/11/99, Email Williams to NMFS, GMFMC, et. al., re red snapper recreational limits

3508  10/18/99, Email Maisel to GMFMC re closures not the answer

3509  10/19/99, Letter from Florida Fish & Wildlife to NMFS, GMFMC re proposal to maintain present bag and size limits

3511  10/20/99, Email from Faulkner to GMFMC re Commercial red snapper TAC

3512  10/22/99, Letter from American Institute of Fishery Research Biologist to GMFMC re red snapper season

3513  10/25/99, Letter from NMFS to Claverie, GMFMC re red snapper bag limits

3515  10/29/99, Letter from Coastal Fisheries Division to GMFMC re Table of recreational red snapper landings in Texas

II.    **GULF COUNCIL DEVELOPMENT** - Council Correspondence - continued

Bates Pg:

3518    11/1/99, Letter from LGL Ecological Research Associates w/attachments to GMFMC re low ratios of MSY to BMSY for red snapper

3532    11/4/99, Letter from Loup to GMFMC re opposition to closure

3534    11/12/99, Email NMFS to GMFMC, et. al., re red snapper newspaper article

3538    11/15/99, Coastal Conservation Association news release re recreational red snapper regulations

3540    11/16/99, GMFMC to NMFS re votes for changes in regulations for red snapper

3544    11/17/99, Email from Bulloch to GMFMC re red snapper TAC

3545    11/18/99, Email from Beacon to GMFMC re 16" size on red snapper recreational

3546    11/19/99, Email from Stevens to GMFMC re use of circle hooks encouraged

3547    11/19/99, Letter from NMFS to Florida, GMFMC, et. al., w/attachments re CZM consistency letter

3552    11/25/99, Email Archer to GMFMC re recreational red snapper 2000

3554    11/28/99, Letter from Panama City Boatmen Association to GMFMC, et. al., w/attachments re 840 letters from individuals supporting red snapper measures

3566    11/29/99, Email Archer to GMFMC re recreational red snapper 2000

3567    12/01/99, Email NMFS to GMFMC, et. al., re red snapper news article in Wall Street Journal

3570    12/7/99, Email NMFS to GMFMC, et. al., re red snapper news article in Baton Rouge, LA

3572    12/16/99, Email Atran to Radich re comments to red snapper regulations

19

II.     GULF COUNCIL DEVELOPMENT - Council Correspondence - continued

Bates Pg:

C.     <u>Council News Releases</u>

3573   10/16/98, "Council to consider total allowable catch for red snapper, a draft
generic amendment to comply with provisions of the Sustainable Fisheries
Act, a protocol for approving additional bycatch reduction devices and an
alternative report of management targets for red snapper in the Gulf"

3608   10/1/99, "Red Snapper and Reef fish advisory panels and standing & special
reef fish scientific and statistical committee to review red snapper and red
grouper assessments and recommend management measures for 2000"

3628   10/14/99, "Council to set total allowable catch (TAC) for red snapper and
Red grouper for the 2000 season"

3641   11/17/99, "Gulf council proposes changes to red snapper regulations, and
recommends use of circle hooks to reduce hooking mortality"

D.     <u>Council Federal Register Notices</u>

3661   9/23/98, Notice of public meeting, Miami, FL

3662   10/8/98, Notice of public meeting, Tampa, Florida

3663   10/19/98, Notice of public meeting, New Orleans, LA

3665   10/26/98, Notice of public meeting, Galveston, TX

3667    9/7/99, Notice of public meeting, Miami, FL

3669   10/4/99, Notice of public meeting, Tampa, FL

3670   10/12/99, Notice of public meeting, Tampa, FL

3672   10/25/99, Notice of public meeting, Orlando, FL

## VOLUME 7:

III.  **NMFS CORRESPONDENCE**

A.  Electronic Mail Communications

This section contains E-mails for all agency actions challenged in this matter. The person whose name appears as the author on printed E-mail correspondence may not be the actual (originating) author, but a recipient who in turn forwarded the message on to other recipients. This is a function of the agency's E-mail software (cc:Mail for Windows by Lotus Development Corporation)

Bates Pg:

3674  10/2/98, Atran to Schirripa et, al., @ 11:49 am re B(msy) estimate for red snapper

3675  10/7/98, Kemmerer to Mace, et. al., @ 12:53 pm re Red snapper alternative assessment (attachment: Review of an new alternative    regarding appropriate SPR threshold and targets for GOM red snapper, by Gazey & Gallaway)

3678  10/7/98, Mace to Scott, et. al., @ 3:44 pm re Red snapper deliberations, "maximum excess recruitment"

3680  710/8/98, Powers to Scott, et. al., @ 8:59 am re Red snapper deliberations, MER concept is an equilibrium concept based on the SRR

3682  10/8/98, Mace to Scott, et. al., @ 9:31 am re Red snapper deliberations, Ricker's Appendix III

3684  10/8/98, Mace to Scott, et. al. @ 10:12 am re Red snapper deliberations, MER expressed relative to the F=Fmsy replacement line

3687  10/9/98, Mace to Scott, et. al. @ 12:15 pm re Red snapper FYI, MER is a useless concept for repeat spawning species

3689  10/9/98, Atran to Schirripa, et. al., @ 2:58 pm re Red snapper bag limit analyses, recreational quota projections

3691  10/9/98, Atran to Powers, et. al., @ 3:51 pm  re 1993-94 red snapper commercial landings are weird

CVAPDF - www.fastio.com

III.   **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

3692  10/19/98, Kemmerer to Brown, et. al., @ 10:17 am re Red snapper size limit analyses request, means to extend the recreational season

3694  10/20/98, Schirripa to Scott, et. al. @ 9:28 am re R.A. Myers Review of Gazey and Gallaway Report (attachment: Review for the GOM Fishery Management Council of "An alternative view regarding appropriate SPR threshold and targets for GOM red snapper" by W. J. Gazey and B.J. Gallaway)

3701  10/30/98, Schirripa to Sadler, et. al. @ 9:51 am re Management Options for Recreational 1999 (attachments: Response to question on red snapper recreational quota monitoring, The recreational red snapper fishery of GOM; Management Options for the 1999 Season, 10/27/98)

3717  10/30/98, Nichols to Justen, et. al., @ 3:20 pm re Status of Gulf red snapper questions and answers

3720  10/30/98, Schirripa to Scott, et. al. @ 3:27 pm re Gulf Council Meeting (attachment: SAP Report:  October 1998 Reef Fish Stock Assessment, Miami, FL, 10/5-8/98)

3745  10/30/98, Schirripa to Scott, et. al., @ 3:39 pm re Stock Assessment, assessment type proposals

3747  11/2/98, Fitzhugh to Nance, et. al., @ 5:11 pm re otoliths and gonads, red snapper samples

3749  11/6/98, Nance to Brown, et. al. @ 4:55 pm re Status Report (attachment: Red snapper/shrimp research shrimp final status report, 11/6/98)

3753  11/9/98, Mace to Kemmerer, et. al. @ 5:22 pm re More comments on Gazey & Gallaway red snapper assessment (attachments: note & memo from Pamela Mace re Gazey and Gallaway's estimates of %SPR values, memo to Andy Kemmerer)

3757  11/12/98, Nance to Scott, et. al., @ 9:02 re Red snapper uncertainty section, 1999 red snapper stock assessment

3758  11/13/98, Kemmerer to Brown, et. al., @ 1:01 pm re Red snapper TAC

III.   **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

3759  11/16/98, Mace to Scott, et. al., @ 10:05 am re Red snapper comments

3761  2/16/99, Watson to Shah, et. al., @ 8:53 am re Analysis by vessels & BRD

3764  2/16/99, Watson to Shah, et. al., @ 12:52 pm re BRD data analysis by vessel

3765  2/19/99, Nance to Watson, et. al., @ 8:11 am re Selection of vessels

3766  2/16/99, Shah to Nichols, et. al., @ 12:57 am re Jones-Davis F reduction

3769  2/22/99, Watson to Shah @ 7:43 am re BRD and vessel analysis by net position and age class

3773  2/22/99, Nichols to Watson @ 8:03 am re Jones-Davis F reduction, best size proxy

3774  2/22/99, Nichols to Brown, et. al. @ 8:58 am re Request for information Amendment 10 to GOM shrimp F

3775  2/22/99, Nichols to Asah, et. al., @ 8:58 am re Jones-Davis F reduction

3777  2/22/99, Foster to Scott-Denton @ 4:05 pm re BRD Analysis on data from the eastern GOM

3778  2/22/99, Nichols to Watson, et. al. @ 9:00 am re Req for info for Amend 10 to the GOM shrimp, bycatch reduction, shrimp loss, BRD types, etc.

3779  2/24/99, Watson to Foster @ 9:01 am re Req for info for Amend 10 to the GOM shrimp, bycatch reduction, shrimp loss, BRD types, etc.

3782  2/25/99, Shah to Watson, @ 12:07 pm re BRD data presentation

3783  2/25/99, Watson to Stevens, et. al., @ 2:55 pm re Foundation BRD research results summary - 1998

3784  3/5/99, Nichols to Watson, et. al., @ 3:00 pm re BRD analysis by net position & 130 mm length breakdown, unmeasured snapper

III.   **NMFS CORRESPONDENCE:** Electronic Mail Communications - continued

Bates Pg:

3785   3/5/99, Nichols to Watson, et. al., @ 4:11 pm re BRD analysis by net position & 130 mm length breakdown, netpos=1 ahead of fisheye

3788   3/5/99, Shah to Nichols, et. al., @ 5:24 pm re BRD analysis by net position & 130 mm length breakdown, snapper weight data

3789   3/5/99, Foster to Shah, et. al., @ 5:32 pm re BRD analysis by net position & 130 mm length breakdown

3791   3/8/99, Watson to Shah, et. al., @ 8:00 am re Comparison of reduction rates

3792   3/8/99, Watson to Shah, et. al., @ 8:03 am re BRD analysis by net position & 130 mm length breakdown, file structure for bycat 1

3793   3/10/99, Nichols to Watson, et. al., @ 8:04 am re BRD analysis with corrected data files

3794   3/10/99, Nichols to Watson, et. al., @ 8:13 am re BRD analysis with corrected data files, doubts about position 1 analysis

3795   3/10/99, Shah to Watson, et. al., @ 3:49 pm re revised BRD analysis

3796   3/12/99, Shah to Watson, et. al., @ 3:28 pm re 130 mm break results for EE with all net positions combined

3794   3/15/99, Scott-Denton to Watson @ 11:44 am re Kiffe version 4 BRD

3798   3/16/99, Scott to Zimmerman, et. al., @ 9:47 am re Red snapper gonad sampling II - Reply

3813   3/23/99, Scott to Nance, et. al., @ 8:40 am re Red snapper report by Gary Fitzhugh, et. al., on ageing and fecundity progress

3814   3/26/99, Scott to Goodyear, et. al., @ 4:24 pm re Red snapper declarations

3815   3/30/99, Scott to Gold, et. al., @ 7:47 am re Red snapper gonad sampling II - Reply, coordination of sampling activities

3821   4/1/99, Scott to Kemmerer, et. al., @ 3:32 pm re Schirripa's comments on RS material

24

III.    **NMFS CORRESPONDENCE:** Electronic Mail Communications - continued

Bates Pg:

3825   4/1/99, Scott to Kemmerer, et. al., @ 3:50 pm  re RS comments pertinent to Gallaway Declaration

3830   4/6/99, Mace to Kemmerer, et. al., @ 10:23 am   re Benny Gallaway Declaration

3831   4/8/99, Watson to Shah, et. al., @ 9:25 am  re 90% and 95% confidence intervals on F reduction

3832   4/14/99, Nichols to Watson, et. al. @ 9:35 am  re BRD report; estimating fishing mortality rate reduction by BRDs

3834   4/14/99, Nichols to Watson, et. al., @ 4:30 pm  re BRD report, numerical reduction estimate for Jones Davis

3837   4/15/99, Nichols to Watson, et. al., @ 10:25 am  re BRD report, correction of Jones Davis numbers

3838   4/16/99, Scott to Kemmerer, et. al., @ 1:21 pm  re Latest spreadsheet (with attachment: wave-mode catch information graph

3840   4/19/99, Scott to Powers, et. al., @ 9:34 pm  re More red snapper - Gallaway Compensation Timing (with attachment: "Does it matter when compensation occurs in Red Snapper Stock Recruitment Relationship?")

3845   4/20/99, Scott to Newlin, et. al., @ 8:50 am  re Draft review of GOM Generic SEA Amendment (with attachment: review of generic SEA)

3858   4/28/99, Watson to Stevens, et. al., @ 1:52 pm  re Fisheye placement

3859   4/28/99, Nichols to Watson @ 4:36 pm  re BRD certification

3860   4/29/99, Watson to Shah, et. al., @ 9:35 re Age 0 reduction for fisheye (ahead position)

3861   5/5/99, Scott to Schirripa, et. al., @ 4:17 pm  re Bobbie Walker's request; differences in the estimated weight of recreational red snapper landings

3862   5/12/99, Shah to Watson, et. al., @ 2:33 pm  re Questions on BRD report (with attachment: reductions rates using paired and all available data)

III.   **NMFS CORRESPONDENCE:** Electronic Mail Communications - continued

Bates Pg:

3865   5/20/99, Scott-Denton to Watson, et. al., @ 4:38 pm  re Correction in BRD performance report (attachment: See copy of final report for fig. 7 )

3865   5/24/99, Scott to Schirripa, et. al., @ 8:55 am  re Red snapper revival

3866   5/26/99, Scott to Justen, et. al. @ 4:13 pm  re Comments on Section 2

3868   6/3/99, Branstetter to Watson, et. al., @ 10:19 am  re one more east Gulf BRD evaluation

3870   6/29/99, Scott to Brown, et. al., @ 8:42 am   re Rep John (D-LA) Red Snapper Info Request

3872   6/30/99, Scott-Denton to Nichols, et. al., @ 4:33 pm  re Parker TED data

3873   7/7/99, Scott to Thompson, et. al., @ 1:16 pm  re Rep John (D-LA) Red Snapper Info Request ; Intercept survey

3879   7/23/99, Nichols to Watson, et. al., @ 11:48 am  re Reduction rates for BRDs

3881   7/23/99, Nichols to Watson, et. al., @ 2:22 pm re Reduction rates for BRDs, 130-break analysis & exam for each device

3882   7/23/99, Watson to Shah, et. al., @ 2:55 pm  re Parker Ted F reductions

3883   7/23/99, Shah to Nichols, et. al., @ 5:22 pm  re F reductions for BRD types

3884   7/27/99, Foster to Watson, et. al., @ 11:50 am re Tom Jamir/Parker TED

3886   7/27/99, Foster to Shah, et. al., @ 4:44 pm  re BRD analysis (attachments: are date sets, not needed)

3887   7/28/99, Shah to Nichols, et. al., @ 12:37 pm  re BRD reduction rates, F estimates and conf. intervals

3890   7/30/99, Foster to Shah, et. al., @ 11:32 pm  re BRD analysis

3891   8/13/99, Nichols to Schirripa, et. al., @ 8:22 am  re Snapper bycatch in space

26

III.   **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

3892  8/23/99, Watson to Walker, et. al., @ 8:35  am  re BRD (attachment: MARFIN IN-HOUSE PROJECT SUMMARY)

3911  8/25/99, Shah to Nichols, et. al., @ 1:07 pm  re F reductions, Tables A, B, C, D, E & F

3913  8/26/99, Shah to Nichols, et. al., @ 12:28 pm  re Nominal and F reductions (2), Tables A, B, C, D, & F, include Parker TED info

3920  8/31/99, Voorhees to Thompson, et. al., @ 2:50 pm  re MRFSS red snapper samples

3921  10/1/99, Watson to Scott-Denton @ 2:51 pm  re Fish Box drawings

3922  10/25/99, Hays to Darcy, et. al., @ 8:48 am  re Red snapper reg amendment, request for IR

3923  11/2/99, Hays to Millikin, et. al., @ 9:26 am  re Red snapper meeting

3924  11/2/99, Darcy to Hays, et. al., @ 9:42 am  re Red snapper meeting

3925  11/2/99, Bellows to Hays, et. al., @ 9:49 am  re Gulf red snapper info

3926  11/2/99, Hays to Matclock @ 10:46 am  re Red snapper meeting

3927  11/2/99, Hays to Bellows @ 11:34 am  re Red snapper meeting at 1 pm

3928  11/4/99, Bellows to Hays @ 9:29 am  re Prebrief today

3929  11/4/99, Schrier to Bailey, et. al., @ 10:25 am  re Gulf of Mexico briefing for council meeting

3931  11/4/99, Schrier to Bailey, et. al., @ 1:10 pm  re GOM background info (attachment: brief99.11)

3936  11/4/99, Cranmore to Hays, et. al., @ 4:54 pm  re Red snapper info meeting

3937  11/4/99, Crabtree to Hays, et. al., @ 5:11 pm  re Info memo for Secretary (attachment: See Secretarial review for copy of signed memo)

CMsPDF - www.fesko.com

III.   **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

3938  11/5/99, Watson to Shah, et. al., @ 7:33 am  re BRD emergency (fwd), size-based estimate of F reduction for fisheyes

3939  11/5/99, Watson to Shah, et. al., @ 7:37 am  re BRD positions

3940  11/5/99, Hays to Lepore, et. al., @ 8:40 am  re Info memo to Secretary,

3941  11/5/99, Scott-Denton to Watson @ 9:53 am  re Harry & Leroy, TED or BRD work

3942  11/5/99, Hays to Darcy, et. al., @ 2:03 pm  re RA's info memo Sec 2000, red snapper specs

3943  11/5/99, Shah to Nichols, et. al. @ 6:59 pm  re Finally got done!, results for the fisheye analysis

3944  11/8/99, Lepore to Hays, et. al., @ 12:28 pm  re Info memo Sec 2000, red snapper specs (attachment: See Secretarial review for a copy of signed memo)

3945  11/8/99, Lepore to Hays, et. al., @ 12:28 pm  re Info memo Sec 2000 red snapper specs

3946  11/10/99, Crabtree to Bellows, et. al., @ 4:24 pm  re Response to Beaux letter (attachment: breaux.vr3)

3950  11/10/99, Bellows to Crabtree @ 4:36 pm  re Council action on red snapper

3951  11/12/99, Crabtree to Bellows, et. al., @ 10:28 am  re Council action on red snapper

3954  11/12/99, Watson to Scott-Denton @ 10:35 am   re Fish Box Data, (attachment: not needed)

3955  11/12/99, Lepore to Bellows, et. al., @ 9:40 am   Info memo to Sec red snapper 2000 specs

3955  11/12/99, Bellows to Lepore, et. al., @ 11:02 am   Info memo to Sec red snapper 2000 specs

28

III.   **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

3956  11/15/99, Weaver to Raulerson, et. al., @ 11:44 am  re Request for Red snapper Interim Rule

3957  11/15/99, Bellows to Hays, et. al., @ 12:07 pm re Info memo re red snapper specs, shorter version

3958  11/15/99, Hays to Bellows, et. al., @ 12:54 pm re Info memo re red snapper specs, request for Roy's final resume

3959  11/15/99, Holiman to Crabtree, et. al., @ 1:30 pm  re MRFSS preliminary waves 1-4 for last 3 years of red snapper

3960  11/15/99, Hays to McCarty @ 2:03 pm  re OMB and 2000 specs

3961  11/16/99, Watson to Shah @ 9:17 am  re Jones Davis BRD, request for an analysis of Summer 98 data

3962  11/16/99, Raulerson to Weaver, et. al.@ 10:36, re Red snapper interim rule; economic consequences document

3963  11/16/99, Atran to Crabtree @ 2:08 pm  re red snapper IR (attachment: draft letter, Gulf council to RA requesting red snapper IR)

3965  11/16/99, Cranmore to Crabtree @ 4:17 pm  re EO 12866

3966  11/17/99, Crabtree to Chester, et. al., @ 9:00 am re red snapper interim rule (attachments: draft letter, Gulf council to RA & draft memo, RA to Center re certification)

3969  11/17/99, Crabtree to Atran, et. al., @ 9:25 am  re red snapper IR

3970  11/17/99, Cranmore to Crabtree, et. al., @ 9:37 am  re Red snapper IR

3971  11/17/99, Crabtree to Hawk, et. al. @ 10:30 am  re red snapper sect 7 (attachments: draft letter Gulf council to RA & draft memo Crabtree to Oravetz request for section 7)

3974  11/17/99, Atran to Crabtree, et. al., @ 10:38 am , red snapper IR, council vote

III.     **NMFS CORRESPONDENCE:** Electronic Mail Communications - continued

Bates Pg:

3975   11/17/99, Newlin to Schirripa, et. al., @ 10:49 am , red snapper interim rule(attachments: draft letter Gulf council to RA & draft memo RA to Center request for certification)

3978   11/17/99 Cranmore to Hays, et. al., @ 3:44 pm   IR (attachment: See Secretarial review for signed copy)

3980   11/17/99, Crabtree to McLemore, et. al., @ 5:33 pm  re red snapper IR listing (attachment: Listing)

3983   11/17/99, Crabtree to Hawk @ 5:44 pm  re red snapper sect 7 consultation

3984   11/18/99, Crabtree to Bellows, et. al., @ 7:39 am   re snapper issues advisory (attachment: Issues Advisory)

3988   11/18/99, Justen to Cranmore, et. al., @ 8:34 am  re Gulf council press release

3990   11/18/99, McLemore to MacPherson, et. al., @ 9:32 am re Red snapper IR listing (attachment: listing document)


## VOLUME  8:

3994   11/18/99, McLemore to Crabtree, et. al. @ 10:05 am  re red snapper IR (Attachment: draft red snapper interim rule federal register notice)

4001   11/18/99, Hays to Crabtree, et. al., @ 10:13 am  re red snapper IR

4002   11/18/99, Crabtree to Cranmore, et. al., @ 10:29 am  re Listing document for red snapper IR (attachment: listing document)

4005   11/18/99, Sathre to McLemore, et. al., @ 10:45 am  re red snapper IR listing (attachment: listing document)

4008   11/18/99, Hays to Dalton @ 1:02 pm  re OMB

4009   11/18/99, Crabtree to McLemore, et. al., @ 2:42 pm   re red snapper IR listing

III.   **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

4013   11/18/99, Crabtree to McLemore, et. al., @ 10:41 am  re request for rin number (attachment: listing document)

4017   11/19/99, Newlin to Crabtree, et. al., @ 8:50 am  re red snapper interim rule (attachment: draft memo, Brown to RA re review of red snapper interim rule)

4020   11/19/99, Cranmore to MacPherson, et. al., @ 10:05 am  re red snapper nterim rule, review

4021   11/19/99, Hays to Darcy, et. al., @ 10:53 am  re Issues Advisory - IFR for red snapper, review by Southeast team

4022   11/19/99, Crabtree to Dalton, et. al., @ 11:04 am  re red snapper interim rule (attachment: draft federal register notice)

4035   11/19/99, MacPherson to Bellows, et. al., @ 12:03 pm  re E0 12866 submission (attachment: listing document)

4038   11/19/99, Raulerson to Weaver, et. al., @ 12:20 pm   re economic consequences of red snapper interim rule (attachment: economic consequences of IR)

4054   11/19/99, Dalton to Crabtree @ 2:10 pm  re marked up version (attachment: draft interim rule)

4068   11/ 19/99, Dalton to Raulerson, et. al., @ 4:08 pm  re red snapper economic consequences

4069   11/22/99, Crabtree to Bellows, et. al., @ 9:34 am  re red snapper IR

4070   11/22/99, McLemore to Crabtree @ 10:07 am  re revisions to interim rule

4071   11/22/99, Hawk to Crabtree @ 10:12 am  re red snapper section 7

4072   11/22/99, Cranmore to Raulerson, et. al., @ 10:17 am  re revised economic summary (attachment: summary of economic consequences)

4074   11/22/99, Hays to Crabtree, et. al., @ 10:19 am  re red snapper IR

CVAPDF - www.fasiss.com

III.   **NMFS CORRESPONDENCE:** Electronic Mail Communications - continued

Bates Pg:

4075   11/22/99, Hays to Bellows @ 10:41 am  re memo to sec re red snapper 2000
       specs (see secretarial review for attachment)

4076   11/22/99, Hays to Spriggs @ 11:21 am  re sec inform. memos

4077   11/22/99, Hawk to Crabtree @ 11:32 am  re sec 7 consultation
       (attachment: draft memo Hogarth to File re sec 7 consultation)

4082   11/22/99, Hays to Bellows @ 12:14 pm  re sec inform memos

4083   11/22/99, Hays to Bellows @ 12:20 pm  re red snapper

4084   11/22/99, Raulerson to Weaver, et. al., @ 12:30 pm  re Slight
       revision to econ document for red snapper IR (attachment:
       economic consequences of red snapper IR)

4099   11/22/99, Bellows to Crabtree, et. al., @ 1:34 pm  re Int final rule,
       red snapper measures - -IA cleared

4100   11/22/99, Crabtree to Spraitz, et. al., @ 2:03 pm  re red snapper issues

4102   11/22/99, Atran to Crabtree, et. al., @ 2:53 pm  re red snapper 2000
       reg amendment

4103   11/22/99, Dalton to Hays, et. al., @ 4:51 pm  re Gulf red snapper IR
       (see e-mail 11/24/99, Bellows to Lapore for attachment)

4104   11/22/99, Hays to Darcy @ 5:04 pm  re red snapper IFR

4105   11/23/99, Bellows to Crabtree, et. al, @ 8:18 am  re red snapper IR
       (attachments: draft memo re approval of interim rule w/attachments)

4152   11/23/99, Lepore to Darcy, et. al., @ 9:11 am  re secretarial issues
       (see secretarial review (5369) for signed copy of attachment)

4153   11/23/99, Bellows to Hays @ 9:17 am  re red snapper IFR

4154   11/23/99, Hays to Bellows @ 9:25 am  re 2000 specs

4155   11/23/99, Hays to Darcy @ 9:30 am  re sec issues

III.    **NMFS CORRESPONDENCE:** Electronic Mail Communications - continued

Bates Pg:

4156   11/23/99, Hays to Darcy, et. al., @ 12:49 pm  re Red snapper IFR package

4157   11/23/99, Bellows to Hays, et. al., @ 3:43 pm  re infor memo to sec
       rev 2000 specs

4158   11/24/99, Crabtree to Hays @ 10:48 am  re red snapper heads up

4159   11/24/99, Hays to Crabtree @ 10:59 am  re red snapper heads up

4160   11/24/99, Sathre to Bellows, et. al., @ 12:30 pm  re red snapper interim rule

4161   11/24/99, Bellows to Hays @ 1:23 pm  re interim rule

4162   11/24/99, Bellows to Haflich @ 2:52 pm  re red snapper interim rule

4163   11/24/99, Bellows to Lepore @ 2:54 pm  re red snapper interim rule
       (attachment: draft interim rule)

4183   11/29/99, Bellows to Crabtree @ 11:31 am  re interim rule

4184   11/30/99, Bellows to Crabtree @ 10:47 am  re interim rule additions

4185   11/30/99, Bellows to Hays @ 9:55 am  re interim rule pkg

4186   11/30/99, Hays to Bellows, et. al., @ 10:11 am  re interim rule pkg

4187   11/30/99, Hays to Bellows, et. al., @ 10:56 am  re information memo to sec
       red snapper

4188   11/30/99, Hays to Darcy @ 11:08 am  re red snapper interim rule package

4189   11/30/99, Bellows to Crabtree @ 11:38 am  re red snapper interim rule
       (attachment: draft interim rule)

4205   11/30/99, Hays to Bellows, et. al., @ 12:04 pm  re OMB

4206   11/30/99, Hays to Haflich @ 12:09 pm  re mackerel and red snapper

4207   11/30/99, Hays to Darcy @ 12:15 pm  re red snapper and mackerel

III.   **NMFS CORRESPONDENCE:** Electronic Mail Communications - continued

Bates Pg:

4208   11/30/99, Crabtree to Bellows, et. al., re red snapper IR (attachment: revised red snapper IR)

## VOLUME 9:

4230   12/1/99, Bellow to Crabtree, @ 11:07 am  re clearance of rule

4231   12/1/99, Bellows to Hays, @ 3:08 pm  re EA corrections for the red snapper IR

4232   12/1/99, Hays to Bellows, @ 3:12 pm  re EA for SPA amendment copies needed

4233   12/1/99, Hays to Bellows, @ 3:14 pm  re EA for the red snapper IR request Bellows to "fix it"

4234   12/1/99, Bellows to Hays, @ 2:54 pm  re update on red snapper IR Hogarth to clear IR revisions

4235   12/1/99, Bellows to Crabtree, @ 4:22 pm  re OMB concerns re red snapper TAC (attachment: insertion to preamble)

4239   12/1/99, Bellow to Hays, et. al.,  @ 5:50 pm  re revision to rule

4240   12/1/99, Bellows to Hays, et. al., @ 6:10 pm  re Regions revisions to rule

4241   12/1/99, Bellow to Crabtree, et. al., @ 6:13 pm  re most recent version of rule (attachment: draft interim rule)

4263   12/1/99, Bellows to Sathre, @ 6:15 pm  re review of EA for IR rule

4264   12/2/99, Dalton to Bellows, et. al., @ 10:51 am   re Comments on headquarter's revisions

4266   12/2/99, Hays to Darcy, et. al., @ 12:15 pm  re conference call to discuss rule

4267   12/2/99, Hays to Cranmore, et. al, @ 4:38 pm re Interim rule; more changes

III.    **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

4268   12/2/99, Hays to Sathre, et. al., @ 4:40 pm  re State assurances

4269   12/3/99, Hays to Dalton, et. al, @ 10:47 am  re red snapper interim rule, more changes

4270   12/3/99, Sathre to Haflich, et. al., @ 11:18 am  re Still working on rule

4271   12/3/99, Hays to Cranmore, et. al., @ 1:51 pm  re Revisions to interim rule

4272   12/3/99, Hays to Crabtree, et. al., @ 3;18 pm   re IR cleared by GCF (attachment: draft interim rule)

4289   12/3/99, Sathre to Haflich, et. al., @ 4:01 pm  re IR cleared, waiting for all comments

4290   12/3/99, Dalton to Hays, et. al., @ 4:25 pm re more comments to interim rule - - cleared by GCF comments

4291   12/6/99, Hays to Dalton, et. al., @ 9:38 am  re interim rule - - cleared by GCF

4292   12/6/99, Holiman to Cranmore, et. al., @ 11:37 am   re MRFSS & red snapper

4293   12/6/99, Hayes to Lepore, @ 12:17 pm  changes to Daley's response

4294   12/6/99, Brainerd to Hays, et. al., @ 12:21 pm  Comments on red snapper IR (attachments: comments on RIR, RFA analyses)

4300   12/6/99, Hays to Darcy, @ 1:14 pm  changes to Daley's response to Ron Paul

4294   12/6/99, Brainerd to Hays, et. al., @ 12:21 pm  Comments on red snapper IR (attachments: comments on RIR, RFA analyses)

4300   12/6/99, Hays to Darcy, @ 1:14 pm  changes to Daley's response to Ron Paul

4301   12/6/99, Bellows to Crabtree, et. al., @ 1:16 pm  re Theo's comments on (attachments RIR and  RFA Analyses, RIR and IRFA )

III.   **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

4311   12/6/99, Hays to Bellows, @ 1:27 pm  re Theo's comments, note changes in rule summary

4312   12/6/99, Osborn to Holiman, et. al., @ 1:44 pm  re MRFSS & red snapper; closure dates

4314   12/6/99, Hays to Cranmore, et. al., @ 3:42 pm  re Memo to sec (attachment is included in secretarial review section (5361))

4315   12/6/99, Hays to Darcy, et. al, @ 4:01 pm  re Theo's comments red snapper IR

4316   12/6/99, Sathre to Hays, et. al., @ 4:13 pm  re Theo's comments conference call

4317   12/6/99, Hays to Bellows, @ 4:20 pm  re Red Snapper IR package cleared

4318   12/6/99, Crabtree to Bellows, @ 4:46 pm  re Changes in response to Theo's comments (attachment: draft interim rule)

4342   12/6/99, Waters to Brainerd, et. al., @ 4:59 pm  re red snapper and 10-day mini-seasons (attachments: graphs addressing comments on red snapper)

4346   12/7/99, Hays to Bellows, et. al., @ 9:38 am  re red snapper questions re publishing date and season dates

4347   12/7/99, Hays to Cranmore, et. al., @ 9:41 am  re OBM review of SE rules

4348   12/7/99, Hays to Bellows, et. al., @ 9:50 am  re Questions re publishing date and season dates

4349   12/7/99, Denning to Bellows, et. al., @ 9:54 am  re status on publishing date and season dates

4350   12/7/99, Bellows to Sathre, et. al., @ 10:55 am  re TAC and red snapper IR latest version of the rule (attachment: draft interim rule)

4373   12/7/99, Bellows to Crabtree, et. al., @ 1:08 pm  re red snapper; EA changes (attachment: Environmental Assessment 11/99)

III    NMFS  CORRESPONDENCE:  Electronic Mail Communications - continued

Bates Pg:

4402   12/7/99, Holiman to Crabtree, @ 1:18 pm   re Revised Economic Consequences (attachment: economic consequences)

4422   12/7/99, Waters to Crabtree, et. al., @ 2:19 pm  re red snapper changes to the commercial section

4423   12/7/99, Hays to Sathre, et. al., @ 2:45 pm   re red snapper IR revisions (attachment: draft interim rule and economic consequences)

4467   12/7/99, Crabtree to McLemore, @ 3:15 pm  re comments to IR

4468   12/7/99, Hays to Darcy, et. al., @ 3;18 pm  re Red Snapper IR Fixes

4469   12/7/99, Hays to Crabtree, et. al., @ 5:00 pm  re Revised again

4471   12/7/99, Crabtree to Hays, et. al., @ 5:12 pm   re IR minor corrections (attachment: draft interim rule)

4495   12/8/99, Branstetter to McCarty, et. al., @ 9:44 am  (attachment:  Table comparing the purposes of bag limit reg for captains and crews of for-hire vessels)

4497   12/8/99, Crabtree to Bellows, et. al., @ 10:24 am   re (attachment: environmental assessment)

4529   12/8/99, Hays to Darcy, @ 12:48 pm  re urgency of interim rule

4530   12/8/99, Sathre to Branstetter, et. al., @ 12:53 pm   re zero bag limits (attachment: Table comparing the purposes of bag limit reg for captains and crews of for-hire vessels)

4532   12/8/99, Hays to Dalton, et. al., @ 2:09 pm  Revised rule (attachment: draft interim rule)

4553   12/8/99, McCarty to Crabtree, @ 4:31 pm  re table received

4554   12/8/99, Crabtree to Hays, @ 4:57 pm  re revised table (attachment: Table comparing the purposes of bag limit reg for captains and crews of for-hire vessels)

# VOLUME 10:

III.   NMFS CORRESPONDENCE:  Electronic Mail Communications - continued

Bates Pg:

4557  12/9/99, Crabtree to Hays, et. al., @ 8:12 am  re red snapper interim IR RIR (attachment: drafts of EA & Economic Assessment)

4609  12/9/99, McCarty, et. al., @ 8:45 am  re comparison table

4610  12/9/99, McCarty to Hays, et. al., @ 8:51 am  re comparison table

4611  12/9/99, Hays to Sathre, et. Al., @ 8:52 am  re Table

4612  12/9/99, Hays to Crabtree @ 9:49 am  re red snapper/king mackerel table (Attachment: table)

4614  12/9/99, Hays to McCarty @ 9:50 am  re red snapper/king mackerel table

4615  12/9/99, Bellows to Hays, et. al., @ 10:27 am  re red snapper IR

4616  12/9/99, Crabtree to Hays, et. al., @ 2:15 pm  re red snapper/king mack table (attachment: Table showing comparisons of red snapper & king mackerel)

4620  12/9/99, Bellows to Schrieber, et. al., @ 12:18 pm  re red snapper interim rule, EA (attachment: draft environmental assessment)

4653  12/9/99, Crabtree to McLemore, et. al., @ 1:38 pm  re table(Attachment: revised table showing comparisons of red snapper & king mackerel)

4655  12/9/99, Crabtree to Powers @ 2:23 pm  re conf. call synopsis (attachment: synopsis of 12/7/99 conf. call)

4657  12/9/99, Bellows to Crabtree @ 3:44 pm  re red snapper IR (attachment: draft interim rule)

4680  12/9/99, Bellows to Crabtree @ 3:55 pm  re czm for red snapper IR

4681  12/9/99, Bellows to Crabtree @ 4:32 pm  re changes to red snapper interim rule

4682  12/10/99, Hays to Bellows, et. al., @ 11:30 am  re IR EA further comment

CVisPDF - www.fesnia.com

III.   **NMFS  CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

4683   12/10/99, Hay to Bellows, et. al., @ 11:57 pm  re IR package

4684   12/10/99, Bellows to Schrieber, et. al., @ 12:07 pm  re red snapper IR Rule, concurrence for EA

4685   12/13/99, Bellows to Crabtree @ 9:17 am   re red snapper IR, EA (attachment: EA)

4686   12/13/99, Crabtree ro Hays, et. al., @  8:51  am  re red snapper IR, EA (Attached EA)

4721   12/13/99, Bellows to Haflich, et. al., @ 9:54 am   re submission of red snapper IR to OMB

4722   12/13/99, State of Florida to Crabtree @ 12:38 pm  re red snapper approval

4723   12/13/99, Hays to Lepore @ 1:50 pm  re return of infor memo to Sec

4724   12/13/99, Schrieber to Bellows, et. al., @ 2:43 pm  re red snapper IR EA

4725   12/13/99, Hays to Bellows, et. al., @ 2:51 pm  re TAC language

4726   12/13/99, Hays to Bellows, et. al., @ 2:59 pm  re revised TAC language

4727   12/13/99, Schrieber to Bellows, et. al., @ 3:29 pm  re red snapper IR EA

4728   12/13/99, Bellows to Sathre, et. al., @ 5:33 pm  re red snapper interim rule (attachment: draft interim rule)

4752   12/14/99, Crabtree to State of Florida @ 8:00 am   re red snapper consistency review

4753   12/14/99, Crabtree to Bellows, et. al., @ 8:03 am   re CZM letters red snapper IR

4754   12/14/99, Hays to Crabtree, et. al., @ 9:01 am   re red snapper IR (attachment: another revised draft interim rule)

4778   12/14/99, Hays to Crabtree, et. al., @ 9:05 am  re red snapper IR

III.   **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

4779   12/14/99, Hays to Troupos, et. al., @ 11:00 am  re File immediately rationale

4780   12/14/99, State of Florida to Crabtree @ 2:31 pm  re status on red snapper

4781   12/14/99, Hays to Crabtree, et. al., @ 5:08 pm  re red snapper IR as for signing (draft interim rule)

4809   12/14/99, Hays to Crabtree, et. al., @ 5:14 pm  re red snapper IR

4810   12/15/99,  Crabtree to Hogarth @ 8:29  am  re Red Snapper Interim rule Progress report showing that rule is at F for signing, should go to OFR.

4811   12/15/99, Hays to Dalton, et. al., @  8:55 am re Red Snapper IR and Mackerel Specs PR.  Clarification on closure paragraphs for the above rule

4812   12/15/99, Crabtree to McLemore @ 9:13  am  re red snapper IR as for signing.  Progress report on status of rule and provides as it exists on F, desk. (See Secretarial review for copy (5456 begins rule, 5477 signature page of AA).

4814   12/15/99, Crabtree to Hays @ 9:31 am re Red Snapper Interim Rule (attachment:  draft copy of news release for interim rule)

4816   12/15/99, Sathre to Hays, et. al., @ 9:44 am  re Red Snapper rule

4817   12/15/99, Hays to Crabtree, @ 9:49 am re red Snapper Interim rule.

4818   12/15/99, Hays to Sathre, @ 9:53 am  re Red snapper IR

4819   12/15/99, Crabtree to Roy Williams @ 9:54 am  re State of Florida re status of red snapper Interim rule.

4820   12/15/99, Hays to Hill, et al., @  0:07 am   re red snapper interim rule; progress report.

4821   12/15/99, Crabtree to Smith @ 11:38 am re Red Snapper Rule (attachment: draft copies of Red Snapper Interim Rule and news release)

4824   12/15/99, Williams (Florida) to Crabtree, et al., @ 11:57 am re red snapper notification

III.   **NMFS CORRESPONDENCE:**  Electronic Mail Communications - continued

Bates Pg:

4825   12/15/99, Hays to Sathre, et al., @ 12:14  pm   progress on red snapper interim rule

4826   12/15/99, Hays to Schreiber, et al.,@ 12:48  pm  re  EA for red snapper Interim Rule

4827   12/15/99, Hays to Crabtree, et al., @ 1:05  pm  re red snapper interim rule; comments on news release from Peter Hill and others

4829   12/15/99, Crabtree to Williams (Florida), @ 1:12  am  re progress report on red snapper

4830   12/15/99, Crabtree to Terpstra @ 1:37 pm   re NR 99-072 (attachment: revised news release)

4832   12/15/99, Crabtree to Smith @ 1:57 pm  re current version of news release

4834   12/15/99, Hays to Bellows, re red snapper IR @ 2:47 pm   re request for administrative record.

4835   12/15/99, Crabtree to Hays @ 2:50 pm  re red snapper IR; request copy of interim rule as filed with OFR.

4836   12/15/99, Hays to Crabtree, et al., @ 3:12 pm re red snapper IR final version.  (see secretarial review for copy)

4837   12/15/99, Crabtree to Terpstra @ 3:26 pm re Notification Letters to State Directors (See Secretarial review for signed copies)

4839   12/15/99, Hays to Dalton, et. al., @ 3:40 pm re certified version of red snapper IR

4840   12/15/99, Smith to Crabtree @ 3:49 pm re Talking points for 2000 red snapper management measures.

4842   12/15/99, Sathre to Hays @ 4:12 pm  re red snapper IR filing; rule was filed on 12/15/99 at 4:01  pm  and will be published on 12/20/99

41

III.    NMFS CORRESPONDENCE:  Electronic Mail Communications - continued

Bates Pg:

4843   12/15/99, Troupos to NMFS Post Master, et. al., @ 4:17 pm   re I.D.
       112399A; verification IR was filed at the OFR and will publish December 20,
       1999.

4844   12/15/99, Crabtree to Hogarth @ 4:55 pm  re Red snapper IR filing and pub
       in Federal Register, Notification to RA IR rule was published.

4845   12/15/99, Atran to Crabtree. et. al., @ 5:50 pm  re red snapper news release
       (attachment: news release)

4847   12/16/99, Crabtree to Hays, et al., @ 9:00 am re news bulletin (attachment:
       news release)

4850   12/16/99, Terpstra to Gulf Council, et al., @ 9:23 am re news release
       (attachment: final news release)


## VOLUME 11:

B.      Internal Correspondence

        Internal Discussions Prior to Interim Rule

4854   7/28/99, Memorandum, Hogarth to Brown, re Review of Options for the Red
       Snapper recreational fishery of the Gulf of Mexico Region.  Options include
       combinations of size and bag limits to minimize adverse impacts on
       recreational fishers.

4856   7/28/99, Memorandum, Hogarth to Brown, re Review of Options for the Red
       Snapper recreational fishery of the Gulf of Mexico Region.  Verbal comments
       provided to Regional Office by Brown and Gerry Scot.  Use excel program
       to forecast as was used in response provided in Memorandum dated 5/20/99
       from Brown to Kemmerer

4858   8/19/99, Letter, Hogarth to Osborn, Chairman, Gulf Council, regarding
       options for managing the red snapper recreational fishery. (Enclosures:
       Options for recreational red snapper fishery includes size limits, bag limits,
       and seasons)

III.   **NMFS CORRESPONDENCE** - Internal Correspondence - Internal discussions - continued

Bates Pg:

4869   10/8/99, Letter, Brown (SEFSC ) to Chairman, Gulf Council regarding Review of Ricker-Stock Recruitment

4870   10/25/99, Letter, Hogarth to Claverie responding to concerns regarding red snapper measures

4871   11/18/99, Letter, Hogarth to Zales responding to letter, 10/14/99, on red snapper and shrimp trawl bycatch. (Enclosure is a copy of the 10/14/99 letter)

Internal Discussions on Interim Rule:

4876   11/23/99, Reviews of Interim Rule by Regulatory Services Division rule with revisions dated 11/24/99, w/attachments, 50 CFR §622.34, Gulf EEZ seasonal and/or area closures, §622.37, Size limits, §622.39 Bag and possession limits.

4905   12/6/99, Comment, by Brainerd on Economic Consequences of an Interim Rule to Adjust Management Measures for Red Snapper in the Exclusive Economic zone of the Gulf of Mexico

Other Reviews:

4923   Edits by F/SF3 -William Bellows on 11/24/99, version 00rsir.6, and shows comments received from the Region.

4941   Edits by F/SF3 - Davis Hays on 11/24/99, version 00rsir.6

4962   Clean copy of draft interim rule, 12/1/99, with all edits from reviewers, version 00rsir9.Rul.  Note: Copy sent to OGC - Haflich and GCF - Sathre.

5004   Clean copy of draft interim rule with minor edits from Hays and Region, version 00rsir10.rul.

5025   Preamble section on TAC held in reserve pending results of GC-OGC-OMB discussions. Version edited by Sathre, 12/2/99; changes incorporated by D. Hays.

III.   **NMFS CORRESPONDENCE** - Internal Correspondence - Other Reviews - continued

5027  Clean copy of draft interim rule, 12/3/99, with all edits from F/SER - R.Dalton and GCF - Sathre, version 00rsir11.Rul. Preamble section on TAC held in reserve pending results of GC-OGC-OMB discussions. Version edited by Sathre, 12/2/99; changes incorporated by D. Hays per R.Dalton, 12/6/99.

5050  Clean copy of draft interim rule, 12/3/99, with all edits from R.Dalton and Sathre, version 00rsir13a.Rul. Preamble section on TAC held in reserve pending results of GC-OGC-OMB discussions.

5073  Copy of D. Hays' edits, 12/8/99, version 00rsir16.

5095  Copy of D. Hays' edits, 12/9/99, version 00rsir19.wpd. Clean copy with bold removed, version 00rsir19B.wpd

5139  Copy of interim rule incorporating Haflich's edits, 12/13/99, and Region's edits 12/13/99.version 00rsir21.wpd.

5165  Clean copy of interim rule, version 00rsir22.wpd

## VOLUME 12:

IV.   SECRETARIAL REVIEW

A.   Formal Submissions

5192  11/17/99, Memorandum, Hogarth to Dalton, re Gulf of Mexico Fishery Management Council Actions

5193  11/17/99, Memorandum, Hogarth to Brown, re Review of an Interim Rule to Adjust Management Measures in the Recreational and Commercial Red Snapper Fisheries in the Gulf of Mexico, (copy of Council request attached)

5198  11/17/99, Issues Advisory, Hogarth to Dalton, re Interim Rule to Adjust Management Measures in the Recreational and Commercial Red Snapper Fisheries in the Gulf of Mexico

5200  11/17/99, Memorandum, Crabtree to Oravetz, re Section 7 Consultation on an Interim Rule to Adjust Management Measures in the Recreational and Commercial Red Snapper Fisheries in the Gulf of Mexico Region (copy of Council request attached)

CVAPDF - www.festa.com

IV.    SECRETARIAL REVIEW - Formal Submissions -continued

Bates Pg:

5205   11/18/99, Memorandum, Weaver to Mager, re Essential Fish Habitat (EFH) Consultation on an Interim Rule to Adjust Management Measures in the Recreational and Commercial Red Snapper Fisheries in the Gulf of Mexico Region (copy of Council request attached)

5209   11/19/99, Memorandum, Brown to Hogarth, re Review of an Interim Rule to Adjust Management Measures in the Recreational and Commercial Red Snapper Fisheries in the Gulf of Mexico

5211   11/19/99, Memorandum, Mager to Weaver, re Essential Fish Habitat (EFH) Consultation on an Interim Rule to Adjust Management Measures in the Recreational and Commercial Red Snapper Fisheries in the Gulf of Mexico Region

5212   11/22/99, NMFS Correspondence Control Slip clearing issues advisory Attachments
5213   -11/16/99, Letter from GMFMC to NMFS(Hogarth) requesting measures
5216   -11/17/99, Memorandum Hogarth to Dalton
5217   -11/17/99, Memorandum Hogarth to Dalton re issues advisory
5219   -11/19/99, Email from Hays to Darcy et al.,

5220   11/22/99, Information Memorandum, Hogarth to Matlock, re Approval of Interim Rule to Adjust Management Measures in the Recreational and Commercial Red Snapper Fisheries in the Gulf of Mexico Region Attachments:
5222   1.    RA Decision Memorandum w/Background (includes (5230) Stakeholders Report Executive Summary, (5235) Minority Report, and (5236) Determinations)
5238   2.    Draft Interim Rule
          3.    Attorney Work Product (withheld as privileged)
5258   4.    F to Doc Information Memorandum
5259   5.    F to NOAA Information Memorandum
5261   7.    Environmental Assessment and Transmittal Memorandum
5291   8.    Economic Consequences
5305   9.    Section 7 Consultation
5309   10.   EFH Consultation
5310   11.   Science Center Certification
5312   12.   Council Request for Interim Rule
5315   13.   Draft Approval Letter To Council
5316   14.   CZM Letters to Gulf States

45

CAMPDF - www.tesisx.com

IV.   SECRETARIAL REVIEW - Formal Submissions -continued

Bates Pg:

5327  11/23/99, Memorandum, Hogarth to the Files (1514-22d.), re Section 7 Consultation on an Interim Rule to Adjust Management Measures in the Recreational and Commercial Red Snapper Fisheries in the Gulf of Mexico Region

5333  12/6/99, Executive Order 12866 Submission

5355  12/15/99 Rule executed by Dalton

5359  12/6/99, Clearance Sheet for Information Memorandum re Interim Final Rule. Includes (1) (5367) e-mail dated 11/30/99, from Hays to Bellows, et al., re Information Memo to Sec on Red Snapper; (2) (3937) e-mail dated 11/4/99 from Crabtree to Hays, et al., re Information Memorandum for Secretary; and (3) (5369) signed copy of Decision Memorandum dated 11/4/99 Hogarth to Dalton, re Information Memorandum Regarding Red Snapper Catch Specification for the 2000 Season

5372  12/14/99, Letter Hogarth to Newhurst, re Texas Coastal Management Program (attachment: 12/10/00 letter from Newhurst to Hogarth re inconsistency determination with Interim Rule (Response prepared with input from GCSE (e-mails (withheld as privilege) dated 12/14/99 11:34 AM and 10:31 AM and (5379) copy of Texas Administrative Code.

5383  12/15/99, Transmittal Memorandum of Environmental Assessment, Dalton to Fruchter. See 5415 for Finding of No Significant Environmental Impact (FONSI).

5419  12/15/99, Signed Copies of documents of Transmittal Memorandum of Environmental Assessment, Dalton to Fruchter. and documents submitted for Secretarial Review
5420  - Dear Reviewer Letter signed by Margaret McCall for Susan Fruchter
5451  - FONSI, Dated 12/15/99 by Penelope D. Dalton
5456  - Approved Interim Rule
5477  - Approval of Interim Rule by Penelope D. Dalton

5483  - Transmittal Memorandum from Penelope d. Dalton to Daniel Cohen, Chief Counsel for Regulation

IV.    SECRETARIAL REVIEW - Formal Submissions -continued

Bates Pg

5484    Letter, dated 12/9/99 from Dalton to Baker re: Interim Rule to Adjust
        Management Measures in the Recreational and Commercial Red Snapper
        Fisheries of the Gulf of Mexico.  Decision Memorandum
        Note: Scott Guides signed concur for Baker, 12/10/99

5494    - Concurrence of RA Decision by AA, Penelope D. Dalton, dated 12/9/99.

5524    - Consistency under CZMA with Louisiana

5525    - Consistency under CZMA with Mississippi

5526    - Consistency under CZMA with Alabama

5527    - Consistency under CZMA with Florida

5528    - Inconsistency under CZMA with Texas

5535    12/15/99, Submission of Federal Rules Under the Congressional Review Act
        Senate

5537    12/15/99, Submission of Federal Rules Under the Congressional Review Act
        House

5539    12/15/99, Submission of Federal Rules Under the Congressional Review Act
        GAO

5541    12/17/99, Letter Hogarth to GMFMC re approval of interim rule

5543    12/17/99, Identical letters from Hogarth re approval:
                -Alabama DC&NR
                -Florida F&WCC
                -Louisiana DW&F
                -Mississippi DMR
                -Texas P&WD

B.    Unsolicited Comments to NMFS

      Unsolicited Comments - Supporters Fishing Associations

5549    Gulfwide Association of Finfish Fishermen
        10/14/99, Letter, Zales to Hogarth responding to Texas Shrimp Association's
        letter of 10/2/99 regarding future management of shrimp and red snapper.

5552    10/18/99, Letter, Zales to Garcia providing comments on future of red
        snapper fishery and shrimp trawl bycatch. (Attachment-Letter,

47

IV.   **SECRETARIAL REVIEW** - Unsolicited Comments to NMFS -continued
Supporters Fishing Associations

Bates Pg:

5553  10/18/99, Letter Zales to Matlock providing comments on future of red snapper fishery and shrimp trawl bycatch.(Attachment-Letter, October 14, 1999, Zales to Hogarth supporting Council's action.)

5554  11/16/99, Letter Zales to Dalton supporting Council's action.

5556  Southeastern Fisheries Association
11/18/99 Letter, Jones to Hogarth, supporting Council's action.  Three associations supporting Councils actions are: *Southeastern Fisheries Association, Florida Offshore Fishing Consortium,* and the *Southern Offshore fishing Association.*

5557  Pensacola Charterboat Association
11/20/99, Letter Andrews to Hogarth, supporting Council's actions.

5558  Bay County Boatman's Association
11/26/99, Archer to Governor Jed Bush, requesting support from Florida for the Council's action.  Three associations supporting Councils actions are: *Bay County Boatman's Association, Florida Offshore Fishing Consortium,* and the *Gulfwide Association of Finfish Fishermen.*

5560  Panama City Boatmen Association
11/28/99, Letter from Zales to Matlock supporting the Council's action and listing the names of 840 individuals who signed the attached letter to Hogarth.

5572  Pensacola Recreational Fishermen
11/29/99, from Ely to Crabtree supporting Council's action.

**Unsolicited Comments - Supporters Cities and Other Political Entities**

5573  City of Destin, Florida
11/16/99, Letter Mayor Beard to Hogarth, supporting Council's action.

5574  Mississippi Department of Marine Resources
11/16/99, Letter, Chairman Mitchell to Hogarth, supporting the Council's action.

IV.   SECRETARIAL REVIEW - Unsolicited Comments to NMFS -continued
                                      Supporters Cities and Other Political Entities

Bates Pg:

5576   Biloxi Port Commission, Biloxi, Mississippi
        11/17/99, Letter, Executive Director Manuel to Hogarth, supporting the
        Council's action.

5578   City of Mexico Beach, Florida
        12/2/99, Letter Mayor pro-tem Jones to Hogarth, supporting the Council's
        action.

**Unsolicited Comments - Supporters U.S. Senators**

5579   12/1/99, Letter Senator Mack, FL, to Dalton, supporting Council's action,
        acting at request of Zales, Gulfwide Association of Finfish Fishermen.

5582   12/2/99, Letter Senator Graham, FL, to Dalton, supporting Council's action,
        acting at the request of Anderson, Anderson's Pier, Inc.

**Unsolicited Comments - Supporters: Florida House of Representatives**

5587   12/1/99, Letter Florida Representative Bense to Hogarth, supporting
        Council's action.

**Unsolicited Comments - Opposed to Interim Rule- U.S. House of
Representatives**

5588   11/15/99, Letter Representative Paul, TX, to Mallet opposing interim rule.

5589   12/15/99, Letter Representative Ortiz, TX to Daley opposing interim rule.

**Unsolicited Comments - Opposed to Interim Rule-  Associations**

5590   Texas Shrimp Association
        10/2/99, Letter, Anderson to Hogarth, opposes the any rule that does not
        reduce the total allowable catch (TAC) from 9.12 to 6 million pounds or less.

5592   11/5/99, Letter Anderson to Hogarth, responses to letter, 10/14/99, from
        Gulfwide Association of Finfish Fishermen on shrimp trawl bycatch and
        management of the red snapper resource.  (Attachment includes copy of
        10/14/99 letter.)

IV.    SECRETARIAL REVIEW - Unsolicited Comments to NMFS -continued
                      Opposed to Interim Rule - Associations

Bates Pg:

5598  Recreational Fishing Alliance
       Letter, 11/4/99, Donofrio to Daley, requests a year round recreational
       fishery for red snapper and opposes any closures.

5600  Environmental Defense Fund
       Letter, 11/9/99, Baker, Cox, Emerson to Hogarth, recommends five
       management needs for the Council to address: (1) minimize the adverse
       impacts of derby fishing; (2) lengthening the recreational season; (3) reduce
       rates of regulatory discards; (4) continue to rebuild the overfished stock; and
       (5) improve regulatory certainty and credibility with stakeholders.

       **Unsolicited Comments - Opposed to Interim Rule -  States**

5603  Texas Parks and Wildlife
       Letter, 12/15/99, Executive Director Sansom to Mallet, opposes closure of
       the recreational fishery from 11/1/99 to 4/14/00.


**VOLUME  13:**_____IV.
SECRETARIAL REVIEW - continued

          **Unsolicited Supporting Comments from Private Individuals and
          Corporations**

          Gulf of Mexico States
5604  Index
5605  Alabama
5792  Florida


**VOLUME  14:**_____IV.
SECRETARIAL REVIEW - continued

6193  Index
6194  Florida

CMxPDF - www.fasttso.com

## VOLUME  15:

IV.  SECRETARIAL REVIEW - continued

6729  Index
6730  Florida

## VOLUME  16:

IV.  SECRETARIAL REVIEW - continued

Bates Pg:

7326  Index
7327  Florida

## VOLUME  17:

IV.  SECRETARIAL REVIEW  - continued

7844  Index
7845  Florida
8292  Louisiana
8311  Mississippi
8353  Texas

## VOLUME  18:

IV.  SECRETARIAL REVIEW - continued

**Supporters from other States**

8360  Arizona
8362  California
8364  Colorado
8366  Connecticut
8368  Georgia
8615  Illinois
8619  Indiana
8659  Kentucky
8685  Maryland
8680  Minnesota
8688  Michigan
8703  New York

IV.  SECRETARIAL REVIEW -Supporters from other States continued

Bates Pg:

8694  North Carolina
8705  Ohio
8707  Oklahoma
8710  South Carolina

**Supporters from other States continued**
8735  Tennessee
8800  Virginia
8803  Unknown

**Non-supporters**

8817  Florida
8867  Louisiana
8874  Texas

V.   <u>NMFS NOTICES</u>

A.  Federal Register Notices

8870  12/20/99, Interim rule; request for comments, 64 Federal Register 71056

B.  <u>News Releases</u>

8881  12/15/99, Southeast Fishery Bulletin, NR99-072, "New Regulations Approved for the Recreational and Commercial Gulf of Mexico Red Snapper Fisheries"

VI.  <u>DOCUMENTS WITHHELD ON BASIS OF PRIVILEGE</u>

1.    11/18/99, Hays to Dalton, et. al., @ 11:00 am  re OBM
2.    11/19/99, Sathre to Hays, et. al., @ 9:41 am  re Red snapper IR listing
3.    Memo: approval of an IR to adjust management measures in the recreational and commercial red snapper fisheries of the GOM region
4.    11/22/99, Memo: revised draft IR to reduce overfishing in red snapper fishery for year 2000 'specifications'
5.    11/22/99, mikeymc518@ aol.com to Crabtree, et. al. @ 7:44 am   re Attachment  Memo: revised draft IR to reduce overfishing in red snapper fishery for year 2000 'specifications'

## VI.    DOCUMENTS WITHHELD ON BASIS OF PRIVILEGE - continued

6       11/23/99, Bellows to Hays, et. al., @ 2:11 pm  re Red snapper IR

7       11/22/99, McLemore to Sathre, et. al., @ 2:18 pm  re Memo: revised draft IR to reduce overfishing in red snapper fishery for year 2000 'specifications'

8       11/30/99, McLemore to Hogarth, et. al., @ 10:12 am  re Texas partyboat fleet lawsuit over red snapper

9       11/30/99, Cranmore to McLemore, et. al., @ 12:26 pm   re OMB's red snapper concerns

10      11/30/99, McLemore to Crabtree, et. al., @ 3:21 pm  re Attachment TAC

11      11/23/99, McLemore to Hays, et. al., @ 8:47 am   re Attachment Memo: revised draft IR to reduce overfishing in red snapper fishery for year 2000 'specifications'

12.     11/29/99, Haflich edits to interim rule

13.     12/1/99, Haflich edits to interim rule

14.     12/1/99, WJB edits to interim rule

15.     12/7/99, Hays to Crabtree, et. al., @ 4:50 pm  re Revised again attachment

16.     12/8/99, Crabtree to McLemore, et. al., @ 9:02 am  re Revised again

17.     12/8/99, Crabtree to Bellows, et. al., @ 9:35 am  re Revised again

18.     12/8/99, McLemore to Crabtree, et. al., @ 9:29 am  re Revised again

19.     12/8/99, Hays to McLemore, et. al., @ 10:05 am  re Revised again

20.     12/8/99, McLemore to Branstetter, et. al., @ 10:08 am  re Can you explain number 1 - how the bag limit does/not contribute to persistent overruns?

21.     12/8/99, McLemore to McCarty, et. al., @ 10:09 am  re And I had to look up "a posteriori"

22.     12/8/99, Sathre to Hays, et. al., @ 10:11 am  re Revised again

23.     12/8/99, Hays to Sathre, @ 10:40 am  re Revised Again

24.     11/8/99, Sathre to Matlock, et. al., @ 10:47 am  re From Mike McLemore

25.     12/8/99, Sathre to Branstetter, @ 10:54 am  re Zero-fish bag limits

26.     12/8/99, Crabtree to Hays, et. al., @ 11:10 am  re Explanation of number 1

27.     12/8/99, Hays to Darcy, et. al., @ 11:18 am  re Zero-fish bag limits

28.     12/8/99, Hays to Bellows, et. al., @ 11:28 am  re Zero-fish bag limits

29.     12/8/99, Sathre to Haflich, et. al., @ 12:16 pm  re Zero-fish bag limits

30.     12/8/99, Hays to Darcy, et. al., re Red snapper rule

31.     12/8/99, Bellows to Sathre, @ 1:24 pm  re Zero-fish bag limits

32.     12/9/99, Sathre comments re interim rule

33.     12/9/99, Haflich's edits to interim rule

34.     12/9/99, Sathre's edits to interim rule

35.     12/9/99, Haflich's edits to interim rule

36.     12/9/99, Haflich's edits to interim rule

37.     12/10/99, Hays to Bellows, @ 11:15 am  re EA

38.     12/10/99, Hays to Sathre, et. al., @ 12:44 pm  re red snapper IR

39.     12/10/99, Hays to Sathre, @ 2:41 pm  re EA

40.     12/10/99, Hays to Darcy, et. al., @ 2:48 pm  re EA for IR

CVisPDF - www.fuvia.com

## VI.   DOCUMENTS WITHHELD ON BASIS OF PRIVILEGE - continued

41.   12/10/99, Bellows to Crabtree, @ 3:27 pm re Red snapper IR, EA
42.   12/13/99, Sathre's edits to interim rule
43.   12/13/99, Sathre's edits to interim rule
44.   12/13/99, Crabtree to Hays, et. al., @ 8:15 am re Red snapper IR, EA
45.   12/13/99, McLemore to Sathre, et. al., @ 9:29 am re Red snapper EA
46.   12/13/99, Hays to Bellows, et. al., @ 9:35 am re IR and Haflich and OMB
47.   12/13/99, Hays to Sathre, et. al., @ 9:37 am re Bag limit comparison table
48.   12/13/99, McLemore to Crabtree, @ 10:12 am re Snapper rule
49.   12/13/99, McLemore to Crabtree, @ 10:50 am re Snapper rule
50.   12/13/99, McLemore to Sathre, @ 1:55 pm re Rule revision
51.   12/13/99, Hays to Darcy, et. al., @ 2:32 pm re Red snapper IR TAC discussion
52.   1/13/99, Crabtree to Bellows, et. al., @ 2:51 pm re TAC text for red snapper
53.   12/13/99, Hays to Bellows, et. al., re Red snapper IR
54.   12/13/99, Darcy to Hays, et. al., @ 4:51 pm re IR and TAC
55.   12/13/99, Sathre to McLemore, et. al., @ 5:31 pm re I'm done
56.   12/14/99, McLemore to Crabtree, @ 8:52 am re CZM letters red snapper IR
57.   12/14/99, McLemore to Hays, et. al., @ 8:53 am re Red snapper IMRO
58.   12/14/99, Hays to Crabtree, et. al., @ 9:00 am re I'm done
59.   12/14/99, Crabtree to McLemore, et. al., @ 10:00 am re Red snapper IR
60.   12/14/99, Hays to Haflich, et. al., @ 10:04 am re Red snapper IR
61.   12/14/99, McLemore to Hays, et. al., @ 11:05 am re Lingo for RS CZMA
62.   12/14/99, McLemore to Crabtree, et. al., @ 11:34 am re Lingo for RS CZMA
63.   12/14/99, McLemore to Crabtree , et. al., @ 11:41 am re Lingo for RS CZMA
64.   12/14/99, Hays to McLemore, et. al., @ 12:00 pm re Lingo for RS CZMA
65.   12/14/99, Hays to Haflich, @ 12:49 pm re Final version
66.   12/14/99, Hays to McLemore, et. al., @ 12:52 pm re Final version attachment
67.   12/14/99, Crabtree to Hays, et. al., @ 1:07 pm re Response to Texas CZM
68.   12/14/99, Crabtree to McLemore, et. al., @ 1:15 pm re Final version
69.   12/14/99, Hays to McLemore, et. al., @ 1:44 pm re Final version
70.   12/14/99, Hays to Sathre, et. al., @ 1:44 pm re Final version
71.   12/14/99, Hays to Bellows, et. al., @ 3:05 pm re Red snapper rule
72.   12/14/99, Hays to McLemore, @ 3:11 pm re Red snapper rule
73.   12/14/99, Haflich to Hays, @ 3:16 pm re Final version attachment
74.   12/14/99, McLemore to Hays, et. al., @ 3:17 re Red snapper rule
75.   12/15/99, Sathre to McLemore, et. al., @ 10:40 am re Red snapper IR
76.   12/15/99, Crabtree to McLemore, @ 11:47 am re Split gulf
77.   12/15/99, Sathre to Bellows, et. al., @ 11:51 am re Red snapper IR
78.   12/15/99, Hays to Bellows, et. al., @ 11:57 am re Red snapper IR
79.   12/15/99, Sathre to Hays, et. al., @ 12:11 pm re Red snapper IR
80.   12/15/99, McLemore to Sathre, et. al., @ 1:07 pm re Red snapper IR

CSMPDF - www.fastio.com

## VI.   DOCUMENTS WITHHELD ON BASIS OF PRIVILEGE - continued

81.   12/15/99, Sathre to Bellows, et. al., @ 1:57 pm  re Red snapper IR
82.   12/15/99, Hays to Darcy, et. al., @ 2:21 pm  re Admin record red snapper

## VII.   AUDIOTAPE LOG[2]

| Date | Meeting Held | # of Tapes |
|------|------|------|
| 10/98 | Reef Fish Stock Assessment Panel Report | 7 |
| 10/98 | Socioeconomic Panel Report | 8 |
| 11/4/98 | Standing and Special Reef Fish Scientific And Statistical Committee Minutes | 3 |
| 11/9/98 | Reef Fish Management Committee Minutes (Relevant discussion is on tape 1) | 3 |
| 11/10/98 | Joint Reef Fish/Shrimp Management Committee Minutes | 2 |
| 11/12-12/98 | Council Meeting Minute (§1b/2526-6b/2594 of tape contains relevant discussion) | 7 |
| 10/99 | Reef Fish Stock Assessment Panel Report | 15 |
| 10/99 | Socioeconomic Panel Report | 6 |
| 10/25/99 | Red Snapper Advisory Panel Summary (Section 1b/3207-4b/3668 of tape contains relevant discussion) | 5 |
| 10/27/99 | Standing and Special Reef Fish Scientific and Statistical Committee Summary (Section 1b/3207-4b/3668 of tape contains relevant discussion) | 4 |

---

[2]Audiotapes are maintained on file in the National Oceanic and Atmospheric Administration, Office of General Council, 9721 Executive Center Drive North, Suite 137, St. Petersburg, Florida 33702 (phone: 727/570-5370), and are available for inspection and copying upon request

## VI.    AUDIOTAPE LOG   continued

11/9/99                     Reef Fish Management Committee Summary          **4**
                            (Relevant discussion is on tape 1)

11/10-12/99  Draft Council Meeting Minutes                                  **11**
                            (Sections 5b/4095-8a/4095, 10a/001-1456 and
                            10b/4500-1079 contain relevant discussions)

CWPDF - www.fesite.com