UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES § § § | |
| VS. § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE § § § § § § § | CAUSE NO. C-00-028 |

United States District Court
Southern District of Texas
FILED
MAR 21 2000
Michael N. Milby, Clerk

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE 28 PAGE LEGAL MEMORANDUM

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW GAMFW, Inc. d/d/a Fisherman's Wharf and Bobby Grumbles, Plaintiffs, and respectfully file and submit this their Unopposed Motion for Leave to File 28 Page Legal Memorandum as follows:

1. Plaintiffs have filed a Motion for Summary Judgment. Plaintiffs have filed a brief in support of their Motion for Summary Judgment. The brief is 28 pages long, with 2 exhibits. Plaintiffs request leave to file the 28 page brief for the reason that it addresses issues raised in an 18 volume administrative record and concerns five areas in which a regulation is challenged under the Administrative Procedure Act. The brief includes a history of regulation for the red snapper fishery, and this information is extensive.

840.200                                                                 Page 1

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request the relief sought.

Respectfully submitted,

_____
Les Cassidy
1020 NationsBank Center North
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 887-6521 fax

State Bar Number 03979270
Federal ID Number 5931
Attorney in Charge for Plaintiffs


**Of Counsel:**

**WOOLSEY & CASSIDY, P.C.**
**1020 Bank of America Center North**
**500 North Water Street**
**Corpus Christi, Texas  78471**
(361) 887-2965 office
(361) 887-6521 fax

### Certificate of Consultation

This will certify that on this 21st day of March, 2000, I spoke with Heidi Kukis, Attorney for the U.S. Department of Justice, and she stated she does not oppose this filing.

_____
Les Cassidy

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by fax and U.S. Mail on March 21, 2000, as indicated below to:

Heidi Kukis
U.S. Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

Robert G. Hayes
Ball Janik, LLP
1455 F. Street NW, Suite 225
Washington, D.C. 20005

_____
Les Cassidy



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES § § § | |
| VS. § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE § § § § § § § | CAUSE NO. C-00-028 |

### ORDER GRANTING LEAVE TO FILE PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Unopposed Motion for Leave to File 28 Page Legal Memorandum. This Court having considered the same is of the opinion that said motion should be granted. Plaintiffs are granted leave to file their brief in support of their Motion for Summary Judgment.

SO ORDERED.

Signed this _____ day of March, 2000.

_____
U.S. District Judge