UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § | |
| VS. | § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § | CAUSE NO. C-00-028 |

United States District Court
Southern District of Texas
FILED
MAR 21 2000
Michael N. Milby, Clerk

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**
**AND REQUEST FOR DECLARATORY RELIEF**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW GAMFW, Inc. d/d/a Fisherman's Wharf and Bobby Grumbles, Plaintiffs, and respectfully file and submit this their Motion for Leave to File Second Amended Complaint and Request for Declaratory Relief as follows:

1. Plaintiffs respectfully request this Court to grant Plaintiffs permission to file their Plaintiffs' Second Amended Complaint and Request for Declaratory Relief.

2. The reason for the requested filing is to conform the pleading to the requested relief.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request the relief sought.

Respectfully submitted,

*[signature: Thomas E Baker]* *for Les Cassidy with permission*

Les Cassidy
1020 NationsBank Center North
500 North Water Street
Corpus Christi, Texas   78471
(361) 887-2965 office
(361) 887-6521 fax

State Bar Number 03979270
Federal ID Number 5931
Attorney in Charge for Plaintiffs


**Of Counsel:**

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas   78471
(361) 887-2965 office
(361) 887-6521 fax


### Certificate of Consultation

This will certify that on this 21st day of March, 2000, I attempted to speak with Heidi Kukis, Attorney for the U.S. Department of Justice.  Having not been able with her, I assume this filing is opposed.

*[signature: Thomas E Baker]*

Les Cassidy *for Les Cassidy with permission*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by fax and U.S. Mail on March 21, 2000, as indicated below to:

Heidi Kukis
U.S. Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

Robert G. Hayes
Ball Janik, LLP
1455 F. Street NW, Suite 225
Washington, D.C. 20005

_____
Les Cassidy
for Les Cassidy
with permission



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES <br><br> VS. <br><br> THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § § § § § § § § § |

CAUSE NO. C-00-028

### ORDER GRANTING LEAVE TO PLAINTIFFS TO FILE THEIR SECOND AMENDED COMPLAINT AND REQUEST FOR DECLARATORY RELIEF

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Leave to File Their Second Amended Original Complaint. This Court having considered the same is of the opinion that said motion should be granted. Plaintiffs are granted leave to file their Second Amended Original Complaint.

SO ORDERED.

Signed this _____ day of March, 2000.

_____
U.S. District Judge