UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § § | |
| VS. | § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § | CAUSE NO. C-00-028 |

United States District Court
Southern District of Texas
FILED

MAR 22 2000

Michael N. Milby, Clerk

**PLAINTIFFS' OBJECTIONS TO MOTION TO INTERVENE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COME NOW GAMFW, Inc. d/d/a Fisherman's Wharf and Bobby Grumbles, Plaintiffs, and respectfully file and submit this their Plaintiffs' Objections to Motion to Intervene and would show unto this honorable Court as follows:

1. As Movant set out in its Memorandum in Support of Motion to Intervene, in their lawsuit, Plaintiffs seek to set aside regulations issued by the National Marine Fisheries Service which impose additional restrictions on the commercial and recreational harvest of red snapper in the Gulf of Mexico. Movant seeks to intervene in order to support Defendants' contention that the regulations at issue are reasonable and necessary.

2. As Movant set out in its memorandum, in accordance with Rule 24(a) of the Federal Rules of Civil Procedure, Movant must demonstrate that the Movant's interest is not adequately represented by others in the lawsuit. In fact, both Defendants and

840.200                                        Page 1

34.

Movant seeks to protect enforcement of regulations imposing additional restrictions on the harvesting of red snapper in the Gulf of Mexico. Consequently, Movant's position is already adequately represented in the lawsuit.

3. Further, as Movant notes in its memorandum in support of the motion, Rule 24(b) of the Federal Rules of Civil Procedure provide that, in exercising its discretion, the Court shall consider whether the intervention will unduly delay or prejudice the adjudication of the rights of the original parties. As Plaintiffs set out more fully in their Motion for Summary Judgment, the challenged regulation was in effect when suit was brought and when the Motion for Summary Judgment was filed. The challenged rule may expire, however, during the pendency of this suit. As Plaintiffs have already filed their Motion for Summary Judgment and anticipate a resolution of this matter relatively soon, Movant's intervention will only delay this expedited consideration of the challenged regulation.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Court deny the Motion to Intervene and for such other and further relief to which Plaintiffs may be entitled.

Respectfully submitted,

_____
LES CASSIDY
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 878-6521 fax
State Bar Number 03979270
Federal ID 5931

Of Counsel:

**WOOLSEY & CASSIDY, P.C.**
**1020 Bank of America Center North**
**500 North Water Street**
**Corpus Christi, Texas  78471**
**(361) 887-2965 office**
**(361) 887-6521 fax**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by fax and U.S. Mail on March 22, 2000, as indicated below to:

Heidi Kukis
U.S. Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

Robert G. Hayes
Ball Janik, LLP
1455 F. Street NW, Suite 225
Washington, D.C.  20005

_____
Les Cassidy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § |
| VS. | § § |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § § | CAUSE NO. C-00-028

## ORDER DENYING MOVANT'S MOTION TO INTERVENE

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Objections to Motion to Intervene. This Court having considered the same is of the opinion that Movant's Motion to Intervene should be denied.

SO ORDERED.

Signed this _____ day of March, 2000.

_____
U.S. District Judge