IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 24 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| GAMFW, INC., d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § § |
| v. | § § § |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § |

C. A. NO. C-00-028

### ORDER ADMITTING ROBERT G. HAYES *PRO HAC VICE*

The Court having considered the Motion of Robert G. Hayes for admission *pro hac vice* in this matter,

It is, HEREBY ORDERED that Robert G. Hayes is admitted for the purpose of representing the Intervenor, Coastal Conservation Association, in this matter.

DATED this 22 day of March, 2000.

_____
Judge Hayden W. Head, Jr.

1