UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 4 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § | |
| VS. | § § | 37. |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § | CAUSE NO. C-00-028 |

## ORDER GRANTING LEAVE TO AMEND

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Opposed Motion for Leave to Amend. This Court having considered the same is of the opinion that said motion should be granted. Plaintiffs are granted leave to file their Plaintiffs' First Amended Original Complaint and Request for Declaratory Relief.

Signed this _22_ day of _March_, 2000.

_____
U.S. District Judge