UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 2 4 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES § § § | |
| VS. § § | 38. |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE § § § § § § § | CAUSE NO. C-00-028 |

### ORDER GRANTING LEAVE TO FILE PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Unopposed Motion for Leave to File 28 Page Legal Memorandum. This Court having considered the same is of the opinion that said motion should be granted. Plaintiffs are granted leave to file their brief in support of their Motion for Summary Judgment.

SO ORDERED.

Signed this ___23___ day of March, 2000.

_____
U.S. District Judge