CV ACTION NO.: C-00-28

GAMFW, INC., ET AL                )     COUNSEL: LES CASSIDY

_____ )     _____

VS.

UNITED STATES OF AMERICA          )     COUNSEL: HEIDI KUKIS, ROBERT HAYES,

_____ )     Eve Joy

======================================================================

United States District Court
Southern District of Texas
FILED

MAR 2 2 2000

Michael N. Milby
Clerk of Court

JUDGE PRESIDING: _____HAYDEN W. HEAD, JR._____

COURTROOM CLERK: ___Judith F. Alvarez___ COURT RECORDER: ___Genay Rogan___

LAW CLERK: __Mark Fassold_____ INTERPRETER: _____

U. S. MARSHAL/CSO: _____ U. S. P. O.: _____

DATE: March 22, 2000   OPEN: 1:15 pm   ADJOURN: 2:20 pm

TAPE: 1A (in chambers)

======================================================================

Case called for TELEPHONE CONFERENCE CALL. Appearances made. In chambers with Judge Head is Bruce Hawn who thought the hearing was to be in the courtroom. The Court discusses the Motion to amend complain (DE #7), Motion to appear pro hac vice by Kukis (DE #12), and Motion for Hayes to appear pro hac vice (DE #21). The Court grants all three motions. Discussion of the reason for petition. Ms. Kukis advises the court that she has not received the copy of the Motion for Summary Judgment. She has seen the second amended complaint and says that there are new issues in it. Ms. Kukis advises that she told Plaintiff that the Gov does not oppose it if in the consultation he states that they are willing to give Gov more time to prepare. Discussion of administrative record. Discussion of the reason that Gov cannot respond to motion in 20 days. Defts would like to have 20 days to answer 2nd amended complaint and 20 days to respond to summary judgement motion. The Court advises that he is inclined to give Defts more time to respond despite the fact that the season ends April 21. Discussion of what CCA is. The Court advises parties that he knows some of the Board Members of the CCA. Def Atty advises that she would like to talk to her client about that issue. Plaintiff Atty asks that the Court wait on Defts answer to that issue before the Court rules on the motion to intervene. The Court says that he does not think that being friends with some of the board members is a reason to recuse himself. Deft Atty is to call by Friday, Mar. 24, 2000 and make the Court aware of her answer. Adjourned.

39.