CV ACTION NO.: C-00-28

GAMFW, INC., ET AL          )    COUNSEL: LES CASSIDY
                            )

VS.

UNITED STATES OF AMERICA,   )    COUNSEL: HEIDI KUKIS
ET AL                            For Intervenor: Robert Hayes

==================================================================

United States District Court
Southern District of Texas
FILED

MAR 2 4 2000

Michael N. Milby
Clerk of Court

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

COURTROOM CLERK: Judith F. Alvarez   COURT RECORDER: Genay Rogan
LAW CLERK: Mark Fassold              INTERPRETER:
U S. MARSHAL/CSO:                    U. S. P. O.:
DATE: March 24, 2000   OPEN: 2:32 pm   ADJOURN: 3:29 pm
TAPE: 1a/20-2021       (In chambers)

==================================================================

Case called for TELEPHONE CONFERENCE CALL. Appearances made. Discussion of the motion to intervene. The Court grants the motion. Discussion of the differences in the 2nd amended complaint and the first amended complaint. Discussion paragraph 10 becomes the parameters of Plaintiff's complaint. Deft Attorney Kukis asks for 20 days to answer and 20 days to respond to motion for summary judgment. Deft Attorney asks to be given until April 30th. The Court advises that he would like to have the answer first and the the motion response. The Court advises that he would like an index to the administrative record when Defts refer to it in the motion, but will do without it if necessary. The Court will set a hearing for oral arguments.   Adjourned.

40.