IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| GAMFW, INC., d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES § § § § v. § § THE UNITED STATES OF AMERICA § AND THE DEPARTMENT OF § COMMERCE, WILLIAM DALEY, § Secretary, and NATIONAL MARINE § FISHERIES SERVICE § | C. A. NO. C-00-028 |

## ORDER ON MOTION TO INTERVENE

The Court having considered the Motion to Intervene of Coastal Conservation Association in this matter,

It is, HEREBY ORDERED that Coastal Conservation Association may appear as an Intervenor in this matter.

DATED this _24_ day of March, 2000.

_____
Judge Hayden W. Head, Jr.

1