```
                                            United States District Court
                                            Southern District of Texas
                                                    ENTERED
         UNITED STATES DISTRICT COURT              MAR 2 8 2000
    SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION
                                            Michael N. Milby, Clerk of Court
```

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § |
| VS. | § § 42. § |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § CAUSE NO. C-00-028 § § § § § |

## ORDER GRANTING LEAVE TO AMEND

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Opposed Motion for Leave to Amend. This Court having considered the same is of the opinion that said motion should be granted. Plaintiffs are granted leave to file their Plaintiffs' First Amended Original Complaint and Request for Declaratory Relief, *as of Feb 15, 2000. The operative complaint is the 2nd amended complaint.*

Signed this __24__ day of __March__, 2000.

_____
U.S. District Judge

840.200                                                                   Page 1