# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

**GAMFW, INC., ET AL**

**V.**    **CASE NUMBER:   CA-C-00-28**

**UNITED STATES OF AMERICA, ET AL**

## NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

MAR 2 4 2000

Michael N. Milby
Clerk of Court

TO:   Les Cassidy
      Heidi Kukis
      Robert Hayes

**YOU ARE ORDERED TO APPEAR** <u>Friday, June 2, 2000 at 9:00 a.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

**TO ATTEND THE FOLLOWING PROCEEDING:**

___ Final Pretrial Conference          _X_ Motion Hearing: Summary Judgment

___ Jury Selection and Trial           ___ Show Cause Hearing

___ Sentencing                         ___ Status Conference

___ Revocation Hearing                 ___ Other:

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:  <u>Judith F. Alvarez</u>                Date: <u>March 24, 2000</u>

43.