IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 28 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| GAMFW, INC. d/b/a FISHERMAN'S WHARF and BOBBY GRUMBLES, §§§§ Plaintiffs | |
| VS. §§ | C.A. NO. C-00-28 |
| UNITED STATES OF AMERICA, ET AL., §§ Defendants | |
| and COASTAL CONSERVATION ASSOCIATION, §§§§ Intervenor | |

## ORDER TO RESPOND

Plaintiffs have been granted leave to file their first and second amended complaints. Plaintiffs' Second Amended Complaint is the operative pleading. Plaintiffs have also filed a motion for summary judgment. The Court has granted a motion for leave to intervene filed by Coastal Conservation Association. Following these orders, the defendants and intervenor have asked for a scheduling order.

It is ordered that defendants and intervenor answer Plaintiffs' Second Amended Complaint no later than April 3, 2000, and that they answer plaintiffs' Motion for Summary Judgment no later than April 30, 2000. Plaintiffs shall file their response, if any, to the defendants' and intervenor's answers no later than May 8, 2000, and defendants and intervenor shall file their replies, if any, no later than May 15, 2000.

The Court is mindful of the need to expedite consideration of this case. In order to do justice to the issues of the parties, the Court desires to hear oral argument in the case on June 2, 2000, and arguments are so set at 9:00 a.m. on that date.

ORDERED this __24__ day of __March__, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE