United States District Court
Southern District of Texas
FILED

APR - 3 2000

MICHAEL N. MILBY CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

GAMFW, *et al.*,

    Plaintiff,

v.

United States, *et al*,

    Defendant.

Case No. C-00-028

INTERVENOR'S ANSWER TO SECOND AMENDED COMPLAINT

Comes now the Coastal Conservation Association (CCA), by and through its undersigned counsel, and answers Plaintiffs' second amended complaint as follows:

1. CCA admits that this court has jurisdiction pursuant to 28 U.S.C. 1331. The correct name of the statute cited in the Plaintiffs' second amended complaint is the Magnuson-Stevens Fishery Conservation and Management Act, 16 U.S.C. 1801 *et seq.*, which provides for judicial review of regulations at 16 U.S.C. 1855(f).

2. CCA admits that venue is proper in this court, but notes that the challenged regulations apply throughout the U.S. exclusive economic zone of the Gulf of Mexico and affect fishermen residing in many other judicial districts. CCA lacks information to either confirm or deny the remainder of the Plaintiffs' allegations contained in paragraph 2 of Plaintiffs' second amended complaint; to the extent that an answer is required, CCA denies the allegations.

3. CCA neither admits nor denies the adequacy of service of process, but waives any deficiency.

Page 1 - INTERVENOR'S ANSWER TO SECOND AMENDED COMPLAINT

BALL JANIK LLP
1455 F Street, N W , Suite 260
Washington, DC 20005
Telephone 202-638-3307

1     4. CCA admits the allegations of paragraph 4 of the Plaintiffs' second amended
2 complaint.
3     5. CCA denies each and every allegation of paragraph 5 of Plaintiff's second amended
4 complaint.
5     6. CCA lacks information to either confirm or deny the allegation of paragraph 6 of
6 Plaintiffs' second amended complaint; to the extent that an answer is required, CCA denies the
7 allegation.
8     7. Paragraph 7 is Plaintiffs' description of the type of relief they are seeking from the
9 court, to which no response is required.
10     8. CCA denies the allegation of paragraph 6 of Plaintiffs' second amended complaint
11     9. CCA denies the allegation contained in the first sentence of paragraph 9 of Plaintiffs'
12 second amended complaint.  The second sentence of paragraph 9 is a statement of Plaintiffs'
13 intention to support their allegation, to which no response is required.
14     10. Paragraph 10 of the Plaintiffs' second amended complaint contains six alleged
15 "reasons" for why the challenged regulations are invalid.  To the extent that any of the "reasons"
16 contain Plaintiffs' conclusions of law, no response is required.  To the extent that any of the
17 "reasons" contain factual assertions, CCA denies each and every one of those assertions.
18     /
19     /
20     /
21     /
22     /
23     /
24     /
25     /
26     /

Page 2 - INTERVENOR'S ANSWER TO SECOND AMENDED COMPLAINT

1    11. Paragraph 11 of the Plaintiffs' second amended complaint contains a prayer for relief
2    to which no response is required.

7    DATED: *March 31, 2000*                    Respectfully submitted,

                                                By: _____
                                                Robert G. Hayes, D.C. Bar No. 393215
                                                BALL JANIK LLP
                                                1455 F Street, N.W., Suite 225
                                                Washington, D.C. 20005
                                                [202] 638-3307; fax [202] 783-6947

                                                Bruce S. Hawn
                                                State Bar No. 00784228
                                                Federal Bar No. 17584
                                                THE KLEBERG LAW FIRM
                                                800 N. Shoreline Blvd., Suite 900N
                                                Corpus Christi, Texas 78401
                                                [361] 693-8500; fax [361] 693-8600

                                                ATTORNEYS FOR THE COASTAL
                                                CONSERVATION ASSOCIATION

Page 3 - INTERVENOR'S ANSWER TO SECOND AMENDED COMPLAINT

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing has been sent by United States certified mail, return receipt requested, this 31st day March, 2000, to following attorneys of record:

ATTORNEY FOR PLAINTIFFS:

Les Cassidy
Woolsey and Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

ATTORNEY FOR INTERVENORS:

Bruce Hawn
Kleberg Lawfirm
800 N. Shoreline #900N
Corpus Christi, TX 78401

ATTORNEYS FOR DEFENDANTS,
THE UNITED STATES OF AMERICA,
THE DEPARTMENT OF COMMERCE,
WILLIAM DALEY and NATIONAL
MARINE FISHERIES SERVICE:

Heidi Kukis
United States Department of Justice
Environmental & Natural Resources Division
950 Pennsylvania Avenue, NW, Room 2736
Washington, D.C. 20530

Eve Joy
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel—Southeast Region
9721 Executive Center Drive N, Suite 137
St. Petersburg, Florida 33702

Constance Sathre
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway, Room 15602
Silver Spring, Maryland 20910

                                              _____
                                              Robert G. Hayes