UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 18 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE UNITED STATES OF AMERICA, )<br>et. al )<br><br>Defendants. ) | CAUSE NO. C-00-028 |

## NOTICE OF SUBSTITUTION OF COUNSEL

To the Clerk:

    Please withdraw the appearance of Heidi Kukis and enter the appearance of Allison Areias as counsel of record for federal defendants in this case. Allison Areias will serve as the lead counsel of record for the federal defendants.

    Service of all papers on Ms. Areias by United States Mail or otherwise should be made to the following mailing address:

    Wildlife and Marine Resources Section
    Environment and Natural Resources Division
    United States Department of Justice
    P.O. Box 7369
    Ben Franklin Station
    Washington, D.C. 20044-7369

47.

Respectfully submitted this 17th day of April, 2000.

*[Signature: Allison Areias]*

ALLISON AREIAS, Trial Attorney
D.C. Bar No. 453909
Wildlife and Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7369 Ben Franklin Station
Washington, D.C. 20044-7369
Telephone: (202) 305-0213
Facsimile: (202) 305-0275


Of Counsel for Defendants:

MIKE MCLEMORE
Attorney-Advisor
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel-Southeast Region
9721 Executive Center Dr., N.
Suite 137
St. Petersburg, FL  33702
Telephone: (727) 570-5370
Facsimile: (727) 570-5376

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 18 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et. al<br><br>Defendants. | CAUSE NO. C-00-028 |

### APPLICATION OF ALLISON AREIAS TO APPEAR PRO HAC VICE

I, Allison Areias, declare under penalty of perjury:

1. Pursuant to Local Rule 1(K), I hereby apply to appear pro hac vice as counsel for federal defendants United States of America, et al. in this matter.

2. I reside at 3618 Warren Street, NW, Washington, D.C. 20008. My business address is Wildlife and Marine Resources Section, Environment and Natural Resources Division, U.S. Department of Justice, P.O. Box 7369, Ben Franklin Station, Washington, D.C. 20044-7369. My office telephone number is (202) 305-0213.

3. I am currently a member in good standing of the Bars of California and Washington, D.C.

4. I have never been disbarred or formally censured by a court of record or by a state bar association, and there are no pending disciplinary proceedings against me.

5. No other Department of Justice Trial Attorney previously has consented to act as federal defendants' counsel in this matter.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: Monday, April 17, 2000.

_____
ALLISON AREIAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et. al<br><br>    Defendants. | CAUSE NO. C-00-028 |

### CERTIFICATE OF SERVICE

I hereby certify that Federal Defendants' Notice of Substitution of Counsel and Notice of Allison Areias to Appear Pro Hac Vice was served this 17th day of April 2000 to the following:

Les Cassidy
Woolsey & Cassidy
500 N. Water Street, Suite 1020 North
Corpus Christi, Texas 78471

Robert Hayes
Ball Janik, LLP
1455 F Street, N.W., Suite 225
Washington, D.C. 20005

_____
ALLISON AREIAS, Trial Attorney
U.S. Department of Justice
Washington, D.C. 20530
202-305-0213

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | ) ) ) | |
| Plaintiffs, | ) ) | CAUSE NO. C-00-028 |
| v. | ) ) ) | |
| THE UNITED STATES OF AMERICA, et. al | ) ) ) | |
| Defendants. | ) ) | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

### ORDER ADMITTING ALLISON AREIAS PRO HAC VICE

The Court having considered the Application of Allison Areias for Admission Pro Hac Vice in this matter,

IT IS HEREBY ORDERED that Allison Areias is admitted for the purpose of representing the federal defendants United States of America, et al., in this matter.

DATED this _____ day of _____, 1999.

_____