**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

United States District Court
Southern District of Texas
FILED

**APR 2 8 2000**

MICHAEL N. MILBY CLERK

| | |
|---|---|
| **GAMFW,** *et al* ) | |
| ) | |
| ) | |
| **v.** ) | **C.A. NO. C-00-028** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| *et al.* ) | |
| ) | |

## DEFENDANT-INTERVENOR'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant-Intervenor the Coastal Conservation Association, by and through its undersigned counsel, and moves for summary judgment in favor of the named Defendants and Defendant-Intervenor in the above captioned case for the reasons set forth in DEFENDANT-INTERVENOR'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANT-INTERVENOR'S MOTION FOR SUMMARY JUDGMENT, which is incorporated by reference herein as if fully set forth.

Respectfully submitted,

By: *Bruce S. Kum*

Robert G. Hayes, Attorney in Charge
D.C. Bar Number: 393215
BALL JANIK LLP
1455 F Street. N.W.
Washington, D.C. 20005
[202] 638-3307, fax [202] 783-6947

1

Bruce S. Hawn
State Bar No.: 00784228
Federal Bar No.: 17584
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900N
Corpus Christi, Texas 78401
[361]693-8500; fax [361]693-8600

ATTORNEYS FOR THE COASTAL
CONSERVATION ASSOCIATION

## CERTIFICATE OF CONFERENCE

This will certify that counsel for Defendant-Intervenor has communicated by telephone or in writing will all counsel of record with regard to the Defendant-Intervenor's Motion for Summary Judgment and it is unopposed by the Government Defendants. Plaintiff's counsel is not opposed to the filing of the Motion for Summary Judgment, but is opposed to the granting of Defendant-Intervenor's Motion for Summary Judgment.

Bruce S. Hawn

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defendant-Intervenor's Motion for Summary Judgment has been sent by United States certified mail, return receipt requested, this _27th_ day of April, 2000, to the following attorneys of record:

**ATTORNEY FOR PLAINTIFFS**

Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

**ATTORNEYS FOR THE DEFENDANTS,**
**THE UNITED STATES OF AMERICA,**
**THE DEPARTMENT OF COMMERCE,**
**WILLIAM DALEY and NATIONAL**
**MARINE FISHERIES SERVICE:**

Allison Areias
United States of Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, NW, Room 2736
Washington, D.C. 20530

Eve Joy
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel – Southeast Region
9721 Executive Center Drive N, Suite 137
St. Petersburg, Florida 33702
Constance Sathre
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel for Fisheries
1315 East-West Highway, Room 15602
Silver Spring, Maryland 20910

Bruce S. Hawn

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **GAMFW,** *et al* | ) | |
| | ) | |
| **v.** | ) | **C. A. NO. C-00-028** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **Proposed Order** |

After consideration of Plaintiffs', Defendants' and Defendant-Intervenor's respective motions for Summary Judgment,

IT IS HEREBY ORDERED that:

1.      Plaintiff's Motion for Summary Judgment is denied.

2.      Defendant's and Defendant-Intervenor's Motions for Summary Judgment are granted.

3.      Each party is to bear their own costs.

ENTERED in Corpus Christi on this the ___ day of April, 2000.


_____
UNITED STATES DISTRICT JUDGE

1