UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § | |
| VS. | § § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § | CAUSE NO. C-00-028 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' AND INTERVENOR'S
CROSS-MOTIONS FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COME NOW GAMFW, Inc. d/d/a Fisherman's Wharf and Bobby Grumbles, Plaintiffs, and respectfully file and submit this their Plaintiffs' Response to Defendants' and Intervenor's Cross-Motions for Summary Judgment, and would show as follows:

1. Plaintiffs oppose the cross motions for summary judgment filed by Defendants and Intervenor for the reasons stated in Plaintiffs' Motion for Summary Judgment and incorporate the arguments and authorities stated therein in this opposition.

2. Plaintiffs' standing is based upon the acknowledged economic losses resulting from the delayed opening of the recreational fishery and the Defendants' use of interim rulemaking procedures to circumvent public comment and other usual procedural safeguards.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request this honorable Court deny the cross motions for summary

840.200                              Page 1

judgment filed by Defendants and Intervenors.

Respectfully submitted,

_____

LES CASSIDY
1020 Bank of America
500 North Water Street
Corpus Christi, Texas   78471
(361) 887-2965 office
(361) 878-6521 fax
State Bar Number 03979270
Federal ID 5931

Of Counsel:

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas   78471
(361) 887-2965 office
(361) 887-6521 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing

was forwarded by fax and U.S. Mail on May 8, 2000, to:

Allison Areias            (fax) 202-305-0274
U.S. Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

Robert G. Hayes           (fax) 202-783-6947
Ball Janik, LLP
1455 F. Street NW, Suite 225
Washington, D.C.  20005

Bruce S. Hawn             (fax) 361-693-8600
800 N. Shoreline
Corpus Christi, Texas   78401

_____
Les Cassidy

840.200                   Page 2

ClibPDF - www.fastio.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § | |
| VS. | § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § | CAUSE NO. C-00-028 |

## ORDER DENYING DEFENDANTS' AND INTERVENOR'S CROSS-MOTIONS FOR SUMMARY JUDGMENT

CAME ON THIS DAY Defendants' and Intervenor's Cross Motions for Summary Judgment and Plaintiffs' Response to Defendants' and Intervenor's Cross Motions for Summary Judgment. This Court having considered this same is of the opinion that Defendants' and Intervenor's Cross-Motions for Summary Judgment against Plaintiffs should be denied.

IT IS THEREFORE ORDERED that Defendants' and Intervenor's Cross-Motions for Summary Judgment against Plaintiffs are DENIED.

Signed this _____ day of June, 2000.

_____
U.S. DISTRICT JUDGE

840 200

Page 1