United States District Court
Southern District of Texas
FILED

MAY 1 2 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, *et al*, ) | |
| ) | |
| v. ) | C.A. NO. C-00-028 |
| ) | |
| UNITED STATES OF AMERICA, ) | DEFENDANT-INTERVENOR'S RESPONSE |
| *et al.* ) | TO PLAINTIFF'S RESPONSE |

COMES NOW, Defendant-Intervenor the Coastal Conservation Association, by and through its undersigned counsel, and responds to PLAINTIFF'S RESPONSE TO DEFENDANTS' AND INTERVENOR'S CROSS MOTION FOR SUMMARY JUDGMENT. Defendant-Intervenor notes that Plaintiff, without citation to legal authority or reference to evidence contained in the Administrative Record, has merely restated Plaintiff's earlier motion. Defendant-Intervenor joins in the response of the Defendant United States on the issue of Plaintiff's standing to challenge the Defendant's compliance with the Coastal Zone Management Act. Beyond that, Defendant-Intervenor stands by its earlier motion for summary judgment in favor of the Defendant United States and the Defendant-Intervenor.

Respectfully submitted,

By: /s/ Bruce S. Harr

Robert G. Hayes
Attorney in Charge
D.C. Bar Number: 393215
BALL JANIK LLP
1455 F Street, N.W., Suite 225
Washington, D.C. 20005
[202] 638-3307; fax [202] 783-6947

1

52

Bruce S. Hawn
State Bar No.: 00784228
Federal Bar No.: 17584
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900N
Corpus Christi, Texas 78401
[361] 693-8500; fax [361]693-8600

ATTORNEYS FOR THE COASTAL
CONSERVATION ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following was forwarded by fax and U.S. Mail on May 12, 2000, to:

Allison Areias       fax 202-305-0274
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

Les Cassidy       fax 361-878-6521
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471

E.V.E. Joy       fax 727-570-5376
Office of the General Counsel
National Oceanic and Atmospheric Administration
9721 Executive Drive, Suite 137
St. Petersburg, Florida  33702

Bruce S. Hawn

2