UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>et. al )<br>)<br>Defendants. ) | CAUSE NO. C-00-028 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

### ORDER ADMITTING ALLISON AREIAS PRO HAC VICE

The Court having considered the Application of Allison Areias for Admission Pro Hac Vice in this matter,

IT IS HEREBY ORDERED that Allison Areias is admitted for the purpose of representing the federal defendants United States of America, et al., in this matter.

DATED this 26 day of May, 999.

[signature]