IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 02 2000

Michael N. Milby, Clerk

| | |
|---|---|
| GAMFW, Inc., DBA Fisherman's Wharf and Bobby Grumbles, et. al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No: C-00-028 |
| WILLIAM M. DALEY, Secretary of Commerce, et al. ) ) | |
| Defendants. ) | |

## NOTICE OF FILING OF SELECTED ADMINISTRATIVE RECORD DOCUMENTS REQUESTED BY THE COURT; AND INDEX TO COMPLETE ADMINISTRATIVE RECORD

Pursuant to the Court's request during the hearing on June 2, 2000, on the parties' cross-motions for summary judgment in this case, defendants hereby submit the following administrative record documents:

1. A short list of core documents upon which the defendants relied in approving the Interim Rule;

2. The electronic version of the index to the complete administrative record, a hard copy of which was filed on February 18, 2000.

Respectfully submitted this ___2nd___ day of June, 2000.

_____
ALLISON V. AREIAS, Trial Attorney
U.S. Department of Justice
Environment & Natural Division
601 Pennsylvania Avenue, N.W., Ste 5000
Washington, DC 20004