CV/~~CR~~ ACTION NO.: C-00-28

GAMFW INC., ET AL ) COUNSEL: LES CASSIDY

VS.

UNITED STATES OF AMERICA, ) COUNSEL: ALLISON AREIAS, ROBERT HAYES,
ET AL ) BRUCE HAWN, ~~LARRY~~ LUDKA, TONY HUONG,
Michael JUSTIN

====================================================

United States District Court
Southern District of Texas
FILED

JUN - 2 2000

MICHAEL N. MILBY, CLERK

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

COURTROOM CLERK: Judith F. Alvarez    COURT RECORDER: Genay Rogan
LAW CLERK: Mark Fassold    INTERPRETER:
~~U.S. MARSHAL~~/CSO: Terry Lee    U.S.P.O.:
DATE: June 2, 2000    OPEN: 8:53 am    ADJOURN: 10:34 am
                              10:41 am                      12:05
TAPE: 1/35 — 2/463

====================================================

Case called for HEARING ON MOTIONS. Appearances made. Discussion of the reason for the change in the rule. Discussion of what new evidence has arisen that justifies the authorization of the change in public record. Discussion of the incompatibility of the state and federal regulations and how the agency is influenced by commercial interests versus conservation. Gov Atty Areias explains how the new rule affects the other state regulations. Only Texas has not changed its state regulations to meet the new rule. The Court orders Defts to list every article in the record dealing with fish mortality & broken down between those that find no harm in releasing the fish and those that find harm in releasing the fish. Discussion about why prior notice of interim rule was not given. Def Atty Areias explains the advantage of the change. The Court asks for a statement of the emergency & interim need and also for another way to review the record in a more efficient manner. Recess 10:34.

Recall 10:41. Arguments from Intervenor's attorney Hayes. Plff Atty arguments are heard.

PAGE __2__   DATE __June 2, 2000__
GAMFW, ET AL v. USA, ET AL
CA-C-00-28   Hrg/Motion

Rebuttal arguments are heard. Def atty moves to isolate excerpts to disk; granted.