IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 9 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § | |
| VS. | § § | Cause No.: C-00-028 |
| WILLIAM DALEY, Secretary of Commerce, et al. | § § | |

## PLAINTIFFS' SUBMISSION OF ADMINISTRATIVE RECORD EXCERPTS

Pursuant to this Court's request during the hearing on June 2, 2000, Plaintiffs hereby submit their Administrative Record Excerpts which were cited in their Brief in Support of their Motion for Summary Judgment.

The record excerpts are submitted in numerical order according to the bates stamp designation.

Respectfully submitted this 9th day of June, 2000.

_____
Les Cassidy
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas  78471
(361) 887-2965  office
(361) 887-6521  fax

State Bar No.: 03979270
Federal I.D. No.:  5931
Attorney-in-Charge for Plaintiffs

57.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by U.S. Certified Mail, return receipt requested this 9th day of June, 2000, to:

Allison V. Areias
U.S. Department of Justice
601 Pennsylvania Avenue, N.W., Suite 5000
Washington, D.C.  20004

Robert G. Hayes
Ball Janik, L.L.P.
1455 F. Street NW, Suite 225
Washington, D.C.  20005

Bruce S. Hawn
800 N. Shoreline, Suite 900 North
Corpus Christi, Texas 78401

Les Cassidy

Case 2:00-cv-00028    Document 57    Filed in TXSD on 06/09/2000    Page 3 of 32

# DEPARTMENT OF COMMERCE

**National Oceanic and Atmospheric Administration**

**50 CFR Part 622**

[Docket No. 990506119–9236–02; I.D. 040799B]

RIN 0648–AM66

**Fisheries of the Caribbean, Gulf of Mexico, and South Atlantic; Reef Fish Fishery of the Gulf of Mexico; Red Snapper Management Measures**

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Final rule.

**SUMMARY:** NMFS issues this final rule to implement the approved provisions of a regulatory amendment prepared by the Gulf of Mexico Fishery Management Council (Council) in accordance with the framework procedures for adjusting management measures of the Fishery Management Plan for the Reef Fish Resources of the Gulf of Mexico (FMP). The rule establishes a 4–fish recreational red snapper bag limit with a 0–fish bag limit for the captain (operator) and crew of a charter vessel or headboat and changes the open periods of the fall red snapper commercial season from the first 15 days of each month to the first 10 days of each month, beginning September 1 each year. The rule's intended effect is to maximize the economic benefits from the overfished red snapper resource within the constraints of the red snapper stock rebuilding program.

0067

CVisPDF - www.fasiao.com

**DATES:** This final rule is effective October 1, 1999, except for the amendments to §§ 622.34(l) and 622.34(m), which are effective September 1, 1999.

**FOR FURTHER INFORMATION CONTACT:** Roy E. Crabtree, 727–570–5305.

**SUPPLEMENTARY INFORMATION:** The reef fish fishery in the exclusive economic zone of the Gulf of Mexico is managed under the FMP. The Council prepared the FMP, which was approved by NMFS and implemented under the authority of the Magnuson-Stevens Fishery Conservation and Management Act (Magnuson-Stevens Act) by regulations at 50 CFR part 622.

In accordance with the framework procedures of the FMP, the Council recommended, and NMFS published, a proposed rule (64 FR 34756, June 29, 1999) to: Set the opening date of the recreational red snapper fishing season at March 1, beginning with the 2000 fishing year; establish a 4–fish recreational red snapper bag limit with a 0–fish bag limit for captain and crew of a charter vessel or headboat; and change the open periods of the fall red snapper commercial season from the first 15 days of each month to the first 10 days of each month, beginning September 1 each year. The Council also recommended a reduction in the minimum size limit for red snapper from 15 (38.1 cm) inches to 14 inches (35.6 cm) total length. NMFS disapproved this measure under the FMP framework procedures prior to publication of the proposed rule; the preamble to the proposed rule explained NMFS' rationale for this disapproval action. After considering the Council's proposed red snapper measures and the public comments, NMFS has approved the proposed 0–fish bag limit for captain and crew of the for-hire vessels, the 4–fish bag limit for persons not fishing under the commercial quota, and the change in the duration of the commercial fall season open periods. NMFS has disapproved the proposed delay in the opening of the recreational red snapper fishing season (see response to comment 2 under "Comments and Responses"). The preamble to the proposed rule described the need and rationale for these approved measures and also explained NMFS' rationale for disapproving the Council's recommendation to reduce the minimum size limit for red snapper to 14 inches. That information is not repeated here.

**Comments and Responses**

NMFS received 197 written comments on the proposed rule. A summary of the comments and NMFS' responses follow.

*Comment 1:* The Council requested that NMFS disapprove the 0–fish bag limit for captain and crew of for-hire vessels. The Council contends that this measure was explicitly linked with its proposal for a 4–fish bag limit and a 14–inch (35.6–cm) minimum size limit. The intent of these combined measures was to provide a substantial extension of the recreational season. The Council states that because NMFS disapproved the 14–inch (35.6–cm) minimum size limit, approval of the 0–fish bag limit for captain and crew measure would be inconsistent with its original intent.

*Response:* NMFS has approved the 0–fish bag limit for captain and crew of for-hire vessels based on analyses that suggest that this measure reduces catch rates by about 3 percent. The 0–fish bag limit for captain and crew, along with the 4–fish bag limit, will extend the recreational season substantially. In contrast, the 14–inch (35.6–cm) minimum size limit requested by the Council would have reduced the length of the recreational season, which is contrary to the intent of the Council, with little or no corresponding benefit to the stock.

*Comment 2:* One hundred ninety-four commenters opposed the delay of the start of the recreational season from January 1 to March 1. They argued that this delay would result in a 6-month closure of the recreational fishery and would cause economic hardship in the Texas tourism and hospitality industries.

*Response:* NMFS agrees that a delay in the opening of the recreational fishery until March 1 would cause economic hardship in areas such as South Texas that are dependent on winter tourism and that the adverse economic impact of the lost fishing days in January and February would be greatest in Texas. With a January 1 opening date, preliminary projections indicate the year 2000 fishing season would close on July 29; with a March 1 opening these analyses project an August 27 closure. Thus, the measure would extend the recreational season further into the summer but would result in a net loss of 30 fishing days. The Council's economic analysis based on a total allowable catch of 9.12 million lb, a 5–fish bag limit, and a 15–inch minimum size limit suggests a net loss of 6,891 total fishing trips—a 1.76 percent reduction. Of these, 1,566 would be for-hire trips. While a reduction in recreational fishing effort and an

extension of the season further into the summer were the intent of the Council in proposing to delay the start of the season until March 1. NMFS has disapproved this measure based upon finding it inconsistent with national standard 4 of the Magnuson-Stevens Act, which requires that the allocation of fishing privileges be fair and equitable. Approval of this measure would place an unfair economic burden on the Texas for-hire sector and would shorten the red snapper recreational fishing season.

*Comment 3:* Nineteen commenters supported a 4–fish bag limit; 171 commenters supported a 5–fish bag limit.

*Response:* NMFS believes that a bag limit of no more than 4 fish per person is necessary to reduce catch rates and extend the recreational fishing season. The Magnuson-Stevens Act requires NMFS to close the red snapper recreational fishery once the quota is caught. The Council's Socioeconomic Panel has noted that a lower bag limit with a longer season yields more economic benefits than a higher bag limit with a closure, provided the lower bag limit does not discourage anglers from fishing. Based on public testimony, the Council believes that a 4–fish bag limit would not significantly discourage anglers from fishing.

*Comment 4:* One individual commented on the proposed change in the duration of the commercial fall season from the first 15 days of each month to the first 10 days of each month until the fall subquota is reached. This individual believes the current commercial fall season has caused economic hardship in the commercial sector and suggested a continuation of the spring commercial season along with a 100–lb (45.5–kg) trip limit for the remainder of the year. This individual suggested that the fall season be eliminated if necessary to prevent exceeding the commercial quota.

*Response:* Trip limits to allow a red snapper bycatch were not part of the regulatory amendment submitted by the Council. The Council may wish to consider additional changes for its 2000 red snapper commercial season specifications.

**Changes From the Proposed Rule**

For the reasons discussed under the Response to Comment 2, NMFS has disapproved the measure delaying the opening of the recreational red snapper fishing season until March 1. That measure has been removed from this final rule.

## Classification

This final rule has been determined to be significant for purposes of E.O. 12866.

The Chief Counsel for Regulation of the Department of Commerce certified to the Chief Counsel for Advocacy of the Small Business Administration when this rule was proposed that this rule would not have a significant economic impact on a substantial number of small entities. No comments were received regarding this certification. As a result, a regulatory flexibility analysis was not prepared.

The amendments to §§ 622.34(l) and 622.34(m) are necessary to mitigate derby fishery effects, e.g., market gluts and lower exvessel prices, and to prevent associated adverse social and economic impacts. It is essential that these amendments are effective when the fall commercial red snapper season opens on September 1, 1999. Accordingly, under authority set forth at 5 U.S.C. 553(d)(3), the Assistant Administrator for Fisheries, NOAA, finds for good cause that a 30-day delay in the effective date of those measures would be contrary to the public interest.

## List of Subjects in 50 CFR Part 622

Fisheries, Fishing, Puerto Rico, Reporting and recordkeeping requirements, Virgin Islands.

Dated: August 27, 1999.

Gary C. Matlock,

*Acting Assistant Administrator for Fisheries, National Marine Fisheries Service.*

For the reasons set out in the preamble, 50 CFR part 622 is amended as follows:

## PART 622—FISHERIES OF THE CARIBBEAN, GULF, AND SOUTH ATLANTIC

1. The authority citation for part 622 continues to read as follows:

Authority: 16 U.S.C. 1801 *et seq.*

2. In § 622.34, the suspension of paragraph (l) is lifted; paragraph (m) is removed; and paragraph (l) is revised to read as follows:

### § 622.34  Gulf EEZ seasonal and/or area closures.

*    *    *    *    *

(l) *Closures of the commercial fishery for red snapper.* The commercial fishery for red snapper in or from the Gulf EEZ is closed from January 1 to noon on February 1 and thereafter from noon on the 15th of each month to noon on the first of each succeeding month until the quota specified in § 622.42(a)(1)(i)(A) is reached or until noon on September 1, whichever occurs first. From September 1 to December 1, the commercial fishery for red snapper in or from the Gulf EEZ is closed from noon on the 10th of each month to noon on the first of each succeeding month until the quota specified in § 622.42(a)(1)(i)(B) is reached or until the end of the fishing year, whichever occurs first. All times are local times. During these closed periods, the possession of red snapper in or from the Gulf EEZ and in the Gulf on board a vessel for which a commercial permit for Gulf reef fish has been issued, as required under § 622.4(a)(2)(v), without regard to where such red snapper were harvested, is limited to the bag and possession limits, as specified in § 622.39(b)(1)(iii) and (b)(2), respectively, and such red snapper are subject to the prohibition on sale or purchase of red snapper possessed under the bag limit, as specified in § 622.45(c)(1). However, when the recreational quota for red snapper has been reached and the bag and possession limit has been reduced to zero, the limit for such possession during a closed period is zero.

*    *    *    *    *

3. In § 622.39, the suspension of paragraph (b)(1)(iii) is lifted; paragraph (b)(1)(vi) is removed; and paragraph (b)(1)(iii), is revised to read as follows:

### § 622.39  Bag and possession limits.

*    *    *    *    *

(b) * * *

(1) * * *

(iii) Red snapper—4, except that for an operator or member of the crew of a charter vessel or headboat, the bag limit is 0.

*    *    *    *    *

[FR Doc. 99–22760 Filed 8–27–99; 4:44 pm]

BILLING CODE 3510–22–F

Case 2:00-cv-00028   Document 57   Filed in TXSD on 06/09/2000   Page 5 of 32



*Figure 2. Frequency distribution of harvested red snapper by mode and year for the Gulf of Mexico.*

6

0264

In the second set of analyses, Schirripa and Legault (1997) fixed the total yield landed by the commercial and recreational fisheries. Under this assumption, the SPR increased or decreased relative to the no minimum size regulation depending upon the selectivity pattern used and a stable TAC.

A total of twenty eight different management scenarios were simulated using a length-based model (Goodyear 1989). Assumptions for the simulations were: a natural mortality schedule (M=0.5 for age 0 , M=0.3 for age 1, and M=0.1 for age 2 and older); that reductions in shrimp bycatch mortality are relative to the 1984—1989 average mortality; and that future recruitment would be computed from a Beverton-Holt stock-recruitment curve with parameters alpha = 4.076E-03, and beta = 1.736E-11. Variables examined in the simulations included variations in bycatch reduction, minimum size for commercial and recreational fishery, and managed fishing mortality.

These most recent analyses of increasing the minimum size of red snapper from 15 to 16 inches TL for either the recreational or both the recreational and commercial fisheries did not result in an increase in SPR in the year 2019. This is because fish that were being caught were being killed, thus contributing to fishing mortality, but not being counted towards the yield. As minimum size increased, the portion of the stock that was eligible to contribute to the yield decreased; consequently, fishermen had to fish harder to produce the same yield. This increase in effort in turn resulted in more fish being released and encountering release mortality.

**Economic Impacts**: An increase in the minimum size limit for red snapper may be expected to negatively impact both commercial and recreational users in the short run. These impacts would differ between the two sectors and even within each sector. The effects would be determined mainly by catch rate characteristics in each sector and the way each sector conducts its operations under existing regulations.

In the 1990's, the recreational fishery had two increases in the minimum size limit: from 13 to 14 inches TL in 1994 and from 14 to 15 inches TL in 1995. Both minimum size limit increases had effects on the size distribution of catches, although some undersized fish were still landed. Based on MRFSS data only (Holiman, 1997), landings below the legal size limit were 3.76 percent in 1993, 7.13 percent in 1994, 16.61 percent in 1995, and 9.54 percent in 1996. More instructive perhaps in determining the impacts of a minimum size limit increase is the percentage of landings in the size classes that were directly affected by the minimum size limit increases. In 1993, about 15.83 percent of landings were between 13 and 14 inches TL. This level dropped to 5.26 percent in 1994 when the minimum size limit was increased. In 1994, landings between 14 and 15 inches TL were about 11.54 percent. This value increased to 13.77 percent in 1995 when the minimum size limit was further increased, but subsequently decreased to 6.65 percent in 1996. This observation could be partly indicative of a lag in anglers' response to changes in regulations. Coincident with increases in the minimum size limit were the reductions in overall landings of recreationally caught fish from their peak in 1993, although one may note the possible effects of the bag limit reduction in 1995 from 7 to 5 fish per person. To some extent, some adjustments might have been made in 1997 that pushed

1027

<u>Biological Impacts:</u>  The success of the red snapper recovery program is dependent upon implementation of bycatch reduction regulations on the shrimp trawl fishery, and the level of bycatch reduction that is actually attained.  At TACs below the proposed alternative (Rejected Alternative 1), there would be only a modest impact on the speed of recovery; however, a lower TAC would require a reduction in recreational harvest resulting in the quota closure occurring at a much earlier date.

Under a 6 million pound TAC, the 1998 recreational quota closure could occur as early as mid-August, and even earlier under lower TACs (Holiman 1998).  According to data in the 1995 red snapper stock assessment (Goodyear 1995), age-3 red snapper being recruited into the harvestable size range reach a mean size of 15 inches during June.  However, there is variation in the size of age-3 fish above and below this mean.  If most of the recreational fishing occurs in the months before the age-3 fish have been recruited into the harvestable fishery, it is possible that an early quota closure will cause fishermen to selectively harvest the faster growing fish within this age-class, leaving the slower growing fish to survive and reproduce.  Goodyear (1995) demonstrated that growth rate selectivity is possible when size limits are part of a management program, and warned that, if individual growth is a heritable trait, then strong selection for slower growing parents would have ominous implications for the future productivity of the stock.  This growth rate selectivity could also be a consequence of the commercial red snapper "derby" fishery, but is less likely to be affected by the commercial fishery than by the recreational.  The commercial harvest is spread out over time by a split season.  In addition, the commercial fishery is less heavily concentrated on smaller fish.  In 1993, red snapper measuring 15 inches or less constituted 28% of the commercial harvest vs 45% of the recreational harvest (Goodyear 1994).

By spreading harvest out over a longer time period, a reduced bag limit could reduce the potential for the theoretical growth rate selectivity described above.  A reduced bag limit may, however, encourage high-grading by recreational fishermen who continue fishing after they have filled their bag limit, discarding the smaller fish and returning with only the largest fish of their catch.

Economic Impacts

There are two major actions considered in this amendment, namely, TAC setting and recreational bag limits.  The first proposed action is to retain the 9.12 million pound TAC for the 1998 fishing season; the corresponding rejected alternative is to set the TAC at a lower level, e.g., 6.0 million pounds.  Regarding recreational bag limits, the proposed action is to retain the 5-fish bag limit for all anglers, except for captain and crew of for-hire vessels for whom a zero bag limit is proposed.  The corresponding rejected alternative is to lower the bag limits for all recreational anglers.  Considering the fact that the proposed alternatives, except for the zero bag limits for captain and crew of for-hire vessels, would maintain the status quo, the proceeding analysis attempts to depict the likely effects of the rejected alternatives using the proposed alternatives as benchmarks.

**Short-run Impacts on the Commercial Sector**

The commercial fishery for red snapper has been managed from 1990 to the present with quotas set at 51% of TAC and seasonal closures upon reaching each year's quota.  The season was first closed in August of 1991.  The result since then has been derby-like fishing conditions in which fishermen are compelled to harvest fish as quickly as possible to maximize their shares of the overall quota before the season is closed.  Seasons have become shorter despite implementation of trip limits and larger minimum size limits.  Dockside prices have also fallen to enable the market to absorb the large volume of fish that

28

1007

on September 15, and reopened on October 1 through October 6 for a total of 18 fishing days. The 1998 fishing year opened on February 1 under a 15 day open - 15 day closed procedure with the commercial allocation being be split by season, similar to 1996 and 1997.  The February 1 season closed on April 13 after only 40 actual fishing days under a 3.06 million pound allocation. Although the NMFS initially released only a 3.06 million pound portion for the year under a 6.0 million pound TAC, in August 1998 the remaining portion of the recommended 9.12 million pound TAC was approved, and the season reopened on September 1.  The 1998 season closed on October 15; however, it would probably have closed sooner if not for poor weather conditions.  Table 1 shows the commercial harvest, quota, and percentage over/under the commercial allocation for 1990 through 1997.

Recreational Fishery:  Recreational red snapper harvest allocations since 1991 have been set at 49 percent of the TAC, or 1.96 million pounds in 1991 and 1992, 2.94 million pounds for 1993 through 1995 and 4.47 million pounds for 1996, 1997, and 1998.  Actual recreational harvests in pounds of red snapper have exceeded the allocation in every year, except 1996.  With the passage of the SFA in 1996, the recreational fishery was closed in 1997 and 1998 when this sector was projected to have reached its share of TAC.  Table 2 shows the harvest, quota, and percentage over/under the recreational allocation for 1990 through 1997.

## Optimum Yield

The current statement of Optimum Yield (OY) for the reef fish complex (including red snapper) is as follows:

> *The primary objective and definition of Optimum Yield (OY) for the Reef Fish Fishery Management Plan is to stabilize long-term population levels of all reef fish species by establishing a certain survival rate of biomass into the stock of spawning age to achieve at least a 20 percent spawning potential ratio (SPR).*

## Definition of Overfishing

The following is the definition of overfishing contained in Amendment 1 of the Reef Fish Fishery Management Plan (FMP).

1.  *A reef fish stock or stock complex is __overfished__ when it is below the level of 20 percent SPR.*

2.  *When a reef fish stock or stock complex is overfished, __overfishing__ is defined as harvesting at a rate that is not consistent with a program that has been established to rebuild the stock or stock complex to the 20 percent static SPR level.*

7

1104

CMSPDF - www.texisi.com

3. *When a reef fish stock or stock complex is not overfished, <u>overfishing</u> is defined as a harvesting rate that, if continued, would lead to a state of the stock or stock complex that would not at least allow a harvest of OY on a continuing basis.*

### Status of the Red Snapper Stock

The red snapper stock in the Gulf of Mexico is considered to be seriously overfished with the most current estimate of transitional SPR at about 0.53 percent (as compared to the overfished threshold of 20 percent SPR) (Schirripa 1998). When the RFSAP used a natural mortality (M) value of 0.2, the SPR estimate was about 4 percent. Based on additional information, the RFSAP concluded that the best estimate of M was 0.1, which caused the numerical estimate of SPR to decline to 0.4 percent, and the rebuilding period to extend to 2019 (from 2010), based on the Goodyear (1995) analysis (GMFMC 1995).

Although current estimates of SPR are low, other indicators of the relative health of the stock have shown an increasing trend. Indices of recruitment based on abundance of age 0 and age 1 fish from 1972 to 1997 showed the lowest level in 1987. However, since 1990 these estimates have been above average for 6 of the last 8 years, and Schirripa (1998a) reported that 1995, 1996, and 1997 estimates were high compared to most years since 1982. . Goodyear (1997) also found juvenile red snapper at sampling stations during 1996 where they had previously not been observed, indicating an expansion in range. Schirripa (1998a) found similar results during 1997 sampling. He also noted a relatively low mean weight and a high numerical abundance during the 1997 sampling, indicative of a relatively strong year class in 1997.

Catch per unit effort estimates (CPUE) for the recreational fishery, private/rental mode, as reported by Schirripa (1998a) from the Marine Recreational Fisheries Statistics Survey (MRFSS) data, indicated a level to slightly downward trend since 1992. Data from the charterboat mode, however, showed catch per hour more than doubling since 1994. Schirripa (1998a) explained that potential variation in these results from these data could be related to differences in targeting between the two groups and the possibility that charterboats can more consistently locate red snapper.

Amendment 9 to the Shrimp FMP (GMFMC 1997a) required the use of bycatch reduction devices (BRDs) in shrimp trawls used in the Exclusive Economic Zone (EEZ) for the entire northern Gulf of Mexico from Cape San Blas, Florida to Brownsville, Texas. This amendment was implemented on May 14, 1998, and its purpose was to reduce the fishing mortality rate on juvenile red snapper (age 0 and age 1) by a minimum of 44 percent from the 1984-89 average. Previous studies have shown that currently permitted BRDs are capable of achieving this level of bycatch reduction or more (Watson et al. 1997). Preliminary results of a study by NMFS in the summer of 1998 showed an average, overall reduction of 24 percent (the observed average was 33 percent, absent extra mortality factors). This level of bycatch reduction is probably low and not representative of the performance of the shrimp fleet because 70 to 80 percent of the

8

1105

basis that the commercial fishery is usually conducted in deeper waters using hydraulically or electrically assisted bandit gear with multiple hooks that retrieve fish much faster than ordinary, hand-cranked hook-and-line gear. The nature of this fishery causes increased incidences of embolisms and other fishing-related mortality. In discussion, the Council also noted that the release mortality for the recreational fishery is probably much higher than the 20 percent level currently being used in analyses. Alternatives for reduced minimum size limits were removed from the SFA Generic Amendment because the Council believed that it was imperative that the issue be addressed through the framework procedure for implementation in 1999. The Council subsequently recommended that the 14-inch TL minimum size limit be implemented for the upcoming fishing year.

Figure 9 of Schirripa and Legault (1997) showed a substantial increase in the percentage of released red snapper by the recreational sector from about 1987 to 1996. They also noted a very significant increase in 1990 with the implementation of the 13-inch TL minimum size limit. Subsequent increases to 14 inches TL in 1994 and to 15 inches TL in 1995 have resulted in an average annual release percentage for the period 1990 through 1997 of nearly 53 percent, and the 1997 level was the highest on record at 62 percent. Observer studies (Goodyear 1995) indicated that in 1995 the commercial sector was discarding about 41 percent of their catch.

Very little, if any, improvement in the status of the red snapper stock has been seen in stock assessment analyses since 1990 as measured by transitional SPR. One probable reason for a lack of observed positive effects of minimum-size-limit increases and the likelihood that they may be negatively affecting the stocks is that as the minimum size limit increased, the stocks had to be fished harder to achieve the same yield, resulting in even higher release mortality. The Council believes that this phenomenon has been occurring in both the commercial and recreational fisheries for red snapper, particularly since the minimum size limit was increased to 15 inches TL.

In public testimony, numerous recreational fishermen and charterboat operators indicated that they were killing large numbers of undersized fish in order to get a bag limit of legal-sized red snapper. They believed that a lower minimum size limit of 13 to 14 inches TL would result in anglers keeping many fish that they are presently required to discard, resulting in an overall reduction in mortality. Most also testified that they were able to capture their bag limit. Based on this recent and previous public testimony and the biological impact analyses, there is little, if any, biological benefit from a 15-inch TL minimum size limit as opposed to a 14-inch TL limit, and there is a strong potential that this increase has negatively impacted the recovery of the red snapper stock through increased release mortality. Consequently, the Council believes that a reduction in the minimum size limit is appropriate to avoid potential negative impacts to the recovery of the red snapper stock and to ameliorate the current negative social and economic impacts of this regulation. Additionally, the Council believes that it is imperative that this action be taken in combination with the other requested actions in this regulatory amendment in order to effectively manage the recreational sector of this fishery, and that they be implemented as soon as possible.

28

1125

Dr. Kemmerer supported Mr. Atran's analysis, stating that the MRFSS estimates for 1996-97 indicated the number of fish released by recreational fishermen was about 60 percent.

Dr. Claverie asked whether Mr. Atran's analysis covered trips where red snapper were being targeted and also trips where red snapper were caught, but not targeted. Mr. Atran replied that he believed the 1995 data had included all trips in which red snapper were caught.

Mr. Atran advised that, strangely, as the size limit increased, yield per recruit (YPR) escalated very slightly, and SPR decreased. The data seemed to indicate that, at any of the release mortalities, the highest SPR was achieved in the target year without a minimum size limit. This was also predicated on fishing at the $F_{max}$ rate that, for 1999, would be a 1.8 MP TAC. He stated that he did not know if this would remain true at the present fishing mortality rates with a 9.12 MP TAC, but it seemed as though there might be some rationale for having no size limit. However, this might have to be combined with a lower TAC in order to achieve favorable results.

Mr. Williams questioned the graph that seemed to show, simultaneously, a higher release mortality paired with a higher SPR. This seemed unlikely. Mr. Atran agreed that some of the 1995 data were odd.

Mr. McLemore emphasized that it was necessary to ensure that management measures were consistent with the rebuilding program, based on the best available information. He cautioned that adopting a different minimum size limit for each sector of the fishery could cause questions to be raised concerning fairness and equity. He asked what was the rationale for this type of action. Mr. Osburn commented that they had not finished with this issue yet.

Mr. Perret spoke in favor of the motion, stating that public testimony and Dr. Shipp's rationale were both convincing.

Dr Coleman expressed concern that it was unknown whether everyone was catching their bag limit of red snapper. It was possible that the mortality rate would be increased by reducing the minimum size limit. She recommended waiting until a more complete analysis was available.

Dr. Shipp maintained that the 13-inch recreational minimum size limit was a positive conservation measure. He noted that the red snapper trips he had observed showed that the bag limit was filled with fish from 15- to 20 inches in length. If part of the bag limit could be filled by 13-inch fish and reduce the mortality in the process, it would have a positive effect on the fishery. People would probably continue to target larger fish; but if they kept the 13- to 14-inch fish that were "gut-hooked" or "gill-hooked" and were certain to die, they could include these fish in their bag limit.

33

2191

Mr. Minton commented that data on this topic had been presented to the SEP in the form of summary data for the Gulf of Mexico red snapper recreational fishery, and were compiled by Dr. Steve Holliman in October 1998. In the MRFSS data, there were three different types of catch: (a) killed; (b1) caught and killed, but not seen and, (b2) released. Total catch for 1997 was 2.955 million fish and the total released was 1.838 million fish, or 62 percent of the total caught. Table 23 of this analysis discussed the cumulative catch curves. Presently, in this fishery, 77 percent of the persons participating in the fishery were catching 4 or fewer fish.

Dr. Coleman **moved** to table the motion until the first order of business on the following day.

**Motion** to table **carried** by a vote of 13 to 4.

**MEETING RECESSED AT 5:45 P.M. TO BE RECONVENED AT 8:00 A.M. ON NOVEMBER 12, 1998.**

Mr Osburn called the meeting back to order at 8:00 a.m., November 12, 1998.

**Motion**: To reduce the minimum size limit to 13 inches TL for the recreational sector.

Ms. Williams offered a **substitute motion** to reduce the minimum size limit for red snapper to 14 inches TL for both the recreational and commercial sectors and to adopt a zero bag limit for captain and crew on for-hire vessels. She stated that her rationale was that a 14-inch minimum size limit would reduce the discard mortality and the zero bag limit would possibly extend the season for an additional 2 weeks.

Dr. Coleman recommended postponing this issue until the January 1999 Council meeting. She pointed out that a presentation was scheduled for that meeting on the status of bycatch reduction and there would still be time to make a decision before the season opened in February or March. She contended that reducing the bycatch by a certain proportion could result in increased mortality in the number of individual fish. Mr. Swingle noted that if action was not taken at the present meeting implementation could not take place by January 1999, but would be delayed until late March. The present regulations would remain in effect with the recreational season opening on January 1, 1999, including a 5-fish bag limit and 15-inch minimum size limit. Dr. Coleman maintained that if it was decided at this meeting to change the season to begin in February or March it was still possible to postpone making bag limit and size limit changes until the January meeting.

Dr. Claverie spoke against the substitute motion, stating that he supported the 15-inch minimum size limit and he did not believe it was appropriate to take the bag limit from the captain and crew because this could have a serious economic impact on small vessels.

34

2192

Mr. Jernigan asked Mr. Atran what was the effect on the length of the fishing season of reducing the minimum size limit to 13 inches and 14 inches, respectively. Mr. Atran responded that the quota was estimated to be filled more quickly by implementing either of these size limits. According to his calculations, the 14-inch minimum size limit would produce a 19 percent increase in the rate of harvest, and the 13-inch minimum size limit would create a 7 percent increase. Mr. Swingle asked what was the weight of a 13-inch red snapper. Mr. Atran replied that a 13-inch fish weighed an average of 1.1 pounds.

Mr. King spoke in favor of the substitute motion, noting that both recreational and commercial fishermen had testified that the Gulf red snapper were abundant. Further, charterboat captains had stated that they were willing to give up their bag limit in order to extend the season.

Mr. Minton supported the substitute motion. He noted that he had initially been concerned that double-tripping might occur due to the biomass build-up in inshore waters. He recognized the need to minimize waste of the resource. He quoted from the MRFSS document that stated the total catch (all fish taken aboard) was 2.955 million fish and the total release was 1.8 million fish, or about 62 percent of the fish that were presently being caught. Currently, the red snapper mortality rate for the recreational sector was estimated to be 20 percent. Fishermen would be required to keep the first 4 fish they caught that measured 14 inches or more.

Mr. Osburn asked Dr. Kemmerer whether the NMFS model would relate a size limit reduction to a decrease in red snapper mortality. Dr. Kemmerer responded affirmatively.

Mr. Simpson generally supported Mr. Minton's comments, but did not believe that the 3 percent gain, that was estimated to accrue should the zero bag limit for captain and crew be adopted, was not worth taking the right to a bag limit from these individuals.



Dr. Shipp stated that action should be taken as soon as possible in order to allow the fishermen time to make plans. He supported the substitute motion, though he would prefer a 13-inch minimum size limit.

Dr. Kemmerer noted that the stock assessment stated that the average weight of red snapper landed over the past few years remained relatively constant; but in 1997, it showed a slight decline, followed by another slight decline in 1998. The average size of the fish that were caught was 3.3 pounds. It was known that about 62 percent of recreationally-caught fish were released, most because they were undersize. He referenced a report by Dr. Schirripa entitled The Recreational Red Snapper Fishery of the Gulf of Mexico: Management Options for the 1999 season that had been distributed as a handout. He also made reference to the Report of the Socioeconomic Panel Meeting on Reef Fish (Tab B, No. 5) as containing important information on red snapper. He noted that, in 1997, 8 percent of the catch was in excess of the bag limit; most of this was associated with the charterboat fleet. The

35

to the next regarding trips and limits. He stated that the data seemed to indicate that the recovery target was unrealistic, with the goal being 4 billion pounds of red snapper. He stated that the 10-year average bycatch was 34 million fish per year, with the 10-year average recreational catch at 1.4 million fish per year. He stated that the directed fishery was being crippled in order to increase the number of fish that could become bycatch. He felt that there must be a method that would help this problem, while not punishing the directed fishery. He had no faith in computer-generated models, noting that the computer models had not accurately predicted any scenarios yet. He stated that when the National Oceanic and Atmospheric Administration's (NOAA) attorney spoke as much as any Council member at a meeting, it indicated that the fishery was being regulated and not managed. He recalled that Dr. Kenchington stated that the National Marine Fisheries Service (NMFS) was regulating the fishery to meet a legislative and not a biological goal. He felt that this philosophy was killing the very user groups it was designed to protect. He stated that more data needed to be gathered regarding the impacts of retention of catch by the captain and crew. He did not believe that the captain and crew retaining their limits would result in only a 3 to 5 day change in the season. He did not feel it was fair to take the captain and crew bag limit away in order to achieve a 3 to 5 day extension of the season.

Mr. Aparicio asked what release mortality Mr. Schroeder and his crew observed before the 18-inch minimum size limit was implemented and after implementation. Mr. Schroeder responded that it was probably more than 20 percent before implementation, and after implementation around 60 percent, as indicated by an observer on-board his vessel.

Mr. King asked how many fish Mr. Schroeder and his crew kept in relation to released. Mr. Schroeder responded that at the 15-inch minimum size limit, 2.5 fish were kept per person per trip.

Benny Gallaway, Bryan, Texas, represented the Texas Shrimp Association and the LGL Ecological Research Association, Inc. Dr. Gallaway read a statement (see Attachment 2).

Mr. Williams asked Dr. Gallaway if $F_{MER}$ was adopted as the goal, what would be required of the shrimp fishery. Dr. Gallaway responded that it would depend on TAC. Mr. Williams asked that to achieve the 953 MP stock size at $F_{MER}$, with a yield of 144 MP, what requirements would be made of the shrimpers. Dr. Gallaway responded that nothing would be required of the shrimpers.

Mr. King asked if Dr. Gallaway had any information regarding juvenile fish being caught while they were on structures where trawls could not catch them. Dr. Gallaway responded that in the late 1970s, his research association performed a several year study off the Texas coast in an active oil and gas field, and stated that a massive influx of age 1 fish had been observed. He stated that these fish were recruited around these structures in late Summer, i.e., July and August. He stated that as many 7,000 age 1 fish had been sampled coming into the platforms. He added that a study by Dr. Workman of NMFS and some other studies had shown the timing

3047

the fishermen on welfare. She found this idea to be ludicrous. Ms. Baker responded that the fishermen also fished for other species while out on trips and believed that the fishermen could combine the species to obtain economical catches. She pointed out that fishermen caught red snapper during the closed season for red snapper, thus creating high mortality. She stated that this system would help eliminate the derby fishery. Ms. Williams stated that May, June, and July were the only months that the fishermen caught beeliners.

Greg Abrams, Panama City, Florida, represented Greg Abrams Seafood. Mr. Abrams also praised the stakeholders meeting in New Orleans. He stated that restaurants preferred a 14-inch and larger fish. He stated that he would prefer the commercial season begin February 1, with 10-day lengths. He stated that the 2 months that were preferable for closing were May or August and September.

Ms. Williams asked if Mr. Abrams could survive on 2 trips per month. Mr. Abrams responded that 2 trips would not even cover expenses.

Mr. Fischer asked why Mr. Abrams preferred an August-September closure. Mr. Abrams responded that during this time family pressures were greater due to school beginning.

Mr. Basco asked why the 14-inch fish was preferred and by whom. Mr. Abrams responded that the wholesalers and restaurants preferred 14-inch and over. He added that many people enjoyed grilling whole snapper, which traditionally began with 1 ½ pound snapper. He added that his fishermen continually reported catching 14 and 14 ½ inch red snapper, but had to throw them back because they were illegal; he felt this defeated the purpose of reducing bycatch. Mr. Basco asked if Mr. Abrams bought and sold imported fish. Mr. Abrams responded that he did buy and sell imports during closed seasons, but added that he had been told by customers that if he could get the customers a 20-day supply then they would be able to quit buying the imported fish.

Mr. Osburn asked what depths Mr. Abrams 11 vessels fished. Mr. Abrams responded 150 to 250 feet.

Russell Underwood, Lynn Haven, Florida, a vessel owner, represented Fishing for America. Mr. Underwood recommended a 12 MP TAC, and for the commercial snapper fishery a 14-inch minimum size limit, as well as a 10-day season starting February 1 for the commercial sector. He suggested giving 2/3 of the quota to the Spring season, with the remainder opening in the Fall. He recommended an April 1 to November 1 season for the recreational sector, with a 14-inch minimum size limit. He asked that the Council reconsider the captain and crew bag limit, adding that he did not believe that the fish kept were that significant and that these fish would help the businesses by allowing the captain to give customers extra fish. He stated that there was a bycatch problem. He stated that all of the fishermen he had spoken with had indicated that the 18-inch minimum size limit had a very negative biological impact on the fishery. He

Bob Shipp felt that there was dramatic progress being made with the science associated with stock assessment. The current biomass estimates for a recovered stock were unrealistic, and he felt that it is important to maintain stability until further improvements in the assessment revealed better where the stock was going.

The committee discussed setting TAC for more than one year at a time. Mike McLemore felt that the intent of maintaining the TAC for more than one year could be stated, but the Council was obligated under the framework procedure to have an annual review. Wayne Swingle noted that reef fish assessment review periods had been as long as three years, and the framework procedure contained the language, "at such other time as agreed upon by the Council and the Regional Administrator"(RA). Mike McLemore responded that he would review the framework language and Council actions to see if there was a precedent. Dr. Hogarth expressed concern about setting TAC for more than one year because the SFA amendments had to be considered and may require that TAC be reduced.

On behalf of the committee, Mr. Minton **moved** that the red snapper TAC be 9.12 million pounds (status quo) for the next two years, pending an annual review of the assessment.

Dr. Hogarth stated that the stock was overfished and bycatch reduction must be addressed, but he would support this motion.

Mr. King noted that he would probably support this motion; he expressed the hope that NMFS would give credence to evidence that the red snapper stock was rebuilding. He believed that shrimp bycatch did not impact this fishery to the extent shown in the model.

Dr. Claverie **offered** an **editorial change** to add "each year" after "(status quo)". This was accepted by the Council.

Mr. Williams expressed concern regarding the Texas Shrimp Association's (TSA) statement that they planned to take legal action against the Council if they should set a red snapper TAC above 6 million pounds (MP). He felt that action should be taken by the Council to try to achieve a higher shrimp trawl bycatch reduction. He asked for an opinion by legal Counsel on whether a 9.12 MP TAC could be defended. Mr. McLemore responded that there was some risk in maintaining the 9.12 MP TAC because for the past few years reports had indicated that the overall fishing mortality must be reduced, and not only bycatch, but by the directed fishery.

Ms. Williams commented that Dr. Nichols had stated that he had asked the RFSAP to run different scenarios on different levels of bycatch reduction and they did not do this. Mr. McLemore remarked that the report indicated they had run calculations for a 40 percent and a

32

3071



OCT 27 1999

GULF FISHERIES COUNCIL



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
Southeast Regional Office
9721 Executive Center Drive N.
St. Petersburg, FL 33702
(727) 570-5305; FAX (727) 570-5583

OCT 25 1999

F/SER23:GC
SER99-279

Copy C + TJ

Dr. Maumus F. Claverie, Jr.
830 Union Street, 3rd Floor
New Orleans, Louisiana 70112

Dear Maumus:

Thank you for your letter regarding the red snapper bag limit for captain and crew of for-hire vessels.

I approved the Gulf Council's request for a zero-fish bag limit for captain and crew, despite the Council's subsequent request for disapproval, because this measure will reduce catch rates of an overfished stock and lengthen the recreational season without exceeding the quota. The Council contended that the zero-fish bag limit for captain and crew was explicitly linked with its proposal for a 4-fish bag limit and a 14-inch minimum size limit. The intent of these combined measures was to lengthen the recreational season. In its June 30, 1999, request that NMFS disapprove this measure, the Council stated that because NMFS disapproved the 14-inch minimum size limit, approval of the zero-fish bag limit for captain and crew would be inconsistent with its original intent. However, NMFS analyses suggest that a zero-fish bag limit for captain and crew reduces catch rates by about 3 percent. Thus, this measure along with the 4-fish bag limit, is expected to lengthen the red snapper recreational season substantially and increase economic benefits to both anglers and for-hire vessels.

Regarding your comments on national standard 4, please note that it is the responsibility of the Secretary of Commerce to review regulations to determine whether they are consistent with the fishery management plan, plan amendment, the provisions of the Magnuson-Stevens Fisheries Conservation and Management Act including the national standards, and any other applicable law (Sec. 304(b)). Based on the guidance of 50 CFR 600.325, we found no inconsistency between the Council's proposal to eliminate the bag limit for captain and crew and national standard 4 , or any other national standard or applicable law.

3513



2

I would be happy to discuss our red snapper decisions with you at any time.  Thank you for your interest in this matter.

Sincerely,

*Bill*

William T. Hogarth, Ph.D.
Regional Administrator

cc: GMFMC-Swingle

3514

November 12, 1999

_____
_____
_____

Dr. William Hogarth
Regional Administrator, Southeast Region
NMFS
9721 Executive Center Drive N.
St. Petersburg, FL 33702

Dear Dr. Hogarth:

I respectfully request your expeditious approval of the proposed regulatory measures that were approved by the Gulf of Mexico Fishery Management Council (GMFMC) at their meeting on November 11,1999. These measures include the following and must be approved in time to be implemented by January 1, 2000.

1: Setting the red snapper TAC at 9.12 million pounds for two years with a pending review at the end of each year.

2: The red snapper recreational bag limit be set at four (4) fish and the size limit set at 16". The recreational season will be April 15 through October 31, 2000.

3: Include captain and crew bag limit in recreational bag limit.

4: Encourage the recreational red snapper sector to use circle hooks as this may become a management tool in the future.

5: Develop a plan amendment to explore options to achieve at least 60 percent bycatch mortality reduction in the shrimp fishery.

6: If retention of the captain and crew bag limit is approved, give the RA authority to adjust the firm dates that were voted on to open and close the recreational red snapper fishery.

7: Authorize RA to adjust the recreational open and close dates, if necessary, due to reinstating captain and crew bag limit.

It is imperative that these measures be approved to insure the social and economic health of my fishing community. The recreational red snapper fishery is important to my family, my community and me. By establishing a recreational season of April 15 through October 31, you assure the most social and economic benefits to the fisherman of the Gulf of Mexico. This was demonstrated by the public commit at the GMFMC meeting on November 10,1999.

3555

It is extremely important that you approve the provision to reinstate the captain and crew bag limit in the for-hire fishery. As was clearly stated during public testimony on November 10,1999, the captain and crew bag limit is necessary in the for hire fishery to provide customer satisfaction. At this time it is impossible for the National Marine Fisheries Service (NMFS) to give an accurate, positive, or negative impact for the captain and crew bag limit. Until the NMFS is able to determine the actual impact of the captain and crew bag limit on fisheries, the captain and crew bag limit should be reinstated.

In order to maintain a four fish bag limit, 16 inch size limit, April 15 through October 31 recreational fishing season, I highly recommend the approval of the 9.12 million pound TAC. It is essential that trawl bycatch mortality reduction levels up to 60% be achieved to maintain the 9.12 million pound TAC. All of the listed proposed measures must be approved. Please contact me if you have any questions.

Sincerely,


Cc:    file
       Honorable William M. Daley, Secretary of Commerce
       Terry D. Garcia, Assistant Secretary for Oceans and Atmosphere
       Penny Dalton, NOAA Assistant Administrator for Fisheries
       Gary Matlock, Director of Sustainable Fisheries
       Sebastian O'Kelly, Fisheries Ombudsman
       Dr. Bob Shipp, Chairman, Gulf of Mexico Fishery Management Council
       Hon. Trent Lott, President, U.S. Senate      The Hon. J. Dennis Hastert, Speaker
       Hon. Thad Cochran                               U.S. House of Representatives
       Hon. John McCain                             The Hon. Don Young
       Hon. Ernest Hollings                         The Hon. George Miller
       Hon. Kay Bailey Hutchison                    The Hon. Solomon Ortiz
       Hon. Phil Gramm                              The Hon. Kevin Brady
       Hon. John Breaux                             The Hon. William Thornberry
       Hon. Mary Landrieu                           The Hon. Billy Tauzin
       Hon. Bob Graham                              The Hon. Porter J. Goss
       Hon. Connie Mack                             The Hon. Jim Saxton
       Hon. Richard Shelby                          The Hon. Wayne Gilchrest
       Hon. Jeff Sessions                           The Hon. Eni Faleomavaega
       Hon. Ted Stevens                             The Hon. Walter Jones, Jr.
       Hon. Olympia Snow                            The Hon. Sonny Callahan
       Hon. Slade Gorton                            The Hon. Thomas Delay
       Hon. John Kerry                              The Hon. Ron Paul
       Hon. Daniel Inouye                           The Hon. Gene Taylor
       Hon. Sam Brownback                           The Hon. Bruce Vento
       Hon. Wendall Ford                            The Hon. Christopher John
       Hon. John Ashcroft                           The Hon. Frank Pallone
       Hon. John Rockefeller                        The Hon. Neil Abercrombie

3556

Copy C + T

## Anne Alford

**From:** Chris Smith [Chris.Smith@noaa.gov]
**Sent:** Wednesday, December 01, 1999 9:26 AM
**To:** Robert Mahood; Wayne Swingle; Bud Cross; Don Hoss; Larry Simpson; Marla Trollan;
barnettd@sad02.sad.usace.army.mil; Becky.Shortland@noaa.gov; blupier@aol.com;
Crain.Beth@epamail.epa.gov; DBrooks@grftc.uscg.mil; doug.kelly@worldpub.net;
JPatton@D8.uscg.mil; macbear2@juno.com; MBooth-Miller@d7.uscg.mil; Molymarlin@aol.com;
noreen_clough@mail.dnr.state.ga.us; RLaBrec@d7.uscg.mil; RLydecker@boatus.com;
rvminton.amrdgs@gulftel.com; shannon.tompkins@chron.com; susan_white@fws.gov;
wxshay@hotmail.com; Roy Crabtree; William Hogarth; Carol Ballew; James Weaver; Brad Brown;
Herb Kumpf; Scott Nichols; AddressListTooLong-Suppressed
**Cc:** Dan Furlong; Gordon J. Helm; Gene Proulx
**Subject:** Wall Street Jour.-Red Snapper size/season debate rages on

WALL STREET JOURNAL

November 24, 1999

Group Joins Effort to End Snapper Limits

By Rafer Guzman

Some environmentalists are bucking conventional wisdom by joining
forces with fishermen behind a proposal for the Gulf of Mexico: End
the minimum-size restrictions on catches of red snapper.

The environmentalists argue that requiring fishermen to release red
snapper that don't meet a minimum size -- a step aimed at giving the
young a better chance to reproduce -- is not helping and may even be
hurting this overfished species.

The idea comes at a time when most discussions about preserving red
snapper are focused on increasing the minimum size allowable and on
shortening the fishing season.

Pam Baker, a biologist with the Environmental Defense Fund, a
nonprofit group in Austin, explains: Many red snapper live at depths
of 80 feet or more, she says. Bringing them to the surface causes
their air bladders to expand, often fatally, due to the change in
pressure. So, because many perish even though they're let go, she
says, requiring that smaller fish be released just means that more
fish die. "They're thrown back in the water, and they just float," she
says.

The proposal to scrap minimums was made earlier this month by the
Environmental Defense Fund and independent fishermen at an Orlando,
Fla., meeting of the Gulf of Mexico Fishery Management Council, a
Tampa, Fla.-based advisory group of representatives from Gulf states
which makes recommendations to federal fisheries officials.

"It's definitely something that rocks the boat," says Kimberly Davis,
fisheries specialist with the Center for Marine Conservation, a
nonprofit in St. Petersburg, Fla.

Environmentalists usually endorse high minimums because they force

3567

12/1/99

recreational fishermen to release younger fish back into the ocean where they can reproduce. Recreational fishermen, meanwhile, sometimes resist minimums because they can mean going home empty-handed.

Minimum sizes for red snapper have increased in recent years. In the federal waters of the Gulf, the minimum was raised to 18 inches this year, up from 15 inches.

But environmentalists say that other regulations in the Gulf make the minimum-size rule counterproductive. Red snapper season in the Gulf, which changes from year to year, closes once 9.2 million pounds of the fish have been caught. So, the larger the minimum size is, the longer the fishing season becomes, since fishermen have a more difficult time catching legal-size fish.

In federal Gulf waters, raising the size limit to 18 inches has meant fishermen are forced to throw back more dead fish, says Ms. Baker, "because it was harder to find 18-inch fish. They'd pull up a 17-inch fish, which used to be a keeper, but now it's a regulatory discard."

Fishermen say that's bad for business. "It bothers the recreational customers on our boats," says Mike Nugent, owner of South Bay Bait & Charters in Aransas Pass. "They see these fish floating behind the boat, and they just can't understand why we can't keep them."

But eliminating minimums could create other problems, partly because of yet another regulation -- fishermen can keep only four snapper per trip. Currently, fish that don't meet the minimum size and are returned to the water have at least a chance of surviving. But if fishermen are told they can catch red snappers of any size, as long as they stop at four, some will be tempted to throw any smaller ones back whenever a bigger fish is caught. And the longer a fish is held, the more likely it is to die.

It's an illegal practice called "high-grading," and ending the minimum-size restriction may only encourage it, says Bob Jones, executive director of Southeastern Fisheries Association, a Tallahassee, Fla.-based group of commercial and recreational fishermen.

Roy Crabtree, fishery management specialist at the National Marine Fisheries Service office in St. Petersburg, argues that red snapper deaths due to pressure change have been exaggerated, and that ending the minimum-size requirement would simply help more recreational fishermen reach their four-fish quota, further depleting the snapper population.

Mr. Crabtree argues that average mortality rates for red snapper in the Gulf aren't as high as some fishermen say. "The best scientific information we have indicates that in the recreational fishery, 20% of the fish released die," he says.

The rate will be higher in deeper waters, he says, which probably accounts for some fishermen's perception that most snapper die after being caught. "If someone's fishing in 300 feet of water, they may see a higher mortality rate than someone who's fishing in 40 feet of water," he says. "But from what we know about the Gulf-wide fishing effort across all depths," he says, 20% mortality is "appropriate."

Ms. Baker at the Environmental Defense Fund doubts those numbers. "In

3508

the recreational fishery, they say 20%, but the fishermen will tell you 80%," she says. "Most people feel it's way off."

Ed Thompson, a private yacht captain in St. Petersburg, and member of the Gulf council's red snapper advisory panel, adds that commercial fishermen likely kill almost all of the red snapper they catch. Mr. Thompson opposed eliminating size limits until recently, he says, "But now I think the mortality rate is getting too high."

It's unlikely size limits will be removed before the January opening of snapper season. The advisory council didn't vote on the proposal, and any council recommendation must be approved by the National Marine Fisheries Service. Still, environmentalists and fishermen hope to build momentum for their proposal before the Fisheries Service considers major changes to regulations in the Gulf next year.

"Throwing back dead fish is stupid," says Ms. Davis of the Center for Marine Conservation. "Everybody gets that."

Copyright c 1999 Dow Jones & Company, Inc. All Rights Reserved.

3560

case, because these larger fish weight more, a higher size limit could result in the quota being met even more quickly.

Given the above caveats and qualifications, projections were made as to approximately when the recreational quota would be met using the current simulation model (Goodyear 1989). Assuming the commercial quota for 1999 is set at the current 4.65 million pounds and the recreational fishery is not closed, and assuming the recreational bag limit remains at 4 fish-per-person and a 15 inch minimum size with a 20 percent release mortality, the projected recreational fishery landings are projected to be approximately 7.06 million pounds of red snapper (Table 1). Furthermore, the recreational fishery is projected to land 4.46 million pounds sometime before the end of September with the current 4 fish bag limit. An extrapolation of about when during September the quota will be reached can be obtained by dividing the landings for the 4 fish bag limit (Table 1) in September (0.255) by the landings for the "no closure" scenario in September (0.866); which equals 0.294, or 29.4 percent. From this it can be estimated that the recreational landings should reach 4.46 million pounds after 29.4% of the month is completed, or approximately 9 days into the month of September. Contrary to what was stated in the previous assessment (Schirripa 1998), the same procedure can not be applied to the other bag limits in Table 1. This is because changing the bag limit changes the landings for any given month in the "no closure" scenario.

Size limits of 15 to 20 inches , as well as bag limits of 2 to 5 fish per person, were examined. The results are given in Table 2. According to the projections, in order for the recreational fishery to continue in 1999 without reaching the quota before year end without lowering the bag limit, the minimum size needs to be increased to 18 inches. In order for the recreational fishery to continue in 1999 without reaching the quota before year end with the least amount of increase in the minimum size, the bag limit would need to be reduced to 2 fish per person and the minimum size increased to 16 inches.

Size limits for red snapper above 15 inches are not without precedent. Minimum size for red snapper in South Atlantic Federal waters is 20 inches for both recreational and commercial fisheries. However, minimum legal size limit tend to focus fishing mortality on the fastest growing individuals of the population. This selective mortality can eventually lead to slower overall growth rates which in turn could reduce long term yield-per-recruit (Parma and Deriso 1990; Goodyear 1995). Of further consideration is the fact that increasing the minimum size will increase the number of fish discarded dead. These fish will suffer fishing mortality but will not contribute to the realized yield.

3

Author:   Mike Justen at ~N 3-SERO
Date:     11/18/99  8:34 AM
Priority: Normal
TO: Georgia Cranmore, Roy Crabtree, James Weaver
  bject: Gulf Council Press Release: Red Snapper Rule Changes Propose

    FYI

_____ Forward Header _____
Subject: Gulf Council Press Release: Red Snapper Rule Changes Propose
Author:  gulfcouncil@gulfcouncil.org at EXTERNAL
Date:    11/17/1999 4:11 PM


GULF COUNCIL PROPOSES CHANGES TO RED SNAPPER REGULATIONS, AND
 RECOMMENDS
USE OF CIRCLE HOOKS TO REDUCE HOOKING MORTALITY

NEWS RELEASE
RELEASE:      IMMEDIATELY
CONTACT:      STEVEN ATRAN

Tampa, Florida - November 17, 1999 - The Gulf of Mexico Fishery
Management Council, at its November meeting in Orlando, Florida,
reviewed a new red snapper stock assessment prepared by the National
Marine Fisheries Service (NMFS), as well as recommendations from the
Council's Reef Fish Stock Assessment Panel, Socioeconomic Panel, and Red
Snapper Advisory Panel. The Council also listened to public testimony
from 22 individuals representing recreational fishermen, charter and
 .ad boat operators, commercial fishermen, seafood dealers, and
_onservation groups.

Based on the input received at the meeting, the Council decided to
maintain the existing red snapper total allowable catch (TAC) of 9.12
million pounds each year for the years 2000 and 2001, pending an annual
review of the assessment. This TAC is allocated between the recreational
and commercial fisheries based on the historical levels of catch during
1979-1987, with 49 percent (4.47 million pounds) allocated to the
recreational fishery and 51 percent (4.65 million pounds) to the
commercial fishery. The commercial quota is further subdivided into a
Spring sub-quota with two thirds of the allocation (3.1 million pounds)
and a Fall sub-quota with the remaining third (1.55 million pounds),
adjusted for any over or under harvest during the Spring.

The Council also proposed setting the recreational red snapper minimum
size limit at 16 inches total length. This size limit will help to slow
the harvest rate and extend the recreational season compared to the
previous 15-inch minimum size limit, while reducing the high levels of
release mortality that the Council was told occurred in some parts of
the Gulf during the temporary implementation of an 18-inch size minimum
limit in 1999.

The 4-fish recreational red snapper bag limit will be retained for 2000,
and the Council has proposed reinstating the bag limit allowance for
~aptain and crew of for-hire (charter and headboat) vessels. NMFS
 :cently approved a previous Council proposal to set a zero-fish red
snapper bag limit for captain and crew of for-hire vessels beginning in
2000 to help extend the recreational season. However, NMFS analyses
indicated that the measure will only extend the season by approximately
3 to 5 days, and the Council did not feel that the few additional

3558

fishing days justified eliminating a segment of the fishing population
from being allowed to retain their recreational catch.

The Council proposed setting a fixed recreational red snapper season for
the year 2000 of April 15 through October 31 in order to alleviate
uncertainties associated with a quota closure at an unknown future date,
reduce the possibility of overfishing, and provide recreational red
snapper fishing at a time when it will provide the greatest benefits to
all Gulf Coast fishermen. NMFS projected that these dates would result
in the recreational fishery filling its year 2000 quota under the
16-inch minimum size limit, 4-fish bag limit, and zero-fish red snapper
bag limit for captain and crew of for-hire vessels. They are subject to
revision once NMFS analyzes the impact of reinstating the bag limit for
captain and crew of for-hire vessels. However, the final opening and
closing dates will be announced prior to the opening of the 2000
recreational red snapper season.

For the commercial fishery, the Council proposed shortening the monthly
openings in the Spring season (February 1 opening) from 15 days to 10
days (noon on the 1st until noon on the 10th), the same as the monthly
openings of the Fall season. The Council also proposed opening the Fall
season on October 1 instead of September 1. Both measures are intended
to address overfishing and help sustain price stability by spreading out
the harvest in the Spring, and by opening the Fall season at a time when
fishermen can generally get better prices for their catch. The Council
also proposed retaining the 15-inch minimum red snapper size limit for
the commercial fishery, due to the probability of increased mortality of
discards from commercial gear and operations, and the use of other
methods to control harvest in the commercial sector, including monthly
openings and limited access.

The above proposals will be submitted to NMFS through a regulatory
amendment to the Reef Fish Fishery Management Plan for review, approval
and implementation. Since the NMFS review and implementation process for
regulatory amendments takes several months, the Council has requested
that those measures that must be in place by January 1, 2000 in order to
be effective for the 2000 fishing year be approved through an interim
rule.

The Council also encourages recreational and commercial fishermen to use
circle hooks when fishing for red snapper, in order to reduce hooking
mortality. The use of circle hooks is not currently required, but may be
considered as a management tool in the future.

--- Gulf Council Press Release

----------------------------------------------------------------
To subscribe to this press release list, send a blank message to
pressreleases@gulfcouncil.org with the word SUBSCRIBE as the
subject.

To unsubscribe from this press release list, send a blank message to
pressreleases@gulfcouncil.org with the word UNSUBSCRIBE as the
subject.

Visit the Gulf of Mexico Fishery Management Council web site at
http://www.gulfcouncil.org

3989

Author:  Michael McLemore ( -GC-SE
Date:    11/18/99  9:32 AM
Priority: Normal
TO: Marian Macpherson at ~GCF
 ͡: Connie J Sathre at ~GCF, Roy Crabtree at ~NMFS-SERO, Georgia Cranmore at ~NMFS-SERO,
   James Weaver at ~NMFS-SERO
Subject: Re[2]: red snapper IR listing

     Looks okay to me, but I'll be that "not significant" notation gets changed.

_____ Forward Header _____
Subject: Re[2]: red snapper IR listing
Author:  Roy Crabtree at ~NMFS-SERO
Date:    11/18/1999 8:52 AM


     So modified.


_____ Reply Separator _____
Subject: Re: red snapper IR listing
Author:  Michael McLemore at ~GC-SE
Date:    11/18/99 8:22 AM


     You should throw in a phrase about the differential release mortality
     being attributed to the fact that commercial fishers operate in deeper
     waters. On its face, it doesn't make sense that there would be a
     different release mortality for the same fish. Of course, OMB will
     grab this one anyway.


_____ Reply Separator _____
Subject: red snapper IR listing
Author:  Roy Crabtree at ~NMFS-SERO
Date:    11/17/1999 5:33 PM


     attached


3550

Author:   steven.atran@gulf uncil.org at EXTERNAL
Date:     11/22/99  2:53 PM
Priority: Normal
TO: Roy Crabtree at ~NMFS-SERO
CC: Georgia Cranmore at ~NMFS-SERO
Subject: RE: red snapper 2000 reg amendment

I doubt that the regulatory amendment will be ready before the end of
 the
month.  There is a federal holiday this week which will "gobble" up some
time.  Also, we need to finish "stuffing" it with the necessary rationale
and supporting information so that it doesn't end up being a "turkey".

Steven Atran

-----Original Message-----
From: Roy Crabtree [mailto:Roy.Crabtree@noaa.gov]
Sent: Monday, November 22, 1999 2:41 PM
To: Steven Atran
Cc: Georgia Cranmore
Subject: red snapper 2000 reg amendment


     When would you guess that we would receive the 2000 red snapper
     regulatory amendment?  Just looking for rough guess at this point.

4102

## Finding of No Significant Environmental Impact

Having reviewed the environmental assessment and the available
information relative to the proposed action, I have determined
that there will be no significant environmental impacts from the
interim rule, or fishing under this action.  Accordingly,
preparation of a supplemental environmental impact statement on
these issues is not required by section 102(2)(c) of the National
Environmental Policy Act or its implementing regulations.

_____

Assistant Administrator for Fisheries, NOAA

Date

26

4399



# Coastal Coordination Council

1700 N. Congress Avenue. Room 617 ♦ Austin. Texas 78701-1495 ♦ 512-463-5385 ♦ FAX 512-475-0680

December 10, 1999

**Chairman**

**David Dewhurst**
Texas Land Commissioner

•

**Members**

**Michael L. Williams**
ilroad Commission of Texas

r. **William H. Clayton**
Coastal Government
Representative

**John Barrett**
Agriculture Representative

**Bob Dunkin**
Coastal Resident Representative

**Jack Hunt**
Texas Water Development Board

**Robert J. Huston**
Texas Natural Resource
Conservation Commission

**Robert Nichols**
Texas Transportation Commission

**Elizabeth A. Nisbet**
Coastal Business Representative

**Waldo Smith**
Texas State Soil & Water
Conservation Board

**Mark E. Watson, Jr.**
Parks & Wildlife Commission
of Texas

•

**Janet Fatheree**
Secretary

**Lloyd Mullins**
Permitting Assistance Coordinator

Dr. William Hogarth
Regional Administrator
National Marine Fisheries Service
9721 Executive Center Drive North
St. Petersburg, Florida 33702

Re:    Proposed Rule for the Management of the Red Snapper
       Fishery

Dear Dr. Hogarth:

       The Texas Coastal Coordination Council (Council) does
not agree that the adjusted management measures for the
recreational and commercial red snapper fisheries of the Gulf of
Mexico, proposed in a letter from the Gulf of Mexico Fishery
Management Council dated November 16, 1999, are consistent to
the maximum extent practicable with the Texas Coastal
Management Program. The Council's disagreement is based on
the following reasons:

- The proposed rules conflict with the Council's goal of ensuring
  sound management of all coastal resources by allowing for
  compatible economic development and multiple human uses of
  the coastal zone. 31 TAC §501.12(2). The red snapper fishery
  is Texas' primary offshore winter recreational fishery. Closing
  the red snapper recreational season from November 1st through
  April 15th will discourage winter visitors from coming to the
  Texas coast and will severely impact Texas' coastal
  economies. The red snapper fishery supports 200,000
  sportsfishing trips annually. This includes a private boat,
  charter boat, and headboat fishery with an economic benefit to
  Texas of approximately $100 million. Furthermore, the
  proposed rules impose additional economic burdens on the
  recreational and commercial red snapper fisheries while
  ignoring an illegal harvest that takes as many, if not more, red
  snapper than are allowed during the legal season. The chief of
  NMFS law enforcement for the Gulf of Mexico recently
  characterized the illegal harvesting and marketing of red
  snapper as "an organized conspiracy."

5532

We were unable to obtain a copy of bate stamped document number 5533.

ClibPDF - www.fastio.com