IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 9 - 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| GAMFW, Inc., DBA Fisherman's Wharf and Bobby Grumbles, et. al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No: C-00-028 |
| WILLIAM M. DALEY, Secretary of Commerce, et al. ) ) | |
| Defendants. ) | |

## INDEX TO ADMINISTRATIVE RECORD DOCUMENTS CITED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's request during the hearing on June 2, 2000, on the parties' cross-motions for summary judgment in this case, Defendants hereby submit the attached index of the administrative record documents cited by defendants in their memoranda in support of their motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment. This index references the key documents relating to (1) the administrative rulemaking process involving the State of Texas, the Gulf of Mexico Fishery Management Council ("Council"), the National Marine Fisheries Service ("NMFS"), and the Secretary of Commerce; (2) fish mortality; and (3) the communications between the Council, the "stakeholders," and NMFS.

Counsel for Defendants is also submitting a computer disc containing the attached index for use by the Court.

This submission is in addition to the submission on June 2, 2000, of one volume of key administrative record documents, as requested by the Court.

1

58.

Respectfully submitted this __9th__ day of June, 2000.

_____ *
ALLISON V. AREIAS
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
601 Pennsylvania Avenue, N.W.
Suite 5000
Washington, DC 20004

Attorney-in-Charge For Defendants

\* Signed by AUSA Charles Wendlandt
at the request of Allison V. Arelias

CERTIFICATE OF SERVICE

I here by certify that a copy of this document and the attached index was mailed to Les Cassidy, Robert Hayes, and Bruce Hawn on June 9, 2000.

_____
CHARLES WENDLANDT
Assistant United States Attorney

# ADMINISTRATIVE RECORD INDEX

## Science

| | |
|---|---|
| **1988 Stock Assessment Executive Summary** | AR, Vol. 2, at 0396 (Complete 1988 stock assessment at 0393-0517) |
| **1990 Stock Assessment Executive Summary** | AR, Vol. 2, at 0521 (Complete 1990 stock assessment at 0518-0593) |
| **1995 Stock Assessment Executive Summary** | AR, Vol. 2, at 0595-96 (Complete 1995 stock assessment at 0594-0769) |
| **1997 Independent Peer Review Report** | AR, Vol. 3, at 1161 (Complete report at 1155-1254) |
| **1998 Red Snapper Status Report** | AR, Vol. 4, at 2251-2335 |
| **1999 Stock Assessment Panel Report** | AR, Vol. 6, at 3345 (Complete reef fish stock assessment panel report at 3337-3368) |
| **1999 Red Snapper Stock Assessment** | AR, Vol. 6, at 3231<br>AR, Vol. 6, at 3248-49 (red snapper data sources) |

## History of Red Snapper Management

| | |
|---|---|
| **History of Red Snapper Management from 1984 to March 1997** | AR, Vol. 2, at 0847-0853 |

## History of the September 1, 1999 Red Snapper Regulatory Amendment

| | |
|---|---|
| **Proposed Regulatory Amendment** | AR, Vol. 1, at 0064 |
| **Final Regulatory Amendment** | AR, Vol. 1, at 0067 |
| **Discussion of September 1 Rule** | AR, Vol. 12, at 5423-5424 (EA)<br>AR, Vol. 18, at 8877 (Interim Rule) |

## Use of Interim Rules

| | |
|---|---|
| **Emergency Rules** | AR, Vol. 6, at 3001 (Handout" Policy Guidelines for the use of Emergency Rules) |

1

| | |
|---|---|
| **Waiver of Notice and Comment** | AR, Vol. 12, at 5502 (Dec. Memo) |
| | AR, Vol. 18, 8879 (Interim Rule) |

## The Stakeholder Process

| | |
|---|---|
| **August 1999 Letter from Dr. Hogarth to Gulf Council re: possible management options for review by stakeholders** | AR, Vol.11, at 4858 |
| **Executive Summary of Stakeholder Process Results (Discussion of why stakeholder process was necessary.)** | AR, Vol. 5, at 2901 |
| **Texas for-hire industry opinion "Handout"** | AR, Vol. 6, at 3000 |
| **Council discussion of Stakeholder suggestions** | AR, Vol. 6, at 2957 (Council Minutes) |
| **Reef Fish Committee vote for 4-fish bag limit for all anglers, 16-inch minimum size, and April to October season** | AR, Vol. 6, at 2962 (Committee Minutes) |
| **Texas for-hire fisherman testimony re: benefit of summer/fall fishery** | AR, Vol. 6, at 3051 (Council Minutes) |
| **Council debate re: various combinations of measures to reduce overfishing** | AR, Vol. 6, at 3074-76 (Council Minutes) |
| **Council discussion of separate Texas quota** | AR, Vol. 6, at 3076-3080 (Council Minutes) |
| **Council vote of 14-3 for 4-fish bag limit, 16-inch minimum size, and April 15 to October 31 season** | AR, Vol. 6, at 3076 (Council Minutes) |
| **Council vote of 14-2 to reinstate the 4-fish bag limit for captain and crew** | AR, Vol. 6, at 3080 (Council Minutes) |
| **Council vote of 14-2 to recommend implementation of measures via an interim rule** | AR, Vol. 6, at 3095-96 (Council Minutes) |

## The December 20, 1999, Interim Rule

| | |
|---|---|
| **December Interim Rule** | AR, Vol. 18, at 8876 |

2

ClibPDF - www.fastio.com

| | |
|---|---|
| Economic Analysis | AR, Vol. 12, at 5441-48 |
| Environmental Assessment and Finding of No Significant Impact | AR, Vol. 12, at 5419-53 |

Overfishing

| | |
|---|---|
| Dec. 1998 Reg. Amdmt. defining an "overfished" reef stock | AR, Vol. 2, at 1104 |
| Proposed Rule, Amdmt. 9 re: shrimp trawl bycatch of red snapper | AR, Vol. 1, at 0082<br>AR, Vol. 2, at 0632 |
| See also 1988-1999 stock assessments listed above | |

State/Federal Compatible Seasons

| | |
|---|---|
| Likelihood that Gulf States would not close fisheries upon federal closure | AR, Vol. 9, at 4312 (E-Mail)<br>AR, Vol. 12, at 5424 (Dec. Mem.) |

Notice and Comment Opportunities

| | |
|---|---|
| Council Federal Register notice re: November meeting and red snapper agenda item | AR, Vol. 6, at 3672-73 |
| Public Testimony at Council Meeting | AR, Vol. 6, at 3043-3069 (Council Minutes) |
| Written Testimony submitted | AR, Vol. 6, at 3132-3184 (Council Minutes) |
| Unsolicited public comment on Interim Rule measures | AR, Vols. 12-18, at 5549 to 8817 (Comments) |
| Request for comments on Interim Rule | AR, Vol. 18, at 8817 |

Overfishing Increases Without Compatible Federal/State Regulations.

| | |
|---|---|
| Possible 600,000 lb. overage if Gulf States allow harvest during Federal closures | AR, Vol. 12, at 5429 (EA) |

3

| | |
|---|---|
| **Enforcement and overfishing problems associated with incompatible State/Federal seasons** | AR, Vol. 12, at 5424, 5428 (EA)<br>AR, Vol., 11, at 4858 (NMFS Letter to Council) |
| **Florida, Alabama, Louisiana and Mississippi expected to implement compatible state regulations if Interim Rule approved.** | AR, Vol. 12, at 5332 (Section 7 Consultation) |
| **Gulf States expected not to implement compatible state regulations if Interim Rule not approved.** | AR, Vol. 9, at 4312 (E-Mail)<br>AR, Vol. 12, at 5424 (EA) |

## NMFS Appropriately Reversed Its Disapproval Of A Delayed Season As Proposed in the September 1 Rule

| | |
|---|---|
| **Sept. Rule would cause net loss of fishing days** | AR, Vol. 12, at 5424 (EA)<br>AR, Vol. 18, at 8877 (Interim Rule)<br>AR, Vol. 1, at 0068 (Sept 1 Rule, Response 2) |
| **Summer/Fall fishery is most lucrative for Texas and other Gulf States** | AR, Vol. 12, at 5425 (EA) |
| **All Gulf States also have a winter fishery and "share" any possible burden of the loss of such a fishery** | AR, Vol. 2, at 0629, Fig. 60 (1995 Stock Assessment) |

## Minimum Size Limits

| | |
|---|---|
| **Mortality of released fish is important consideration in evaluating minimum size limits** | AR, Vol. 2, at 0606 (1995 Stock Assessment)<br>AR, Vol. 6, at 3234 (1998 Status Report) |
| **Mortality varies according to fishery and depth as which fish is caught** | AR, Vol. 2, at 0606-07 (1995 Stock Assessment)<br>AR, Vol. 12, at 5426 (EA)<br>AR, Vol. 18, at 8878 (Interim Rule)<br>AR, Vol. 6, at 3256-3336 (1999 Stock Assessment) |
| **Trends in Recreational Catch and Harvest** | AR, Vol. 6, at 3249-3250 (1999 Stock Assessment) |
| **Results and Discussion** | AR, Vol. 6, at 3258-3260 (1999 Stock Assessment) |

4

| | |
|---|---|
| **16-inch minimum size can still achieve biomass targets** | AR, Vol. 1, at 0271, 0275 (Figure 2)<br>AR, Vol. 12, at 5490-91 (Dec. Memo) |

## Reinstatement Of The 4-Fish Bag Limit For Captain And Crew

| | |
|---|---|
| **Economic benefits of reinstatement of captain and crew bag limit** | AR, Vol. 12, at 5426-27, 5444 (EA, Economic Analysis)<br>AR, Vol. 12, at 5506 (Council letter to NMFS) |
| **Unlikely compliance with 0-fish bag limit by Gulf States, and opposition by for-hire industry** | AR, Vol. 12, at 5426-27 (EA)<br>AR, Vol. 12, at 5506 (Council letter to NMFS) |
| **Stakeholders and Public willing to sacrifice 4-5 fishing days to reinstate captain and crew bag limit** | AR, Vol. 12, at 5427 (EA)<br>AR, Vol. 6, at 3050 (Fisherman testimony) |
| **Council discussion and vote for reinstatement of captain and crew bag limit** | AR, Vol. 6, at 3080 (Council Minutes) |
| **NMFS delay of season to April 23 to accommodate captain and crew bag limit** | AR, Vol. 12, at 5427 (EA) |

## Coastal Zone Management Act Compliance

| | |
|---|---|
| **NMFS fully complied with CZMA requirements** | AR, Vol. 12, at 5485 (Information Memorandum), |
| **NMFS November 19, 1999 Letters to Gulf States re: CZMA consistency determination** | AR, Vol. 12, at 5316, 5318, 5320, 5322, and 5324 |
| **Letters from Gulf States concurring that the Interim Rule was consistent with their state coastal management plans** | AR, Vol. 12, at 5524, 5525, 5526, and 5527 |
| **Letter from Texas disagreeing that the Interim Rule was consistent with its CMP** | AR, Vol. 12, at 5376 |
| **NMFS's 12/14/99 Response to Texas** | AR, Vol. 12, at 5372-3 |

## National Environmental Policy Act Compliance

| | |
|---|---|
| **NMFS completed a Draft EA** | AR, Vol. 9, at 4399 (Draft EA, FONSI) |

5

| | |
|---|---|
| **NMFS decision-makers approved of Final EA** | AR, Vol. 12, at 5419 (Transmittal Memo) |
| **NMFS completed a Final EA** | AR, Vol. 12, at 5421 (EA) |