UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES § § § | |
| VS. § § | |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE § § § § § § § | CAUSE NO. C-00-028 |

United States District Court
Southern District of Texas
FILED
JUL 07 2000
Michael N. Milby, Clerk

## PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE THEIR SUPPLEMENTAL COMPLAINT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW GAMFW, Inc. d/d/a Fisherman's Wharf and Bobby Grumbles, Plaintiffs, and respectfully file and submit this their Motion for Leave to File their Supplemental Complaint and would show unto this honorable Court as follows:

1. The interim rule was scheduled to expire on or about June 30, 2000. Under the authority of §305(c)(3)(b) of the Magnuson Fishery Conservation and Management Act, 16 U.S.C. §1801 *et seq.*, the National Marine Fisheries Service extended the challenged interim rule for an additional 180 days, and this extension was published on Friday, June 9, 2000, in the Federal Register, Volume 65, No. 1-2, Page 36643.

2. Plaintiffs file this Supplemental Complaint to sustain their challenge to the original rule and to avoid a contention that this challenge has been waived, or otherwise become moot by failing to challenge the extension.

840.200                              Page 1

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request leave to file their Supplemental Complaint which is submitted herewith.

Respectfully submitted,

Les Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas  78471
(512) 887-2965 office
(512) 887-6521 fax

State Bar Number 03979270
Federal ID Number 5931
Attorney in Charge for Plaintiffs


**Of Counsel:**

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas  78471
(361) 887-2965 office
(361) 887-6521 fax

## CERTIFICATE OF CONSULTATION

The undersigned counsel attempted to contact Allison Areias, Attorney-in-Charge for Defendants, by telephone in late June, 2000, and on July 7, 2000, to advise of the filing of the Supplemental Complaint and to determine whether such filing was opposed. Messages were left on voice mail, but there was no conference concerning the filing of this motion, so it is filed as "opposed."

_____
Les Cassidy

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded by fax and Certified U.S. Mail, Return Receipt Requested, on July 7, 2000, as indicated below to:

Allison Areias                    (fax) 202-305-0274
U.S. Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

Larry Ludka                       (fax) 888-3200
Asst. U.S. Attorney
521 Starr
Corpus Christi, Texas   78401

Robert G. Hayes                   (fax) 202-783-6947
Ball Janik, LLP
1455 F. Street NW, Suite 225
Washington, D.C.   20005

_____
Les Cassidy

840.200                           Page 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § § |
| VS. | § § |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § § | CAUSE NO. C-00-028 |

## ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL COMPLAINT

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Motion to file their Supplemental Complaint challenging the extension of the interim rule. This Court having considered the same is of the opinion that Plaintiffs' motion should be granted. Signed this _____ day of July, 2000.

_____
U.S. District Judge

840 200                    Page 1