UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAMFW, INC. D/B/A FISHERMAN'S WHARF and BOBBY GRUMBLES | § § § | |
| VS. | § § | 61. |
| THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, WILLIAM DALEY, Secretary, and NATIONAL MARINE FISHERIES SERVICE | § § § § § § § | CAUSE NO. C-00-028 |

United States District Court
Southern District of Texas
ENTERED
JUL 28 2000
Michael N. Milby, Clerk of Court

## ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL COMPLAINT

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Motion to file their Supplemental Complaint challenging the extension of the interim rule. This Court having considered the same is of the opinion that Plaintiffs' motion should be granted. Signed this 27 day of July, 2000.

_____
U.S. District Judge

840.200                            Page 1