CV ACTION NO.: C-00-28

RECREATIONAL FISHERMAN, ET AL   COUNSEL: LESLIE CASSIDY

VS.

UNITED STATES OF AMERICA,   COUNSEL: SETH BARSKY, ROBERT HAYES,
ET AL   EVE JOI

United States District Court
Southern District of Texas
FILED

AUG 3 - 2000

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

MICHAEL N. MILBY, CLERK

COURTROOM CLERK: Judith F. Alvarez   COURT RECORDER: Genay Rogan
LAW CLERK: Mark Fassold   INTERPRETER:
U S. MARSHAL/CSO:   U. S. P. O.:
DATE: Aug. 3, 2000   OPEN: 12:10 pm   ADJOURN: 12:25 pm
TAPE: 1A (in chambers)

====================================================================

Case called for TELEPHONE CONFERENCE CALL. Appearances made. The Court discusses the issue of the interim rule procedure. The Court advises that there is no such thing as interim rules, only interim measures. The Court advises that there is no finding that emergency overfishing exists by the Council. The Court advises that he does not think that an emergency regulation cannot be used where no emergency exists. The Court orders briefs on the issue by Wednesday, August 9, 2000 by 9:00 a.m. The Court advises that he wants circuit law as a holding on this dicta. Adjourned.