CV ACTION NO.: C-00-28

GAMFW, ET AL                    )    COUNSEL: LES CASSIDY

_____        )    _____

VS.

GRUMBLES, ET AL                )    COUNSEL: SETH BARSKY, MATT LOVE, ROBERT

                                    HAYES, MATT LOVE, E.V.E. JOI, CONNIE SATHRE,

_____        )    MIKE MCLEMORE, BRUCE HAWN

=================================================================

United States District Court
Southern District of Texas
FILED

JUDGE PRESIDING:    HAYDEN W. HEAD, JR.         AUG 9  2000

Michael N. Milby
Clerk of Court

COURTROOM CLERK:   Judith F. Alvarez COURT RECORDER: Gerlay Rough

LAW CLERK: Mark Fassold           INTERPRETER: _____

U S. MARSHAL/CSO: (in chambers      U. S. P. O.: _____

DATE: Aug. 9, 2000    OPEN:  1:00 pm   ADJOURN: 1:15 pm

TAPE:  1A                5:00              6:00

=================================================================

Case called for  TELEPHONE CONFERENCE CALL (IN CHAMBERS).  Appearances made.
The Court advises attorneys that he has called this conference to ask some more
questions.  He wants to know where in the record do the committe and council
discuss overfishing as opposed to economic concerns.  The Court states that he
would like to know if this is a council initiated interim measure or secretary
initiated measure and where is that in the documents.  Recess at 1:15 p.m  The
Call is to be replaced at 5:00 p.m. today.


    Recall at 5:00 p.m.  The Court continues the discussion on the issues and
and asks more questions.  The Court advises that he wants to be sure that no
issues are missed before he makes a decision on this.  Adjourned. 6:00 pm

64.