IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, Inc., d/b/a FISHERMAN'S WHARF, and BOBBY GRUMBLES, ) ) ) ) Plaintiffs, ) ) v. ) ) THE UNITED STATES OF AMERICA, ) et al., ) ) Defendants, and ) ) COASTAL CONSERVATION ASSOCIATION, ) ) Defendant-Intervenor. ) | CAUSE NO. C-00-028 |

United States District Court
Southern District of Texas
FILED
AUG 23 2000
MICHAEL N. MILBY, CLERK

## DEFENDANTS' SUPPLEMENTAL MEMORANDUM REGARDING STATUTORY AUTHORITY TO ADOPT THE DECEMBER 20, 1999 INTERIM MEASURE

During an August 3, 2000 conference call, this Court instructed defendants to submit to the Court by 9 a.m. on August 9, 2000 a memorandum explaining whether section 305(c) of the Magnuson-Stevens Fishery Conservation and Management Act ("MSA"), 16 U.S.C. § 1855(c), provided National Marine Fisheries Service ("NMFS") with statutory authority to adopt the December 20, 1999 interim fishery management rule ("Interim Rule") for the Gulf of Mexico red snapper fishery. Pursuant to that instruction, defendants submit this supplemental memorandum.

During the August 3 status hearing, the Court expressed particular concern that NMFS' authority under the MSA's Section 305(c)(1) is limited to issuing emergency regulations or interim measures only when necessary to address **"emergency overfishing."** Thus, to the extent NMFS predicated its issuance of its Interim Rule on the ground that it was necessary to address overfishing only, as opposed to an "emergency" or "emergency overfishing," the Court

consistent with the APA, NMFS had good cause to bypass the delayed effectiveness provision of the APA.

## CONCLUSION

For the reasons set forth above and in Defendants' opening brief, this Court should deny Plaintiffs' motion and grant Defendants' motion for summary judgment.

Respectfully submitted this August 8, 2000,

                        MERVYN M. MOSBACKER
                        United States Attorney
                        Southern District of Texas


                        LARRY LUDKA
                        Assistant United States Attorney

                        LOIS J. SCHIFFER
                        Assistant Attorney General
                        JEAN WILLIAMS, Chief
                        SETH M. BARSKY, Assistant Chief

                        */s/ Allison V. Areias*
                        ALLISON AREIAS , DC Bar # 453909
                        United States Department of Justice
                        Environment and Natural Resources Division
                        Wildlife and Marine Resources Section
                        P.O. Box 7369
                        Washington, D.C. 20044-7369
                        Tel: (202) 305-0213
                        Fax: (202) 305-0275

                        ANTHONY P. HOANG
                        GEOFFREY GARVER
                        CAROLINE BLANCO
                        United States Department of Justice
                        Environment and Natural Resources Division
                        General Litigation Section
                        Washington, D.C. 20044-0663

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GAMFW, Inc., d/b/a FISHERMAN'S WHARF, and BOBBY GRUMBLES, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> Defendants, and <br><br> COASTAL CONSERVATION ASSOCIATION, <br><br> Defendant-Intervenor. | CAUSE NO. C-00-028 |

**DEFENDANTS' SECOND SUPPLEMENTAL MEMORANDUM REGARDING STATUTORY AUTHORITY TO ADOPT THE DECEMBER 20, 1999 INTERIM MEASURE**

On August 10, 2000, this Court instructed defendants to submit the following information to the Court.

1. Evidence of Administrative Actions by the State Resource Agencies for the States of Florida, Alabama, Louisiana, and Mississippi which Indicates that these State Resource Agencies Adopted Regulations for the 2000 Red Snapper Recreational Fisheries in State Waters which were Compatible with the NMFS December 20, 1999 Interim Measure for the National Marine Fisheries Service ("NMFS") Red Snapper Recreational Fishery in the Exclusive Economic Zone ("EEZ").

   A. <u>Florida</u>: Recreational Red Snapper Season, 68 FL ADC 68B-14.0038 as amended on December 30, 1999 (Copy Attached as Attachment 1);

result in some amount of continued harvest from State waters during August through December as has previously occurred in the 1997-99 season. This could result in over 600,000 pounds of excess harvest that could be avoided with compatible regulations.") (Copy Attached as Attachment 8).

Respectfully submitted this August 10, 2000,

                MERVYN M. MOSBACKER
                United States Attorney
                Southern District of Texas

                LARRY LUDKA
                Assistant United States Attorney

                LOIS J. SCHIFFER
                Assistant Attorney General
                JEAN WILLIAMS, Chief
                SETH M. BARSKY, Assistant Chief

                */s/ Allison Areias*
                ALLISON AREIAS, DC Bar # 453909
                United States Department of Justice
                Environment and Natural Resources Division
                Wildlife and Marine Resources Section
                P.O. Box 7369
                Washington, D.C. 20044-7369
                Tel: (202) 305-0213
                Fax: (202) 305-0275

                ANTHONY P. HOANG
                GEOFFREY GARVER
                CAROLINE BLANCO

---

[1]/(...continued)
found at AR 3231.

United States Department of Justice
Environment and Natural Resources Division
General Litigation Section
Washington, D.C. 20044-0663

Attorneys for Defendants

OF COUNSEL:
MICHAEL McLEMORE
E.V.E. JOY
CONSTANCE SATHRE
NOAA Office of the General Counsel

-4-