IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 26 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| GAMFW, Inc., DBA Fisherman's Wharf and Bobby Grumbles, et al., § § § | |
| Plaintiffs, § | |
| v.   § | CIVIL ACTION NO. C-00-028 |
| WILLIAM M. DALEY, Secretary of Commerce, et al., § § § | |
| Defendants. § | |

## FINAL JUDGMENT

Judgment is entered that Plaintiffs' claims be dismissed.

ORDERED this 25 day of September, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE