UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GAMFW, ET AL | § § | 73. |
| V | § | CA-C-00-028 |
| DEPARTMENT OF COMMERCE, ET AL | § § § | |

DOCKET ENTRY

Defense attorney, Larry Ludka, with the U. S. Attorney's office and the Department of Justice, has advised this clerk by telephone that the copy of the adminstrative record filed with the Court June 9, 2000 may be discarded.

MICHAEL N. MILBY, CLERK
U. S. DISTRICT CLERK

By: Judith F. Alvarez
      Deputy Clerk

April 16, 2002
Date